1  Adam Alper (SBN: 196834)
   adam.alper@kirkland.com
2  KIRKLAND & ELLIS LLP
   555 California Street
3  San Francisco, CA 94104
   Telephone:    (415) 439-1400
4  Facsimile:    (415) 439-1500

5  Michael W. De Vries (SBN: 211001)
   michael.devries@kirkland.com
6  KIRKLAND & ELLIS LLP
   555 South Flower Street
7  Los Angeles, CA 90071
   Telephone:    (213) 680-8400
8  Facsimile:    (213) 680-8500

9  Sharre Lotfollahi (SBN: 258913)
   sharre.lotfollahi@kirkland.com
10 KIRKLAND & ELLIS LLP
   2049 Century Park East, Suite 3700
11 Los Angeles, CA 90067
   Telephone:    (310) 552-4200
12 Facsimile:    (310) 552-5900

13 Attorneys for Plaintiffs
   COMET TECHNOLOGIES USA INC., COMET
14 AG AND YXLON INTERNATIONAL GMBH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COMET TECHNOLOGIES USA INC., a Delaware corporation, COMET AG, a Swiss corporation, and YXLON INTERNATIONAL GMBH, a German corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XP POWER LLC, a California Limited Liability Company,<br><br>Defendant. | CASE NO. 5:20-cv-6408<br><br>PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT |

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiffs Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH hereby make the following disclosure. Comet Holding AG (a publicly held corporation) is the parent corporation of Comet AG, Yxlon International GmbH, and

1  Comet Technologies USA Inc.  Comet Holding AG owns 100% of Comet AG, Yxlon International
2  GmbH, and Comet Technologies USA Inc.

4  DATED:  September 11, 2020

Respectfully submitted,
KIRKLAND & ELLIS LLP

By: */s/ Adam Alper*
Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
555 S. Flower Street
Los Angeles, CA 90071
Telephone:     (213) 680-8400
Facsimile:     (213) 680-8500

Sharre Lotfollahi (SBN 258913)
sharre.lotfollahi@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone:     (310) 552-4200
Facsimile:     (310) 552-5900

Attorneys for Plaintiffs
COMET TECHNOLOGIES USA INC.,
COMET AG AND YXLON
INTERNATIONAL GMBH