UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMET TECHNOLOGIES USA INC., and others,<br><br>        Plaintiffs,<br><br>   v.<br><br>XP POWER LLC,<br><br>        Defendant. | Case No. 20-cv-6408 NC<br><br>**ORDER ON PRIVILEGE DISPUTE AFTER IN CAMERA REVIEW**<br><br>Re: ECF 66 |

    In ECF 66, the parties presented a discovery dispute in which Comet challenged certain privilege assertions made by XP. I ordered XP to lodge the disputed materials for in camera privilege review. ECF 79. On August 11, 2021, XP provided the three documents in redacted and unredacted form, along with a corresponding privilege log and declaration from Duncan Penny identifying the documents.

    This order follows my in camera review of the documents. I determine that the attorney-client privilege was properly asserted as to each document. Furthermore, I am not persuaded that XP has waived privilege as to these communications. Accordingly, I deny Comet's motion to compel. No costs or fees are awarded. The Court will file the in camera privileged materials under seal. This order is public and not sealed.

    **IT IS SO ORDERED.**

Dated: August 17, 2021                          _____
                                                     NATHANAEL M. COUSINS
                                                     United States Magistrate Judge