Adam Alper (SBN: 196834)
*adam.alper@kirkland.com*
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

Michael W. De Vries (SBN: 211001)
*michael.devries@kirkland.com*
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500

Sharre Lotfollahi (SBN: 258913)
*sharre.lotfollahi@kirkland.com*
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:    (310) 552-4200
Facsimile:    (310) 552-5900

Leslie M. Schmidt (*pro hac vice*)
*leslie.schmidt@kirkland.com*
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Attorneys for Plaintiffs
COMET TECHNOLOGIES USA INC., COMET
AG AND YXLON INTERNATIONAL GMBH

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COMET TECHNOLOGIES USA INC., a Delaware corporation, COMET AG, a Swiss corporation, and YXLON INTERNATIONAL GMBH, a German corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>XP POWER LLC, a California Limited Liability Company,<br><br>        Defendant. | CASE NO. 5:20-cv-6408<br><br>**DECLARATION OF SHARRE LOTFOLLAHI IN SUPPORT OF PLAINTIFFS' OPPOSITION TO XP POWER LLC'S MOTION TO EXCLUDE OPINIONS AND TESTIMONY OF JAMES MALACKOWSKI UNDER FRE 702 AND *DAUBERT***<br><br>Hon. Nathanael M. Cousins |

I, Sharre Lotfollahi, declare as follows:

1.    I am an attorney licensed to practice law in the State of California and am a partner with the law firm of Kirkland & Ellis LLP, located at 2049 Century Park East, Los Angeles, CA 90067.  I am counsel for the Plaintiffs Comet Technologies USA Inc., *et al* ("Comet" or "Plaintiffs") in this action.  I submit this declaration in support of Comet's Opposition to XP Power LLC's ("XP") Motion to exclude Opinions and Testimony of James Malackowski under FRE 702 and *Daubert* ("Opposition to XP's Malackowski *Daubert*").

2.    I am over the age of eighteen and suffer from no mental or physical disabilities that would render me incompetent to testify in this matter. I have knowledge of the facts set forth herein and if called to testify as a witness, could do so competently under oath.

3.    Attached hereto as Exhibit 1 is a true and correct copy of XP_0042090 – XP_0042117, an XP PowerPoint Presentation dated March 2019.

4.    Attached hereto as Exhibit 2 is a true and correct copy of excerpts from the Expert Report of James E. Malackowski, dated August 6, 2021.

5.    Attached hereto as Exhibit 3 is a true and correct copy of excerpts from Kevin T. Crofton's deposition testimony, dated July 8, 2021.

6.    Attached hereto as Exhibit 4 is a true and correct copy of Plaintiffs' Supplemental Objections and Responses to Defendant XP Power LLC's Interrogatory No. 7, dated July 27, 2021.

7.    Attached hereto as Exhibit 5 is a true and correct copy of excerpts from André Grede's deposition testimony, dated July 28, 2021.

8.    Attached hereto as Exhibit 6 is a true and correct copy of excerpts from the Opening Expert Report of Dr. Stanley Shanfield, dated August 6, 2021.

9.    Attached hereto as Exhibit 7 is a true and correct copy of excerpts from the Plaintiffs' Supplemental Objections and Responses to Defendant XP Power LLC's Interrogatory Nos. 1, 4-8, 10, 22-24, dated July 30, 2021.

10.    Attached hereto as Exhibit 8 is a true and correct copy of COMET_00004115, a spreadsheet dated from December 2009 to December 2010.

DECLARATION OF S. LOTFOLLAHI ISO                                                    CASE NO. 5:20-cv-6408
PLAINTIFFS' OPP. TO XP'S MOTION TO EXCLUDE
OPINIONS AND TESTIMONY OF MALACKOWSKI

11.     Attached hereto as Exhibit 9 is a true and correct copy of COMET_00004112, a spreadsheet dated from December 2013 to December 2014.

12.     Attached hereto as Exhibit 10 is a true and correct copy of XP_0003828 – XP_0003830.

13.     Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the transcript of the November 27, 2017 call between Jay Warner and Chris Mason.

14.     Attached hereto as Exhibit 12 is a true and correct copy of XP_0042253, a table excerpt, from an XP spreadsheet dated September 2020.

15.     Attached hereto as Exhibit 13 is a true and correct copy of XP_0494415, a table excerpt, from an XP spreadsheet with a last modified date of September 5, 2019.

16.     Attached hereto as Exhibit 14 is a true and correct copy of excerpts from the Expert Rebuttal Report of Carlyn Irwin, dated September 3, 2021.

17.     Attached hereto as Exhibit 15 is a true and correct copy of Plaintiffs' Second Amended Identification of Trade Secrets Pursuant to California Code of Civil Procedure Section 2019.210, dated March 24, 2021.

18.     Attached hereto as Exhibit 16 is a true and correct copy of excerpts from the Reply Expert Report of James E. Malackowski, dated September 24, 2021.

19.     Attached hereto as Exhibit 17 is a true and correct copy of excerpts from James E. Malackowski's expert deposition testimony, dated November 2, 2021.

20.     Attached hereto as Exhibit 18 is a true and correct copy of XP_0007836 - XP0007845, an XP PowerPoint presentation dated 2018.

21.     Attached hereto as Exhibit 19 is a true and correct copy of excerpts from Carlyn Irwin's expert deposition testimony, dated October 29, 2021.

22.     Attached hereto as Exhibit 20 is a true and correct copy of excerpts from Markus Pfeiffer's 30(b)(6) deposition testimony, dated June 23, 2021.

23.     Attached hereto as Exhibit 21 is a true and correct copy of an email chain including S. Blake and R. Mangas, dated September 20, 2021.

24.    Attached hereto as Exhibit 22 is a true and correct copy of an email chain including P. Park and D. Tauber, dated July 6, 2021.

25.    Attached hereto as Exhibit 23 is a true and correct copy of excerpts from Plaintiffs' Supplemental Objections and Responses to Defendant XP Power LLC's Interrogatory Nos. 2, 4-8, 10-12, 16-17, 19, 21 and 23-24, dated June 21, 201.

26.    Attached hereto as Exhibit 24 is a true and correct copy of excerpts from Gary Russell's 30(b)(6) deposition testimony, dated June 24, 2021.

27.    Attached hereto as Exhibit 25 is a true and correct copy of excerpts from the Reply Expert Report of Dr. Stanley Shanfield, dated September 24, 2021.

28.    Attached hereto as Exhibit 26 is a true and correct copy of excerpts of COMET_05761657 – COMET_05761790, entitled XP Power: Annual Report & Accounts for the year ended 31 December 2017.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on December 10, 2021, in Los Angeles, CA.

/s/ Sharre Lotfollahi
Sharre Lotfollahi

DECLARATION OF S. LOTFOLLAHI ISO
PLAINTIFFS' OPP. TO XP'S MOTION TO EXCLUDE
OPINIONS AND TESTIMONY OF MALACKOWSKI

CASE NO. 5:20-cv-6408