# EXHIBIT 5

HIGHLY CONFIDENTIAL OUTSIDE COUNSELS' EYES ONLY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COMET TECHNOLOGIES USA INC., )
a Delaware corporation, COMET)
AG, a Swiss corporation, and )
YXLON International GmbH, a  )
German corporation,          )
                             )
          Plaintiffs,        )
                             )
     v.                      ) Case No.
                             ) 5:20-cv-06408-NC
XP POWER LLC, a California   )
Limited Liability Company,   )
                             )
     Defendants.             )

HIGHLY CONFIDENTIAL OUTSIDE COUNSELS' EYES ONLY

VIDEOTAPED 30(B)(6) REMOTE DEPOSITION OF:
          COMET TECHNOLOGIES USA INC., COMET AG,
          AND YXLON INTERNATIONAL GMBH
          (ANDRÉ GREDE)
          WEDNESDAY, JULY 28, 2021
          1:08 P.M. CENTRAL EASTERN SUMMER TIME

REPORTED BY:  PAULA A. PYBURN
          CSR 7304, RPR, CLR

Page 1

attorneys from Kirkland, that means on Monday and          13:13:18

Tuesday this week.          13:13:22

I also spoke to Anthony Oliveti, as well as          13:13:23

Gary Russell.          13:13:31

BY MR. YEH:          13:13:32

Q    Okay.  And let's start with          13:13:32

Anthony Oliveti.          13:13:39

What did you speak with Mr. Oliveti about?          13:13:41

A    With Mr. Oliveti, I especially spoke about          13:13:44

the advanced and next generations of our ███████ ███████

█ ███████████████████████████ ███████

█ ████████████████ ███████

█ ███████████████████ ███████

█ ████████████████████ ███████

█ ██████████████ ████████

Q    Okay.  And what did you speak with          13:14:19

Mr. Russell about?          13:14:21

Again, I'm sorry, was the second gentleman          13:14:29

you spoke with Mr. Russell?  I may have misheard          13:14:32

that.          13:14:35

A    You did not mishear.          13:14:35

Q    Okay.          13:14:36

A    It was Mr. Gary Russell I spoke to.          13:14:36

Q    So let me ask just a question just so we          13:14:39

have -- have a clear record.          13:14:41

Page 11

HIGHLY CONFIDENTIAL OUTSIDE COUNSELS' EYES ONLY

And in preparation of your deposition, what    13:14:42
did you speak with Mr. Russell about?    13:14:46

A    With Mr. Russell, I spoke about our match    13:14:48
development in general, since match development in    13:14:54
San Jose has a long history, starting with    13:14:59
Generation 1, further propagating to Generation 2,    13:15:02
with a lot of new inventions in this technology now    13:15:06
going to Generation 3.    13:15:09

Q    And did you review any documents in -- in    13:15:30
preparation for your -- for your deposition?    13:15:35

MR. CALHOUN:  And, again, Mr. Grede, just    13:15:40
remind you not to share any attorney-client    13:15:42
communications.  But to the extent you can answer,    13:15:44
you can answer that question.    13:15:50

THE WITNESS:  Especially during the two    13:15:51
days with Kirkland, I reviewed a set of documents,    13:15:55
but any further information would be privileged.    13:16:01

BY MR. YEH:    13:16:04

Q    Okay.  Did any of those documents refresh    13:16:05
your recollection about anything?    13:16:07

Page 12



Q    Slightly different.                                    13:46:34

Q    How -- okay, got it.                                   13:46:50

Page 35

HIGHLY CONFIDENTIAL OUTSIDE COUNSELS' EYES ONLY



Page 36

HIGHLY CONFIDENTIAL OUTSIDE COUNSELS' EYES ONLY



Page 56

HIGHLY CONFIDENTIAL OUTSIDE COUNSELS' EYES ONLY

A    Again, the predevelopment started end of   14:33:29
2019, around that when we first time applied for   14:33:34
this product.  There was still some questions from   14:33:37
our board because it's a big development project we   14:33:43
asked for; so they asked us to do some   14:33:47
predevelopment --   14:33:50

Q    Hold on, sorry.  I just want to make sure   14:33:51
we got a clear -- I think you said 2019.  That's   14:33:54
not --   14:33:57

A    End of 2015.   14:33:57

Q    2015.  Okay.  Sorry, I just -- you said   14:33:58
that, and I just didn't want -- so -- yeah, I'm   14:34:01
sorry.  The way the transcript works, if you say   14:34:04
2019, then, you know, it gets confusing.   14:34:05

Let me just ask a different question.  ▮

Page 70

And there you see again -- right? -- how    14:34:58
important the experience and the knowledge a company    14:35:00
has is, which the company has from the former    14:35:04
development from Generation 1, 2, cito, also cito    14:35:12
Plus, because there we may have used different    14:35:17
solutions and we have learned over the years what    14:35:20
are the limit of the solutions and why we should do    14:35:22
it differently in the next generation.    14:35:24

So, again, I don't remember the exact date.    14:35:56
I know he was not there in 2015.  I pretty sure he    14:35:59
was not there until mid of 2016; it could even be    14:36:03
that he joined in 2017.  We just need to open the    14:36:08
document --    14:36:11

Page 71

Veritext Legal Solutions
866 299-5127