# EXHIBIT 7

Adam Alper (SBN: 196834)
adam.alper@kirkland.com
Kyle Calhoun (SBN: 311181)
kyle.calhoun@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
Samuel F. Blake (SBN: 313124)
sam.blake@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500

Sharre Lotfollahi (SBN: 258913)
sharre.lotfollahi@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:    (310) 552-4200
Facsimile:    (310) 552-5900

Leslie M. Schmidt (*Pro Hac Vice*)
leslie.schmidt@kirkland.com
KIRKLAND & ELLIS LLP
601 Lexington Avenue
New York, NY 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Attorneys for Plaintiffs
COMET TECHNOLOGIES USA INC.,
COMET AG AND YXLON
INTERNATIONAL GMBH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| COMET TECHNOLOGIES USA INC., a Delaware corporation, COMET AG, a Swiss corporation, and YXLON INTERNATIONAL GmbH, a German corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XP POWER LLC, a California Limited Liability Company,<br><br>Defendant. | CASE NO. 5:20-CV-06408-NC<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**<br><br>**PLAINTIFFS' SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT XP POWER LLC'S INTERROGATORY NOS. 1, 4–8, 10, 22-24** |
| --- | --- |



XP has even started filing patent applications for RF power generation products, including applications listing former Comet employees as inventors, which result from XP's unfair headstart and risks disseminating Comet's trade secrets.  *See* XP_2339694; XP_2339768; XP_2339669.

██████████████████████████████████████████. *See* COMET_00004115, COMET_00004037, COMET_00003899, COMET_00003949, COMET_00003915, COMET_00003946, COMET_00004007, COMET_00004002, COMET_00004009, COMET_00003880, COMET_00004106, COMET_00003948, COMET_00004127, COMET_00004088, COMET_00004104, COMET_00004164, COMET_0004016, COMET_00003947, COMET_00004186, COMET_0004169, COMET_00004126, COMET_0003906, COMET_3871. ████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████████████████ *See* COMET_00004115, COMET_00004037, COMET_00003899, COMET_00003949, COMET_00003915, COMET_00003946, COMET_00004007, COMET_00004002, COMET_00004009, COMET_00003880, COMET_00004106, COMET_00003948, COMET_00004127, COMET_00004088, COMET_00004104, COMET_00004164, COMET_0004016, COMET_00003947, COMET_00004186, COMET_0004169, COMET_00004126, COMET_0003906, COMET_3871.

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

██████████████████████████. *See* COMET_00004115, COMET_00004037, COMET_00003899, COMET_00003949, COMET_00003915, COMET_00003946, COMET_00004007, COMET_00004002, COMET_00004009, COMET_00003880, COMET_00004106, COMET_00003948, COMET_00004127, COMET_00004088, COMET_00004104, COMET_00004164, COMET_0004016, COMET_00003947, COMET_00004186, COMET_0004169, COMET_00004126, COMET_0003906, COMET_3871. ███

████████████████████████████████████████████████████████



. *See* COMET_00004115, COMET_00004037, COMET_00003899, COMET_00003949, COMET_00003915, COMET_00003946, COMET_00004007, COMET_00004002, COMET_00004009, COMET_00003880, COMET_00004106, COMET_00003948, COMET_00004127, COMET_00004088, COMET_00004104, COMET_00004164, COMET_0004016, COMET_00003947, COMET_00004186, COMET_0004169, COMET_00004126, COMET_0003906, COMET_3871.  The Next Gen Match (Trade Secret E) and its components were built and developed together, and therefore the project costs are attributable to the Next Gen Match (Trade Secret E) and each of its components.

*see* COMET_00004115, COMET_00004037, COMET_00003899, COMET_00003949, COMET_00003915, COMET_00003946, COMET_00004007, COMET_00004002, COMET_00004009, COMET_00003880, COMET_00004106, COMET_00003948, COMET_00004127, COMET_00004088, COMET_00004104, COMET_00004164, COMET_0004016, COMET_00003947, COMET_00004186, COMET_0004169, COMET_00004126, COMET_0003906, COMET_3871.

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████.

As demonstrated by Comet's P&Ls, Project Hours, and Average Monthly Salaries (cited in Comet's first supplemental response to interrogatory no. 7), the project hours (and thus project costs) understate Comet's R&D costs.  Comet also spends significant resources on its marketing and sales, including development of its manufacturing, pricing, and sales trade secret (Trade Secret T).  *See, e.g.,* COMET_00004200; COMET_00004052.

Comet further states that the development of its ████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████.

COMET_00004009, COMET_00004172, COMET_00004112, COMET_00004034, COMET_00003935, COMET_00004201, COMET_00003885, COMET_00003951, COMET_00004017, COMET_00003996, COMET_00004010, COMET_00003919, COMET_0004051, COMET_00004120, COMET_00003971, COMET_00004118,  COMET_00004125,  COMET_00003941,  COMET_00004183. ████████████

████████████████████████████ were built and developed together, and development of some of the components within the ████████████████████████████████████, therefore associated ████████████████████████████████ (Trade Secret A) and each of its components. ██████████████████████████████████████

████████████████████████ COMET_00004009, COMET_00004172, COMET_00004112, COMET_00004034, COMET_00003935, COMET_00004201, COMET_00003885, COMET_00003951, COMET_00004017, COMET_00003996, COMET_00004010, COMET_00003919, COMET_0004051, COMET_00004120, COMET_00003971, COMET_00004118, COMET_00004125, COMET_00003941,

COMET_00004183.  In addition to recording costs in its project portfolio, Comet tracks its research and development expenditures and time in a development plan document and have been doing so since 2017. COMET_00003873.  As demonstrated by Comet's P&Ls, Project Hours, and Average Monthly Salaries (cited in Comet's first supplemental response to interrogatory no. 7), the project hours (and thus project costs) understate Comet's R&D costs.  In addition, Andre Grede, who manages the ███████████ ████████████████████████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████████████████ ██████████   *See* COMET_00003907; Pfeiffer Tr. at 201:16-203:19.  Finally, Comet's NextGen Match (Trade Secret E) is ██████████████████████████████████████████████████ █████████████████████████████████████████████████.  With respect to Comet's project costs spreadsheets set forth above, the expenditure for each project listed is attributable to research and development, and in particular, Comet's trade secrets.  The project codes, however, are for Comet's internal organization for its work, and therefore, must be considered in connection with Comet's overall R&D expenditures.  In addition, the value of Comet's trade secrets is reflected not only in its R&D but in its revenues from sales of its RF match and generator products that are made possible by its trade secrets.

Comet provides the following table that summarizes the currency and meaning of the positive/negative values in the financial documents produced, consistent with how those documents are maintained in the ordinary course of business.  The "project costs" documents are inclusive of the "project hours" documents.  Comet further incorporates the deposition of Markus Pfeiffer and the exhibits thereto:

| Bates Number | Currency | Positive/Negative Values |
| --- | --- | --- |
| COMET_00003873 | Swiss Franc | Positive cost values indicate R&D expenditure |
| COMET_00004009 COMET_00004172 COMET_00004112 COMET_00004034 COMET_00003935 | Swiss Franc | Positive cost values indicate R&D expenditure |

████████████████████████████████████████████████████

████████████████████████████████████████████████████

████████████████████████████████████████████████████

██████████████████████████████████████

Comet began conceptualizing and planning the development of its ███████████████████ in 2015 and 2016. *See e.g.*, COMET_04529128, COMET_03519590, COMET_05681883, COMET_03006956, COMET_00074304, COMET_04203403; Grede Dep. Tr. (Rough) at 42:15-45:22. As previously explained, Comet tracks the costs of its development, and other key performance indicators, of the ████████████████████████. COMET_00003873; *see e.g.*, COMET_08943473, COMET_08943501

Pursuant to Fed. R. Civ. P. 33(d), Comet identifies the following documents: COMET_08943472, COMET_08943474, COMET_08943484. Additional evidence responsive to this interrogatory can be found in the forthcoming expert report of James Malackowski and the depositions of witnesses in this case, including those cited above and the following: Anthony Oliveti (e.g. Tr. at 76:18-78:11, 79:18-81:15, 97:23-98:14, 99:1-23, 100:21-101:19, 105:9-108:4, 116:13-117:19, and related exhibits); Michael Kammerer (e.g., Tr. at 25:22-26:9, 27:13-28:24, 30:11-20, 47:5-48:24, 155:2-18, 168:24-170:6, and related exhibits); Paul Smith (e.g., Tr. at 173:8-16, 325:8-328:5, and related exhibits); Andre Grede (e.g., Rough Tr. at 28:3-29:22, 38:6-39:23, 46:5-48:11, 50:22-51:15, 170:11-25, 177:13-178:23, 179:23-181:9, and related exhibits); Markus Pfeiffer (*e.g.*, Tr. at 32:24-41:8, 44:9-51:2, 53:18-63:16, 74:5-78:12, 79:6-81:22, 90:24-102:22, 103:16-118:12, 120:2-124:24, 124:25-126:3, 126:4-133:25, 136:13-139:7, 141:13-143:26, 143:19-20, 146:4-11, 147:20-150:4, 174:20-177:17, 178:5-179:7, 186:8-190:8, 190:9-194:1, 194:10-201:7, 201:8-205:1, 215:14-223:19, 228:3-229:5, and related exhibits); Jay Warner (e.g., Rough Tr. at 25:16-27:25, 88:14-90:16, and related exhibits); Duncan Penny (e.g., Rough Tr. at 143:2-153:6, 324:20-331:13, 337:19-338:15, 363:14-364:15, and related exhibits); Mike Laver (e.g., Tr. at 49:19-50:1, 58:4-8, 66:3-7, 66:19-25, 67:18-68:1, 70:3-71:19, 74:5-7, 75:18-21, 88:2-89:17, 91:2192:15, 234:13-237:10, 335:13-337:9, and related exhibits); Michael Bonner (*e.g.*, Rough Tr. at 14:5-15, 17:7-14, 45:12-47:19, 99:25-101:5, 187:14-188:20, 189:22-25, and related exhibits); Doug Beuerman (e.g., Tr. at 120:23-127:25, 137:4-138:9, 192:7-194:4, 210:19-211:23, 228:8-234:14, 245:5-247:5, 271:1-272:21, 294:25-

DATED: July 30, 2021

Respectfully submitted,
KIRKLAND & ELLIS LLP


By:    */s/ Sharre Lotfollahi*
Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:     (415) 439-1400
Facsimile:     (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
555 S. Flower Street
Los Angeles, CA 90071
Telephone:     (213) 680-8400
Facsimile:     (213) 680-8500

Sharre Lotfollahi (SBN 258913)
sharre.lotfollahi@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone:     (310) 552-4200
Facsimile:     (310) 552-5900

Attorneys for Plaintiffs
COMET TECHNOLOGIES USA INC.,
COMET AG AND YXLON
INTERNATIONAL GMBH

PLAINTIFFS' SUPPLEMENTAL OBJS. AND RESPS. TO
DEFENDANT XP POWER LLC'S INTERROG. NOS. 1, 4–8,
10, 22–24 (OCEO)

179

CASE NO. 5:20-CV-06408-NC