# EXHIBIT 19

Carlyn Irwin

Comet Technologies USA Inc. vs.
XP Power LLC

UNITED STATES DISTRICT COURT.

NORTHERN DISTRICT OF CALIFORNIA


COMET TECHNOLOGIES USA          )
INC., a Delaware                )
corporation, COMET AG, a        )
Swiss corporation, and          )
YXLON INTERNATIONAL GmbH,        ) Case No.
a German corporation,           ) 5:20-CV-06408-NC
                                )
            Plaintiffs,         )
                                )
      vs.                       )
                                )
XP POWER LLC, a California       )
Limited Liability Company,      )
                                )
            Defendant.          )
                                )


REMOTE VIDEOTAPED EXPERT DEPOSITION OF

CARLYN IRWIN

_____

Friday, October 29, 2021


REPORTED BY:
ANGELA KOTT, CSR 7811
JOB NO: 10090133

It has to be -- it has to meet some sort of legal threshold of uniqueness.  It's not quite the right word I'm looking for, but something that is special.  Something that is -- that is -- adds value, for example.  You know, creates value for the owner of the information.

There -- I'm sure there are others.  It's not something I study.

Let's see.  I think those are the legal standards I'm most familiar with.  There may be others that come to mind.  Off the top of my head, it's not something I practice every day.

Q.  **Have you valued trade secrets outside the context of litigation?**

A.  Independently, no.  I have -- I'm aware -- I've been tangential to projects where independent evaluations have needed to be done.

I'm very familiar with the process of valuing trade secrets through my -- through my work in trade secret matters in litigation.

Q.  **And in those projects where independent evaluations of trade secrets were done, was that something a team at Cornerstone did or was that a different -- did a different, I guess, company do those independent evaluations?**