# EXHIBIT 20

CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COMET TECHNOLOGIES USA INC., )
a Delaware corporation, COMET)
AG, a Swiss corporation, and )
YXLON International GmbH, a  )
German corporation,          )
                             )
         Plaintiffs,         )
                             )
    v.                       ) Case No.
                             ) 5:20-cv-06408-NC
XP POWER LLC, a California   )
Limited Liability Company,   )
                             )
      Defendant.             )

CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY

CORRECTED TRANSCRIPT OF
VIDEOTAPED REMOTE 30(B)(6) DEPOSITION VIA ZOOM OF:
COMET TECHNOLOGIES USA INC.,
COMET AG, AND YXLON INTERNATIONAL GMBH
(MARKUS PFEIFFER)
WEDNESDAY, JUNE 23, 2021
3:32 P.M. CENTRAL EUROPEAN SUMMER TIME

Reported by:  PAULA A. PYBURN
              CSR 7304, RPR, CLR

Page 1

CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY

A    Insurance, okay.  Yeah, it's a fully loaded staff cost.                                                16:53:48 / 16:53:51

Q    Is there a way to correlate these development project costs specifically to each of the alleged trade secrets?                            16:53:52 / 16:54:14 / 16:54:19

A    That's basic -- that, I can't answer.  This is more a question on the R & D side.  I -- you need to have the technical expertise to answer that.                            16:54:21 / 16:54:27 / 16:54:34

MS. SCHMIDT:  And, Patricia, to clarify that, we can -- we'll let you know, we can provide -- we can tell you which engineering witnesses can provide more detail on that in advance of their depositions.                            16:54:37 / 16:54:40 / 16:54:44 / 16:54:46 / 16:54:49

MS. YOUNG:  Okay.                            16:54:50

Q    I did have a question relating to the break.                            16:55:05 / 16:55:07

During the break, I know you spoke to counsel, but my question is, did you speak to counsel regarding your testimony?  And you can answer "yes" or "no."                            16:55:07 / 16:55:10 / 16:55:13 / 16:55:22

A    Yes.                            16:55:25

MS. YOUNG:  And I guess, Counsel, we can just talk about it right now.  I don't know what your position is going to be in terms of whether or not both parties are treating that as privileged or                            16:55:30 / 16:55:32 / 16:55:34 / 16:55:37

Page 51

CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY

BY MS. YOUNG:                                              19:32:14

    Q    All right.  Welcome back.                        19:32:15

                                                          19:32:28

    Q    If you go to page 13.                            19:32:28

    A    Yes.                                             19:32:37

    Q    If you look at the last -- the beginning of      19:32:37
the last paragraph, it says (as read):                    19:32:41

         Comet additionally tracks R & D                  19:32:45

         expenditures for its generator and               19:32:48

         match products on a project basis,               19:32:50

         which likely understates the amount              19:32:52

         of employee time and costs                       19:32:54

         associated with a particular                     19:32:56

         project.                                         19:32:57

         So my question is, what is the basis for         19:32:59
saying that the documents understate the amount of        19:33:02
employee time and costs?                                  19:33:07

                                                          19:33:34

Page 120

CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY

BY MS. YOUNG:                                           20:49:09



                                                        20:50:31

BY MS. YOUNG:                                           20:50:33

    Q    What does that stand for?                      20:50:33

    A    I don't -- I don't even know what the          20:50:34

abbreviation stands for.  The OECD, it gives the        20:50:38

trades an acceptable taxing guidelines on transfer      20:50:43

Veritext Legal Solutions
866 299-5127

CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY

pricing and royalty rates.  So it's a kind of    20:50:46

international organization setting standards,    20:50:50

really, █████████████████████████████    20:50:54

    MS. YOUNG:  Let's turn to Exhibit 16, which    20:51:18

is -- starts on Bates No. 04672660.    20:51:19

    (Whereupon, Exhibit 16 was marked    20:51:24

    for identification by the Court    20:51:24

    Reporter.)    20:51:30

    THE WITNESS:  Okay.    20:51:30

BY MS. YOUNG:    20:51:31

    Q    And what is Exhibit 16?    20:51:31

    A    Let me take a look.  Okay, so this is also    20:51:33

an intercompany contract, which is related to a    20:51:44

product transfer.  ██████████████████████

███████████████████████████████████████

████

████████████████████████████████

████████████

████████████████████

████████████████████████████████████████

████████████████████████████████████████

████████████████████████████████████████████

████████████████████    20:52:36

    Q    Okay.  I'm a little confused because in    20:52:40

Exhibit 16, the licensor is Comet AG and the    20:52:53

Page 161