# EXHIBIT 22

**From:**          Park, Patrick
**Sent:**          Tuesday, July 6, 2021 2:20 PM
**To:**            *Dixie.Tauber@lw.com; #Comet_XPPower
**Cc:**            xppowerlitigation.lwteam@lw.com
**Subject:**       RE: Comet v. XP - Depositions of Pfeiffer and Russell


Dixie,

Please see our comments in your email below. Thanks.


Patrick

**Patrick Park**

**KIRKLAND & ELLIS LLP**
555 South Flower Street, 37th Floor
Los Angeles, CA 90071
**T** +1 213 680 8172 **M** +1 909 282 0230
**F** +1 213 680 8500

patrick.park@kirkland.com


**From:** Dixie.Tauber@lw.com <Dixie.Tauber@lw.com>
**Sent:** Monday, June 28, 2021 8:15 PM
**To:** #Comet_XPPower <Comet_XPPower@kirkland.com>
**Cc:** xppowerlitigation.lwteam@lw.com
**Subject:** Comet v. XP - Depositions of Pfeiffer and Russell

 **> This message is from an EXTERNAL SENDER - be cautious, particularly with links and attachments.**

Counsel,

We write to follow up on a number of issues that came up during Messrs. Pfeiffer's and Russell's depositions last week. Please confirm that Comet will provide the documents identified below and/or designate a 30(b)(6) witness to testify regarding the topics for which Mr. Pfeiffer was not prepared.

Mr. Pfeiffer

1. Mr. Pfeiffer testified that there is a license agreement between ███████████████████████████ *See* 159:160-24. As noted on the record, that agreement has not been produced. Please confirm that Comet will produce it immediately, to the extent it exists. Please also designate a further witness to testify regarding the scope of the license for each of the intra-company licenses, since Mr. Pfeiffer was not prepared to respond regarding these questions. *See, e.g.,* 152:16-159:5. Please also confirm that with respect to RFP 52, that Comet has produced any documents or analyses used in the preparation of these licenses and provide the bates numbers. If not, please confirm that Comet will produce these documents immediately. Mr. Pfeiffer testified that he believed there was a ███████████████████████████████████████ not that there was a license agreement. *See id.* at 159-160. Comet previously produced the ████████ ███████████████████████████████████████████ *See* COMET_08851072. To the extent other agreements between ███████████████████████████ exist, we will produce them. In addition, Mr. Pfeiffer was not unprepared to answer questions regarding these licenses. As evidenced by the cited and surrounding testimony, he fully answered based on the factual information available to him. Please identify the specific

1

factual information that XP believes was not provided. Finally, XP's RFP 52 does not request "documents or analyses used in the preparation of these licenses." Rather, RFP 52 requests production of the licenses themselves, which Comet has produced. *See* XP RFP No. 52 ("All licenses related to the use of patents, trade secrets, know-how, trademarks or copyrighted material related to the research, development, marketing, sale or any other activity related to the marketing and sales of RF Generators and Matching Networks by Comet over the last five years.").

2. Mr. Pfeiffer testified regarding a specific business plan with more up to date information regarding the ▮▮▮▮ ▮▮▮▮▮▮. *See* 34:9-11, 97:18-22, 102:18-103:2. He also testified regarding a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ (*see* Comet_0003873). *See* 101:13-22, 102:11-23. Please confirm that Comet has produced those documents, including all earlier versions of the ▮▮▮▮▮▮▮▮▮ Excel and the business plans and provide the bates numbers. Please also confirm that Comet has produced the underlying financial models and data used to generate its forecasts of ▮▮▮▮▮▮▮▮ *See* 33:16-34:20. If not, please confirm Comet will produce them immediately. The portions of Mr. Pfeiffer's testimony that XP cites do not state that there is a more up-to-date business plan. Rather, Mr. Pfeiffer was explaining the net present value calculation, which is a standard calculation in finance. *See* 34:9-11, 97:18-22, 102:18-103:2. Comet produced the project assessment file on May 21 (COMET_02187260), and will produce the ▮▮▮▮▮▮▮▮ Excel file, which is the underlying model for COMET_00003873.

3. Mr. Pfeiffer testified that Comet creates forecast models broken down by product, including match and generator products. *See* 26:2-4. We have been unable to locate such models in the production. Please confirm that those have been produced and provide the bates numbers. If not, please confirm that Comet will produce them immediately. Please also confirm that Comet will produce any forecast templates for its RF products. We will produce the forecast for the PCT group and generators. This is the forecast "template" that Mr. Pfeiffer referred to in his testimony.

4. Please confirm that Comet will produce financial documents for Flamatt, including all Project Costs and Project Hours documents. *See* 23:4-11. To the extent they have already been produced, please provide the corresponding bates numbers. As Mr. Pfeiffer testified, COMET_00003873 includes projects from Flamatt related to ▮▮▮▮▮▮ *Id.* 91-92. If XP maintains its request for Project Costs and Project Hours from Flamatt, please provide a basis.

5. Multiple financial documents shown to Mr. Pfeiffer during his deposition were unclear and he was unable to provide clarifying information. *See, e.g.,* 133:19-134:7 (Mr. Pfeiffer unable to answer whether a document reflects US dollars or Swiss francs). For example, for all of the financial documents that do not identify units, please provide us with the units for the figures in such documents. A number of financial documents also showed "negative" values when the values were in fact "positive." *See, e.g.,* 45:14-46:4; 61:22-62:14. Please provide a table identifying instances/documents where such negative values should be positive, and vice versa. Mr. Pfeiffer was more than prepared to answer questions at his deposition regarding Comet's financials, as evidenced by XP's single example of a document not being labeled with the currency. Moreover, Comet agreed at Mr. Pfeiffer's deposition to provide confirmation on the currency and will do so via an interrogatory response. *Id.* at 134-35. XP's characterization of certain financials as including "negative values [that] should be positive" is also inaccurate. Comet produced financials as they are maintained in the ordinary course of business. Mr. Pfeiffer explained that the COPA in SAS system records revenues as negative and expenses as positive. *Id.* at 61-62. Nonetheless, Comet will update its interrogatory response, and will identify the financials generated from the COPA in SAS.

6. Mr. Pfeiffer testified regarding Comet's ▮▮▮▮▮▮▮▮▮▮▮. *See* 212:13-22. Please confirm that those have been produced and provide the bates numbers. If not, please confirm that Comet will produce them immediately. Comet previously produced information regarding design wins. *See, e.g.*, COMET_04300638, COMET_05649006, COMET_04300542.

7. Mr. Pfeiffer testified regarding ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. 123:2-13. Under RFPs 46 and 47, please confirm that Comet has produced all documents regarding the relationship between actual hours worked and recorded hours on timesheets and provide the bates numbers. If not, please confirm that Comet will produce these documents immediately. Comet has produced all responsive documents.

8. During his deposition, Mr. Pfeiffer was not prepared to answer questions regarding the relationship between development costs and specific alleged trade secrets and a variety of other topics. *See, e.g.,* 64:24-65:4; 123:2-17; 197-24:198:7; 215:13-217:8. As Ms. Schmidt stated on the record, Comet "will provide witnesses who can provide more specifics on, you know, like the trade secrets, how they relate to the investments, as an example." 230:29-25. Please confirm that Comet will designate a witness(es) to testify accordingly, including regarding a key that indicates which of the specific ███████████████████████████████

███████████████████████████████

███████████████████████████████ *See* 46:21-47:2, 43:13-19, 51:7-14. Comet designates Mr. Grede on topics 29, 30, 36, and 37, and will be prepared to explain how the project codes relate to Comet's trade secrets. Moreover, as explained at Mr. Pfeiffer's deposition, Comet has already produced documents that correct the "system error" referenced in Exhibit 4. *See id.* 117.

Mr. Russell

- Mr. Russell testified regarding a ██████████████████████████ *See* 326:21-331:7. COMET_06080198 references a letter██████████████████████████████ Please confirm this letter has been produced and, if not, please produce it immediately. Comet produced this information prior to Mr. Smith's deposition.

Thanks,

**Dixie C. Tauber**

**LATHAM & WATKINS LLP**
10250 Constellation Blvd. Suite 1100
Los Angeles, CA 90067
Direct Dial: +1.424.653.5655
Email: dixie.tauber@lw.com
https://www.lw.com

_____

This email may contain material that is confidential, privileged and/or attorney work product for the sole use of the intended recipient. Any review, disclosure, reliance or distribution by others or forwarding without express permission is strictly prohibited. If you are not the intended recipient, please contact the sender and delete all copies including any attachments.

Latham & Watkins LLP or any of its affiliates may monitor electronic communications sent or received by our networks in order to protect our business and verify compliance with our policies and relevant legal requirements. Any personal information contained or referred to within this electronic communication will be processed in accordance with the firm's privacy notices and Global Privacy Standards available at www.lw.com.