# EXHIBIT 23

Adam Alper (SBN: 196834)
adam.alper@kirkland.com
Kyle Calhoun (SBN: 311181)
kyle.calhoun@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
Samuel F. Blake (SBN: 313124)
sam.blake@kirkland.com
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500

Sharre Lotfollahi (SBN: 258913)
sharre.lotfollahi@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:    (310) 552-4200
Facsimile:    (310) 552-5900

Megan M. New (*Pro Hac Vice*)
megan.new@kirkland.com
KIRKLAND & ELLIS LLP
300 N. La Salle
Chicago, IL 60654
Telephone:    (312) 862-2000
Facsimile:    (312) 862-2200

Attorneys for Plaintiffs
COMET TECHNOLOGIES USA INC.,
COMET AG AND YXLON
INTERNATIONAL GMBH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMET TECHNOLOGIES USA INC., a Delaware corporation, COMET AG, a Swiss corporation, and YXLON INTERNATIONAL GmbH, a German corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XP POWER LLC, a California Limited Liability Company,<br><br>Defendant. | CASE NO. 5:20-CV-06408-NC<br><br>**HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY**<br><br>**PLAINTIFFS' SUPPLEMENTAL OBJECTIONS AND RESPONSES TO DEFENDANT XP POWER LLC'S INTERROGATORY NOS. 2, 4–8, 10–12, 16–17, 19, 21 AND 23-24** |

interrogatory. Plaintiffs further object to the extent the interrogatory seeks information protected by the attorney-client privilege or the work-product doctrine.

Subject to the foregoing and their specific and general objections, Plaintiffs respond as follows: XP has engaged in a variety of misconduct designed to exploit its access to confidential information about Plaintiffs' products and technologies to gain a commercial advantage at Plaintiffs' expense. The acts described in Plaintiffs' other interrogatory responses, documents, deposition testimony, and other evidence produced in this matter demonstrate that XP caused damage to Plaintiffs, including but not limited to Plaintiffs' loss of profits, market share, goodwill, competitive advantage and business opportunities. Accordingly, Plaintiffs are entitled to damages in the form of lost profits, or alternatively, a reasonable royalty. Additionally, XP was unjustly enriched because it was able to save commercially valuable time, resources, and other research and development costs in the development of its own competing RF generator and match network technologies and products. Plaintiffs additionally seek punitive damages and injunctive relieve in this case as a result of XP's willful, fraudulent, malicious conduct aimed at injuring and oppressing Plaintiffs for XP's own economic gains, including damage to Plaintiffs' business reputation and goodwill, and potential dissemination of Plaintiffs' trade secrets.

Plaintiffs' investigation of facts and discovery of information and documents relating to their causes of action are continuing. Plaintiffs reserve the right to supplement this response as they obtain additional information through discovery in this action.

**FIRST SUPPLEMENTAL RESPONSE TO INTERROGATORY NO. 7:**

Plaintiffs incorporate their previous Responses, General Objections, and Specific Objections to this Interrogatory as if fully set forth herein. Plaintiffs responds as follows:

Comet further incorporates by reference its responses to Interrogatory Nos. 22 and 23 herein, and any supplements thereto.

The DTSA provides that the following damages may be awarded: "(I) damages for actual loss caused by the misappropriation of the trade secret; and (II) damages for any unjust enrichment caused by the misappropriation of the trade secret that is not addressed in computing damages for actual loss." 18 U.S.C. § 1836(b)(3)(B)(i). In addition, "in lieu of damages measured by any other methods," the trade-secret owner may be awarded "the damages caused by the misappropriation measured by the imposition

of liability for a reasonable royalty for the misappropriator's unauthorized disclosure or use of the trade secret." *Id.* § 1836(b)(3)(B)(ii).

Under the CUTSA, "[a] complainant may recover damages for the actual loss caused by misappropriation. A complainant also may recover for the unjust enrichment caused by misappropriation that is not taken into account in computing damages for actual loss." Cal. Civ. Proc. Code § 3426.3(a). In addition, "[i]f neither damages nor unjust enrichment caused by misappropriation are provable, the court may order payment of a reasonable royalty for no longer than the period of time the use could have been prohibited." *Id.* § 3426.3(b). The CUTSA thus differs from the DTSA, because under the CUTSA, "a royalty is only considered by the Court if one of the other forms of recovery is unprovable." *Pollara v. Radiant Logistics, Inc.*, No. CV 12-344 GAF (JEMX), 2014 WL 12703792, at *1 (C.D. Cal. Apr. 18, 2014).

Comet was founded in 1948 ("Company for Electronic Tubes Ltd.") in Berne, Switzerland. Today, Comet is a market leader in plasma control technologies. *Id.* Comet has been in the plasma control technologies ("PCT") business since 1965. Over the next forty years, Comet's businesses and innovations grew, and in 2004, Comet entered the RF Impedance Matching Networks Business ("matchbox"). By 2006, Comet opened a new design and manufacturing facility in San Jose with more than 100 engineers and manufacturing employees. In 2011, Comet increased its RF generator business with the acquisition of Stolberg, a German company that specialized in the development in the manufacture of RF and VHF generators. Comet Holding AG 2011 Annual Report (COMET_00002790) at 2796. In the 2010s, Comet implemented new R&D initiatives to develop high power density, greater speed, and improved lifetime.

As of 2011, Comet's PCT business had established itself with leading suppliers to the semiconductor industry as a partner for the development of the next generation of semiconductors and moved into the number-one position in the market for RF matchboxes for plasma process control. Comet Holding AG 2011 Annual Report (COMET_00002790) at 2797. In the same year, Comet expanded the development center in San José, California, complete with a production line for RF matchboxes, which gave customers the benefit of short time-to-market and a complete portfolio of services on site. *Id.* at 20. In 2013, Comet's PCT business became an independent operating segment and reported 40% sales

growth over 2012.  Comet Holding AG 2013 Annual Report (COMET_00001612) at 1637.  Due to Comet's investment in its PCT business, particularly its match box products, Comet was able to meet the mobile industry's needs as it transformed by using 3D chip technology. COMET_05139013 (explaining Comet's RF technology reduces wafer to wafer variation); Comet Holding AG 2013 Annual Report (COMET_00001612) at 1637–1638; Comet Holding AG 2015 Annual Report (COMET_00001466) at 1487–1488, 1499.  Comet similarly invested in its RF generators, offering a variety of innovative features including SmartCon, a new generation of capacitator with higher power density, and fast tuning solutions to provide more precise and rapid processes to fabricate 3D chips. *Id.* at COMET_00001499. In 2020, Comet moved to a larger, state-of-the-art facility for the manufacturing of its DaVinci Generator in Aachen, and also increased productivity in its Flamatt facility.  Comet Holding AG 2020 Annual Report (COMET_00001226) at 1235.

Comet recognized that demand for its RF power technology would only grow, and continued investing in developing new technologies. Comet Holding AG 2015 Annual Report (COMET_00002440) at 2472–2474; Comet Group Investor Day 2017 Presentation (COMET_04559245); Comet Holding AG 2016 Annual Report (COMET_00002266) at 2312; Comet Holding AG 2017 Annual Report (COMET_0002022) at 2049–2051, 2054; Comet Holding AG 2018 Annual Report (COMET_00002626) at 2641–2641, 2653–2657, 2661; Comet Group Investor Day 2018 Plasma Control Technologies Presentation (COMET_00001934).  Comet's innovations build on decades of its experience, innovation, and customer collaborations.  Comet Holding AG 2019 Annual Report (COMET_00001057) at 1066, 1073.  Comet's ▮▮▮▮ generators and its latest generation matchbox products build on Comet's decades-plus investment in RF Power technology.

Documents describing the development of Comet's RF Generator and Matchbox products are located at COMET_08918712; COMET_08898342; COMET_00301205; COMET_08881694; COMET_00819340; COMET_00819382; COMET_00819360; COMET_00819349; COMET_01723350; COMET_00300810; COMET_00819369; COMET_01612934; COMET_00665518; COMET_03939925; COMET_02219568; COMET00128420; COMET_03160297; COMET_03160356; COMET_02224089.

Comet serves the following industries with its RF technologies: semiconductor, flat panel, LED and solar, and microelectronics. Comet's sales by customer are located at COMET_3936, 3874, 3988, 4163, 3931, 4165, 4202, 4047, 4011, 3862, 4050. XP competes for customers in the healthcare, industrial electronics, semiconductor equipment manufacturing, and technology markets. *See, e.g.*, XP Power 2020 Annual Report (COMET_05762080) at 5762093–5762095.As XP acknowledges, the design-in cycles required by customers to qualify products and gain necessary approvals take approximately 18 months from opportunity to first order. *See, e.g.*, XP 2020 Annual Rep. at 46. Once a customer places an order, however, revenue continues to grow and that customer program typically lasts five to seven years. *See id.* As a result, XP's misappropriation of Comet's trade secrets has provided XP with a significant time advantage, in addition to cost savings, allowing XP to submit bids to customers it otherwise would not have been able to.

Comet additionally tracks R&D expenditures for its generator and match products on a project basis, which likely understates the amount of employee time and costs associated with particular projects:

| Aachen Project Costs | COMET_0004009, 4172, 4112, 4034, 3935, 4201, 3885, 3951, 4017, |
| Aachen Project Hours | COMET_3996, 4010, 3919, 4051, 4120, 3971, 4118, 4125, 3941, 4183 |

DATED: June 21, 2021

Respectfully submitted,
KIRKLAND & ELLIS LLP


By: ____/s/ Sharre Lotfollahi____
Adam R. Alper (SBN 196834)
adam.alper@kirkland.com
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

Michael W. De Vries (SBN 211001)
michael.devries@kirkland.com
KIRKLAND & ELLIS LLP
555 S. Flower Street
Los Angeles, CA 90071
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500

Sharre Lotfollahi (SBN 258913)
sharre.lotfollahi@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone:    (310) 552-4200
Facsimile:    (310) 552-5900

Attorneys for Plaintiffs
COMET TECHNOLOGIES USA INC.,
COMET AG AND YXLON
INTERNATIONAL GMBH

PLAINTIFFS' SUPPLEMENTAL OBJS. AND RESPS. TO
DEFENDANT XP POWER LLC'S INTERROG. NOS. 2, 4–8,
10–12, 16–17, 19, 21 AND 23-24 (AEO)

61

CASE NO. 5:20-CV-06408-NC