# EXHIBIT 24

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

COMET TECHNOLOGIES USA INC., )
a Delaware corporation, COMET)
AG, a Swiss corporation, and )
YXLON International GmbH, a  )
German corporation,          )
                             )
         Plaintiffs,         )
                             )
    v.                       ) Case No.
                             ) 5:20-cv-06408-NC
XP POWER LLC, a California   )
Limited Liability Company,   )
                             )
         Defendant.          )

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

VIDEOTAPED REMOTE DEPOSITION VIA ZOOM OF:
            GARY RUSSELL, INDIVIDUALLY AND AS
            30(B)(6) WITNESS FOR COMET TECHNOLOGIES
            USA INC., COMET AG, AND YXLON
            INTERNATIONAL GMBH
            THURSDAY, JUNE 24, 2021
            10:15 A.M. MOUNTAIN DAYLIGHT TIME

Reported by:  PAULA A. PYBURN
            CSR 7304, RPR, CLR

Page 1

HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY

it -- but how much money Doug's group was spending,    14:16:39

you know, on a year-to-year basis?    14:16:43

            MR. PARK:  Objection.  Scope and vague.    14:16:49

            MR. YEH:  So give me a sec.  I think it is    14:16:52

within the scope, Patrick.  Topic No. 47 is (as    14:16:54

read):    14:16:54

                All facts known to Comet about    14:16:56

                Beuerman's projects and budget at    14:16:59

                XP.    14:17:02

        So -- and I get this is a, you know,    14:17:02

monies-related thing.  So is -- are -- is it going    14:17:06

to be another witness or -- because I need this    14:17:12

information?    14:17:14

            MR. PARK:  Wait.  Wait.  You're saying    14:17:19

Topic 47 is related to this question?    14:17:23

            MR. YEH:  Yeah.  It's, you know, Doug's    14:17:27

budget, year-to-year budget, how much money he's    14:17:29

spending.    14:17:32

            MR. PARK:  At XP; right?  So why would --    14:17:34

how does that relate to the lines of questions    14:17:39

you're asking right now?    14:17:45

            MR. YEH:  I think we had a typo in our    14:17:46

topics.    14:17:49

            MR. PARK:  So we actually discussed this    14:17:51

with Dixie and Patricia and -- this exact point,    14:17:53

Veritext Legal Solutions
866 299-5127

that how would Comet know Mr. Beuerman's budget at    14:17:57

XP, and they said to the extent Comet knows about    14:18:03

this, then we can testify to as to this, and then    14:18:05

that was that.    14:18:08

        So I don't think you can ask him about    14:18:09

Beuerman's -- I mean, it's --    14:18:11

        MR. YEH:  Patrick, I get it.  I get it.    14:18:14

I'll ask him a question.  He can tell me he doesn't    14:18:15

know.    14:18:19

    Q    Mr. Russell, do you know anything about    14:18:19

Doug's projects and budget while -- let me break    14:18:21

this up.    14:18:24

        Mr. Russell, do you know anything about    14:18:24

Mr. Beuerman's budget at XP?    14:18:26

        MR. PARK:  Objection.  Scope and vague.    14:18:30

        THE WITNESS:  No.    14:18:33

BY MR. YEH:    14:18:34

    Q    And, Mr. Russell, what do you know about    14:18:35

the projects Mr. Beuerman is working on at XP?    14:18:37

    A    Nothing.    14:18:42

    Q    Okay.  Do you know if Mr. Beuerman was    14:18:45

working on matches while he was at XP?    14:18:48

    A    I -- through this suit, I can infer, but    14:18:55

I -- I don't know that as a fact.  I don't know what    14:19:03

his scope of work was at XP.    14:19:06

Page 125