# EXHIBIT 25

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COMET TECHNOLOGIES USA INC., a Delaware corporation, COMET AG, a Swiss corporation, and YXLON INTERNATIONAL GmbH, a German corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>XP POWER LLC, a California Limited Liability Company,<br><br>        Defendants. | Case No. 5:20-CV-06408-NC<br><br>Hon. Nathanael M. Cousins<br><br>**HIGHLY CONFIDENTIAL - OUTSIDE COUNSELS' EYES ONLY** |

### REPLY EXPERT REPORT OF DR. STANLEY SHANFIELD

Dated: September 24, 2021                Respectfully submitted,

_____
Dr. Stanley Shanfield

# TABLE OF CONTENTS

**Page**

I.  INTRODUCTION ..............................................................................................1

II.  EXPERIENCE AND QUALIFICATIONS ...........................................................1

III.  COMPENSATION .............................................................................................1

IV.  MATERIALS AND OTHER INFORMATION CONSIDERED ...................................1

V.  DESCRIPTION OF WORK .................................................................................1

VI.  DESCRIPTION OF COMET'S ASSERTED TRADE SECRETS (RESPONSE TO PHINNEY REPORT SECTION IV)..................................................................2

    A.  Comet's Trade Secrets Are Eligible for Trade Secret Protection............................2

    B.  Comet's Trade Secrets are Not Deficient ................................................16

VII.  COMET EXPENDED SIGNIFICANT TIME AND RESOURCES TO DEVELOP THE TRADE SECRETS (RESPONSE TO PHINNEY REPORT SECTION V.A and Spencer Section IV.)............................................................26

VIII.  COMET'S TRADE SECRETS ARE VALUABLE AND ENABLED XP'S NEXT-GENERATION RF DEVELOPMENT (RESPONSE TO PHINNEY REPORT SECTION V.B AND SPENCER REPORT SECTION VI.B)........................33

    A.  XP's Technology was Not Independently Developed and XP Could Not Have Developed Its Own Next Generation Technology Without Comet's Trade Secrets..................................................................................34

    B.  XP's Misappropriation of Comet's Trade Secrets Saved Development Time and Expense for XP Power................................................................53

    C.  Comet's Success in the Market Demonstrates the Value of its Trade Secrets.............................................................................................55

    D.  Comet's Trade Secrets Provide Comet with a Competitive Advantage Because They are Not Generally Known........................................................59

IX.  COMET'S TRADE SECRETS WERE NOT PUBLICLY DISCLOSED AND ARE NOT GENERALLY KNOWN (RESPONSE TO PHINNEY REPORT SECTION V.C)..................................................................................62

X.  COMET TOOK REASONABLE MEASURES TO MAINTAIN SECRECY (RESPONSE TO SPENCER REPORT SECTION VI.C-D)........................................66

i

A.  Comet's Overarching Policies and Procedures are Adequate to Protect the Specific Information that XP Misappropriated......................................................66

    1.  Comet Provides Confidential and Proprietary Information to the Industry with Obligations of Confidentiality...........................................66

    2.  Comet Applies or Enforces its Company Policies and Procedures to Prevent the Disclosure of Trade Secrets.................................................76

    3.  Comet's Physical and Electronic Security Measures are Enforced. ..........80

    4.  Comet Took Immediate Actions to Protect its Trade Secrets and had Strict Protocols Already in Place. ......................................................82

B.  Comet Followed its Procedures for Confidential Information and its Trade Secrets were not Infected. ......................................................................85

XI.  XP MISAPPROPRIATED COMET'S TRADE SECRETS (RESPONSE TO PHINNEY REPORT SECTION VI) .......................................................................86

A.  The Failure of XP's Comdel Acquisition Required XP to Look Elsewhere for Sufficient Next Generation Technology (Response to Phinney Sections VI.A-B) .............................................................................................87

B.  The XP Employees Improperly Acquired Comet's Confidential Material and Trade Secrets (Reply to Phinney Section VI.C)...............................96

C.  XP Used Comet's Confidential Materials and Trade Secrets to Develop Next-Generation RF Technology (Reply to Phinney Section VI.D) ...................100

XII.  XP DID NOT TAKE REASONABLE AND CUSTOMARY STEPS TO PROTECT AGAINST THE IMPROPER USE OF COMET'S TRADE SECRETS (RESPONSE TO SPENCER REPORT SECTION VII) .................................................157

A.  XP Did Not Take Reasonable Steps When Hiring and Employing the Employees of a Competitor ..................................................................158

B.  XP Did Not Take Reasonable Steps to Prevent the Use of Comet Trade Secrets in Response to the Allegations Made by Comet Against Messrs. Beuerman, Mason, Ma, and Mori after they had been hired. .............................161

    1.  XP's Actions Were Not Reasonable in Response to Comet's Allegations Against Doug Beuerman ......................................................162

    2.  XP's Actions Were Not Reasonable in Response to Comet's Allegations Against Chris Mason...........................................................169

3.      XP's Actions Were Not Reasonable in Response to Comet's
        Allegations Against Yibing Ma ...............................................................173

4.      XP's Actions Were Not Reasonable in Response to Comet's
        Allegations Against Eiji Mori...............................................................174

5.      XP's Actions Collectively Were Not Reasonable ...................................177

C.      It is Reasonable to "Clean Room" Employees or Restart Development
        Efforts in Response to Allegations by a Competitor ...........................................179

XIII.   FORENSIC EVIDENCE DERIVED FROM PATRIOT SUPERSONIC RAGE2
        AND SEAGATE BACKUP PLUS DEVICES FURTHER SHOWS XP'S
        CONTINUED USE OF COMET'S TRADE SECRET INFORMATION......................181

1.      Seagate Device.......................................................................................183

2.      Supersonic Rage2 Device .......................................................................203

XIV.    reservation of right to supplement ....................................................................217