# EXHIBIT 26



**XP POWER**
ANNUAL REPORT & ACCOUNTS
for the year ended 31 December 2017

stock code: XPP

COMET_05761657

# Our Marketplace

**We continue to expand our product portfolio to grow our addressable market and provide more products to our key customers where we are already an approved or preferred supplier.**

## THE MARKETS WE SERVE

We have a broad exposure to the Healthcare, Industrial and Technology markets. Our customers are manufacturers of capital equipment and their end markets all exhibit different degrees of cyclicality. Generally, the Technology markets are most cyclical but it is clear that the long-term growth prospects for technology are robust. Healthcare is our least cyclical sector with Industrial lying between Technology and Healthcare.

We have a diverse customer base of over 4,500 customers that we deal with directly and many more customers serviced through our distribution channels which have been growing strongly in recent years.

The diversity of our business is a significant strength with no single customer exceeding more than 11% of revenue. Further, there is no single dominant player in the markets we address due to the diversity of customer requirements.

We have no direct exposure to consumer products.

## MARKET SIZE AND OPPORTUNITY

We estimate that XP Power has a 7% share of its addressable global market (excluding RF Power).



**11%** SHARE

TOTAL MARKET VALUE
**US$1,067 MILLION**

### NORTH AMERICA

North America is a significant market for power electronics with many large customers, particularly in Technology and Healthcare.



**11%** SHARE

TOTAL MARKET VALUE
**US$657 MILLION**

### EUROPE

The European market is much more fragmented than North America or Asia. In particular it contains numerous smaller industrial companies as well as a number of larger medical companies.



**2%** SHARE

TOTAL MARKET VALUE
**US$1,210 MILLION**

### ASIA

Although Asia is a large market, much of it is not readily available to XP Power. Although XP Power has a factory in China the regulations require our product to be exported and re-imported into China. This means we are at a tax and duty disadvantage to local manufacturers who are generally competing on cost. We are able to service customers who demand high quality and reliability and who value the engineering solutions and support we provide.



**3%** SHARE*

TOTAL MARKET VALUE
**US$800 MILLION**

### RF POWER

Following the acquisition of Comdel in September 2017 we now have RF Power products in our portfolio which significantly increases our addressable market. We believe the market for RF Power to be approximately US$800 million. This presents a significant opportunity for long-term growth.

\* Share is based on annualised revenue

Source: MicroTech Consultants 2017 Report and management estimates

08



COMET_05761666