1    Adam Alper (SBN: 196834)
     adam.alper@kirkland.com
2    Akshay S. Deoras (SBN: 301962)
     akshay.deoras@kirkland.com
3    KIRKLAND & ELLIS LLP
     555 California Street
4    San Francisco, CA 94104
     Telephone:    (415) 439-1400
5    Facsimile:    (415) 439-1500

6    Michael W. De Vries (SBN: 211001)
     michael.devries@kirkland.com
7    KIRKLAND & ELLIS LLP
     555 South Flower Street
8    Los Angeles, CA 90071
     Telephone:   (213) 680-8400
9    Facsimile:   (213) 680-8500

10   Sharre Lotfollahi (SBN: 258913)
     sharre.lotfollahi@kirkland.com
11   KIRKLAND & ELLIS LLP
     2049 Century Park East, Suite 3700
12   Los Angeles, CA 90067
     Telephone:   (310) 552-4200
13   Facsimile:   (310) 552-5900

14   Leslie M. Schmidt (*pro hac vice*)
     leslie.schmidt@kirkland.com
15   KIRKLAND & ELLIS LLP
     601 Lexington Avenue
16   New York, NY 10022
     Telephone: (212) 446-4800
17   Facsimile: (213)446-4900

18   Attorneys for Plaintiffs COMET
     TECHNOLOGIES USA INC., COMET AG
19   AND YXLON INTERNATIONAL GMBH

     Joseph B. Farrell (SBN: 137435)
     joe.farrell@lw.com
     Thomas W. Yeh (SBN: 287118)
     thomas.yeh@lw.com
     Dixie C. Tauber (SBN: 321692)
     dixie.tauber@lw.com
     LATHAM & WATKINS LLP
     355 South Grand Avenue, Suite 100
     Los Angeles, CA 90071-1560
     Telephone:    (213) 485-1234
     Facsimile:    (213) 891-8763

     Patricia Young (SBN: 291265)
     patricia.young@lw.com
     LATHAM & WATKINS LLP
     140 Scott Drive
     Menlo Park, CA 94025
     Telephone:    (650) 328-4600
     Facsimile:    (650) 463-2600

     Matthew W. Walch (*pro hac vice*)
     matthew.walch@lw.com
     Russell Mangas (*pro hac vice*)
     russell.mangas@lw.com
     LATHAM & WATKINS LLP
     330 North Wabash Avenue, Suite 2800
     Chicago, IL 60611
     Telephone:    (312) 876-7700
     Facsimile:    (312) 993-9767

     Attorneys for Defendant XP Power LLC

20                 **UNITED STATES DISTRICT COURT**

21                **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 22   COMET TECHNOLOGIES USA INC. , a<br>Delaware corporation, COMET AG, a Swiss<br>23   corporation, and YXLON INTERNATIONAL<br>GMBH, a German corporation,<br>24<br>         Plaintiffs,<br>25<br>      v.<br>26<br>27   XP POWER LLC, a California Limited<br>Liability Company,<br>28<br>         Defendant. | CASE NO. 5:20-CV-6408<br><br>**JOINT [PROPOSED] CASE<br>SUMMARY** |

## I. **Case Summary**

Plaintiffs in this case are Comet Technologies USA Inc., Comet AG, and YXLON International GMBH ("Comet") and defendant is XP Power LLC ("XP"). This case relates to radio-frequency or "RF" power products.

In this case, Comet alleges that XP misappropriated certain alleged trade secrets related to its RF generator and matching network technologies. Comet has the burden of proving by a preponderance of the evidence each element of its misappropriation claims for each alleged trade secret, including among other elements, that Comet owns each alleged trade secret, that each alleged trade secret qualifies as an enforceable trade secret, and that XP acquired, used, or disclosed by improper means each of Comet's alleged trade secrets.

XP denies Comet's claims. XP asserts it developed its RF generator and matching network technologies using the professional skills, talents, and abilities of its employees. XP further asserts that the alleged Comet trade secrets are not legally protectable trade secrets and that XP did not misappropriate any alleged Comet trade secrets.

Comet seeks compensatory and punitive damages for XP's alleged misappropriation of each of Comet's alleged trade secrets. XP contends that Comet is not entitled to any damages in this case.

1

DATED:  February 16, 2022                         Respectfully submitted,

2
                                                  KIRKLAND & ELLIS LLP

3

4                                                 _/s/ Sharre Lotfollahi_
                                                  Adam Alper (SBN: 196834)
5                                                 adam.alper@kirkland.com
                                                  Akshay S. Deoras (SBN: 301962)
6                                                 akshay.deoras@kirkland.com
                                                  KIRKLAND & ELLIS LLP
7                                                 555 California Street
                                                  San Francisco, CA 94104
8                                                 Telephone:    (415) 439-1400
                                                  Facsimile:    (415) 439-1500
9
                                                  Michael W. De Vries (SBN: 211001)
10                                                michael.devries@kirkland.com
                                                  KIRKLAND & ELLIS LLP
11                                                555 South Flower Street
                                                  Los Angeles, CA 90071
12                                                Telephone:    (213) 680-8400
                                                  Facsimile:    (213) 680-8500
13
                                                  Sharre Lotfollahi (SBN: 258913)
14                                                sharre.lotfollahi@kirkland.com
                                                  KIRKLAND & ELLIS LLP
15                                                2049 Century Park East, Suite 3700
                                                  Los Angeles, CA 90067
16                                                Telephone:    (310) 552-4200
                                                  Facsimile:    (310) 552-5900
17
                                                  Leslie M. Schmidt (_pro hac vice_)
18                                                leslie.schmidt@kirkland.com
                                                  KIRKLAND & ELLIS LLP
19                                                601 Lexington Avenue
                                                  New York, NY 10022
20                                                Telephone: (212) 446-4800
                                                  Facsimile: (213)446-4900
21
                                                  Attorneys for Plaintiffs
22                                                COMET TECHNOLOGIES USA INC.,
                                                  COMET AG AND YXLON
23                                                INTERNATIONAL GMBH

24

25

26

27

28

1

2                                                   */s/ Patricia Young*
                                                   Joseph B. Farrell (SBN: 137435)
3                                                   joe.farrell@lw.com
                                                   Thomas W. Yeh (SBN: 287118)
4                                                   thomas.yeh@lw.com
                                                   Dixie C. Tauber (SBN: 321692)
5                                                   dixie.tauber@lw.com
                                                   LATHAM & WATKINS LLP
6                                                   355 South Grand Avenue, Suite 100
                                                   Los Angeles, CA 90071
7                                                   Telephone:    (213) 485-1234
                                                   Facsimile:    (213) 891-8763
8
                                                   Patricia Young (SBN: 291265)
9                                                   patricia.young@lw.com
                                                   LATHAM & WATKINS LLP
10                                                  140 Scott Drive
                                                   Menlo Park, CA 94025
11                                                  Telephone:    (650) 328-4600
                                                   Facsimile:    (650) 463-2600
12
                                                   Matthew W. Walch (*pro hac vice*)
13                                                  matthew.walch@lw.com
                                                   Russell Mangas (*pro hac vice*)
14                                                  russell.mangas@lw.com
                                                   LATHAM & WATKINS LLP
15                                                  330 North Wabash Avenue, Suite 2800
                                                   Chicago, IL 60611
16                                                  Telephone:    (312) 876-7700
                                                   Facsimile:    (312) 993-9767
17
                                                   Attorneys for Defendant XP Power LLC
18

19

20

21

22

23

24

25

26

27

28