UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMET TECHNOLOGIES USA INC., and others,<br><br>Plaintiff,<br><br>v.<br><br>XP POWER LLC,<br><br>Defendant. | Case No. 20-cv-06408 NC<br><br>**ORDER FOLLOWING PRETRIAL CONFERENCE** |

This order summarizes issues discussed at the March 2 pretrial conference:

1. LOCATION: The trial will take place in San Jose Courtroom 8 on the 4th floor.

2. COURTROOM TECH: The parties will coordinate with my Courtroom Deputy, Lili Harrell, to schedule a tech rehearsal before March 14.

3. JURY TRIAL SCHEDULE: Jury selection will be March 7 at 9:30 a.m. Opening statements and evidence will commence on March 14. Trial will run from 9:30 a.m. to 4:30 p.m. daily, with a lunch, morning, and afternoon break. Trial is expected to end by March 24. If we fall behind schedule, I may expand the trial day and/or take other steps to streamline the presentation.

4. MASK POLICY: The Court requires all individuals to wear masks inside the courtroom except the questioning attorney, the testifying witness, and an attorney making

objections. For those individuals, masks will be permitted, but not required. No person should enter the courthouse while feeling ill or displaying symptoms of illness.

5. JURY SELECTION: Jury selection (8 total jurors; zero alternates) will take place on Monday, March 7 at 9:30 a.m. in Courtroom 8. The jurors for this case will be selected from 40 jurors called. The jurors will come to Courtroom 8 in groups of no more than 20 jurors. Each side will have 3 preemptory challenges total for all 40 jurors.

6. JURY INSTRUCTIONS: The parties must file and submit to the proposed order email box opening and closing jury instructions by March 4.

7. JURY QUESTIONS: There will be no questions from the jury during trial. The Court may permit occasional updated mini-opening statements from counsel to the jurors as the case progresses.

8. OPENNESS OF PROCEEDINGS: To balance the security of confidential information with the public's right to access, the Court will implement the following procedures:

- The Courtroom will be open unless parties identify specific portions of testimony for which it must be closed.
- Where necessary, the parties may make use of courtroom technology to limit the viewership of documents and information filed under seal.
- The Court's public phoneline will be closed during this trial.

9. WITNESSES GENERALLY: Only one attorney per side will be permitted to question and object to the testimony of each witness. Additionally, aside from during jury selection and for one corporate representative seated at counsel table, witnesses are not permitted in the courtroom until they complete all of their testimony.

10. VERDICT FORM: The parties must file a revised proposed verdict form by March 9.

11. WITNESS LIST: The parties must file a joint update as to live/deposition witnesses

and agree on any deposition excerpts to be entered, by March 4.

12.     SCOPE OF CASE: Plaintiff must reduce the number of alleged trade secrets to be presented at trial from ten to eight by March 4. In addition, both parties will reduce their number of trial exhibits to no more than 400 by March 9.

13.     TIME LIMITS: Each side will have up to 15 hours total to present its case, excluding jury selection. This limit includes no more than 45 minutes for opening and 60 minutes for closing arguments per side.  Plaintiff's rebuttal closing, if any, will be included in the time for closing.

14.     LATE-NIGHT MOTIONS: The Court will not permit late-night motions without advance leave of court. Issues should be resolved during the trial day where possible.

15.     DEADLINES FOR POST-TRIAL EVENTS: Post-trial deadlines will be governed by the Federal Rules of Civil Procedure, Appellate Procedure, and the Local Rules of this Court.  The Court intends to enter Judgment promptly upon the conclusion of the trial.

**IT IS SO ORDERED.**

Dated:  March 3, 2022                             _____
                                                                  NATHANAEL M. COUSINS
                                                                  United States Magistrate Judge