**PRINT ALL ANSWERS**                                    Juror #_____

## Juror Questionnaire: Civil Trial

**United States District Court, Northern District of California, San Jose**

This information is asked so that the judge and the parties to the dispute may select a fair and impartial jury.  Please answer each question as completely and as accurately as you can, without discussing your answers with others.  If there is not enough space for your answer, please use the extra space on the final page.  The completed questionnaire will be shared with the judge, court staff, attorneys, and parties, and is a public record open to public inspection.  Thank you for your cooperation.

**First Name:** _____    **Last Name:** _____

1. Have you, or someone close to you, ever worked for any of the following companies? (Check all that apply.)

   | | | | |
   |---|---|---|---|
   | a. Comet Technologies USA Inc. | Yes, self | Yes, someone else | No |
   | b. Comet AG | Yes, self | Yes, someone else | No |
   | c. YXLON International GmbH | Yes, self | Yes, someone else | No |
   | d. XP Power LLC | Yes, self | Yes, someone else | No |
   | e. Advanced Energy Industries, Inc. | Yes, self | Yes, someone else | No |
   | f. Kirkland & Ellis LLP | Yes, self | Yes, someone else | No |
   | g. Latham & Watkins LLP | Yes, self | Yes, someone else | No |

   **If yes**, please describe the individual and their role at the organization: _____
   _____
   _____
   _____

2. Have you ever owned stock in any of the following companies?  (Check all that apply.)

   | | | |
   |---|---|---|
   | a. Comet Technologies USA Inc. | Yes | No |
   | b. Comet AG | Yes | No |
   | c. YXLON International GmbH | Yes | No |
   | d. XP Power LLC | Yes | No |
   | e. Advanced Energy Industries, Inc. | Yes | No |

    **If yes**, please describe how much stock you owned and when you owned it: _____

_____

_____

3. Have you, or any of your employers, ever done business with any of the following companies as a vendor, supplier, customer, or subcontractor?  (Check all that apply.)

    a. Comet Technologies USA Inc.    Yes    No

    b. XP Power LLC    Yes    No

    **If yes**, please describe when, for how long, and the nature of the business: _____

    _____

    _____

4. Have you, or someone close to you, ever been employed in any job involving radio frequency (RF) related technology?    Yes    No

    **If yes**, please describe what type of work, what types of products, who was the employer, what was the length of employment, and when were you last employed in that field: \_\_\_\_\_

    _____

    _____

5. Have you, or someone close to you, ever worked in any of the following occupations or fields?  (Check all that apply.)

    | | | | |
    |---|---|---|---|
    | a. Research and development | Yes, self | Yes, someone else | No |
    | b. Product design/manufacturing | Yes, self | Yes, someone else | No |
    | c. Software development/engineering | Yes, self | Yes, someone else | No |
    | d. Commissioned sales | Yes, self | Yes, someone else | No |
    | e. Marketing/advertising | Yes, self | Yes, someone else | No |
    | f. Semiconductor industry | Yes, self | Yes, someone else | No |
    | g. Electrical engineering | Yes, self | Yes, someone else | No |

    **If yes**, please describe the individual, what industry they were involved in, and what types of products they worked on: _____

    _____

    _____

6. Have you, or someone close to you, ever been self-employed or owned an interest in a business?  Please explain: _____
_____
_____

7. Have you ever felt taken advantage of in a business relationship, or has anyone ever accused you of taking advantage of a business relationship?  Please explain: _____
_____
_____

8. Have you worked for one company and then later worked for another company competing in the same industry?  Please explain: _____
_____
_____

9. Do you have any strongly positive or strongly negative feelings about corporations?  Please explain:
_____
_____

10. Have you ever worked with confidential or proprietary information?  Please explain: _____
_____
_____

11. Have you ever been responsible for protecting confidential information for an employer or for your own business?  Please explain: _____
_____
_____

12. Have you ever retained confidential information from an employer after leaving that employment?  Please explain: _____
_____
_____

13. Are you aware of any situation involving an employee who was investigated or accused of taking confidential information without permission?  Please explain: _____
_____
_____

14. Have you ever signed a non-disclosure agreement, non-compete agreement, or employment agreement?  Please explain: _____

_____

_____

15. Do you have strong feelings about non-disclosure agreements, non-compete agreements, or employment agreements in general?  Please explain: _____

_____

_____

16. Have you ever worked for a company that had trade secrets?         Yes          No

    **If yes**, please identify the company: _____

17. Have you, or someone close to you, ever been involved in a dispute over a trade secret?  Please describe the dispute and how it was resolved: _____

_____

_____

18. Do you have any experience, training, or specialized knowledge about trade secrets, patents, copyrights, or other intellectual property rights?  Please explain: _____

_____

_____

19. Have you ever owned any intellectual property, including trade secrets?  Please explain:

_____

_____

20. Are you the named inventor on any patents?  Please explain: _____

_____

_____

21. Do you have any strong views about the intellectual property system in the United States?  Please explain: _____

_____

_____

22. Have you, or someone close to you, ever been accused of taking something or using something (i.e., an idea or item) that was not yours?  Please explain: _____

_____
_____

23. Have you, or someone close to you, ever been involved in a dispute or lawsuit about trade secrets, unfair competition, patents, copyrights, or other intellectual property rights?

    ___ Yes, self       ___ Yes, someone else       ___ No

    **If yes**, please describe the type of product/work in dispute, how the dispute was resolved, and your satisfaction with the manner of resolution: _____
    _____
    _____

24. Have you, or someone close to you, ever worked as a lawyer or paralegal? Please explain:
    _____
    _____
    _____

25. What is one of your favorite books, movies, or TV shows? _____
    _____

26. What is one of your hobbies or strong interests? _____
    _____

27. One or more of the witnesses in this case may communicate with the assistance of an interpreter. Do you have a strongly held belief that would cause you to favor or disfavor someone testifying with the assistance of an interpreter? Please explain: _____
    _____
    _____

28. As a juror you will be required to hear testimony, see evidence, and remember testimony and evidence. Will you be able to participate in these activities?    ___ Yes    ___ No

    **If no**, please explain how the Court might assist you in participating: _____
    _____
    _____

29. The judge will instruct you on your duties and on the law to apply in reaching a verdict. Will you follow the instructions, even if you disagree with them?    ___ Yes    ___ No

**If no**, please explain: _____

_____

_____

30. This trial will take place from March 14 to March 23, 2022, from 9:30 a.m. to 4:30 p.m. Do you have an extreme hardship during this time that would prevent you from serving on this trial?    Yes           No

    **If yes**, please explain: _____

    _____

    _____

31. Is there any other information that you would like the judge, parties, and attorneys to know about you in evaluating your ability to be a fair and impartial juror in this case? _____

    _____

    _____

Because you must decide this case based only on the evidence received in the case and the Court's instructions as to the law that applies, you must not be exposed to any other information about the case or to the issues involved during the course of your jury duty.  Thus, until you are dismissed from the jury, or the end of the case, you may not communicate with anyone in any way about the merits of the case or anything to do with it.  This includes discussing the case in person, in writing, by phone or electronic means, via email, text messaging, or any Internet blog, website or other forum.  Additionally, you may not conduct any outside research of your own, including searching for information about the case, parties, or attorneys on the internet.

*I declare under penalty of perjury that my answers to the jury questionnaire are true, correct, and complete.  I acknowledge that I have read and will abide by the Court's instructions above.*

_____          _____
Signature                                                                        Date

## Extra Explanation Space

If you would like to elaborate on any of your answers, please do so in the space below and indicate the number of the question you are answering.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____