| | |
|---|---|
| Adam Alper (SBN: 196834) | Joseph B. Farrell (SBN: 137435) |
| adam.alper@kirkland.com | joe.farrell@lw.com |
| Akshay S. Deoras (SBN: 301962) | Thomas W. Yeh (SBN: 287118) |
| akshay.deoras@kirkland.com | thomas.yeh@lw.com |
| KIRKLAND & ELLIS LLP | Dixie C. Tauber (SBN: 321692) |
| 555 California Street | dixie.tauber@lw.com |
| San Francisco, CA 94104 | LATHAM & WATKINS LLP |
| Telephone: (415) 439-1400 | 355 South Grand Avenue, Suite 100 |
| Facsimile: (415) 439-1500 | Los Angeles, CA 90071-1560 |
| | Telephone: (213) 485-1234 |
| Michael W. De Vries (SBN: 211001) | Facsimile: (213) 891-8763 |
| michael.devries@kirkland.com | |
| KIRKLAND & ELLIS LLP | Patricia Young (SBN: 291265) |
| 555 South Flower Street | patricia.young@lw.com |
| Los Angeles, CA 90071 | LATHAM & WATKINS LLP |
| Telephone: (213) 680-8400 | 140 Scott Drive |
| Facsimile: (213) 680-8500 | Menlo Park, CA 94025 |
| | Telephone: (650) 328-4600 |
| Sharre Lotfollahi (SBN: 258913) | Facsimile: (650) 463-2600 |
| slotfollahi@kirkland.com | |
| KIRKLAND & ELLIS LLP | Matthew W. Walch (*pro hac vice*) |
| 2049 Century Park East, Suite 3700 | matthew.walch@lw.com |
| Los Angeles, CA 90067 | Russell Mangas (*pro hac vice*) |
| Telephone: (310) 552-4200 | russell.mangas@lw.com |
| Facsimile: (310) 552-5900 | LATHAM & WATKINS LLP |
| | 330 North Wabash Avenue, Suite 2800 |
| Leslie M. Schmidt (*pro hac vice*) | Chicago, IL 60611 |
| leslie.schmidt@kirkland.com | Telephone: (312) 876-7700 |
| KIRKLAND & ELLIS LLP | Facsimile: (312) 993-9767 |
| 601 Lexington Avenue | |
| New York, NY 10022 | Attorneys for Defendant XP Power LLC |
| Telephone: (212) 446-4800 | |
| Facsimile: (213) 446-4900 | |

Attorneys for Plaintiffs COMET TECHNOLOGIES USA INC., COMET AG AND YXLON INTERNATIONAL GMBH

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMET TECHNOLOGIES USA INC., a Delaware corporation, COMET AG, a Swiss corporation, and YXLON INTERNATIONAL GMBH, a German corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XP POWER LLC, a California Limited Liability Company,<br><br>Defendant. | CASE NO. 5:20-cv-6408<br><br>**JOINT NOTICE REGARDING TRIAL FACT WITNESSES** |

Pursuant to the Court's Order Following Pretrial Conference (ECF No. 296), Comet Technologies USA Inc. Comet AG, and YXLON International GmH (Collectively, "Comet" or "Plaintiffs") and Defendant XP Power LLC ("XP" or "Defendant") (collectively, the "Parties") hereby provide the following joint update regarding trial fact witnesses:

Comet will call the following fact witnesses live: Kevin Crofton, Andre Grede, Elisabeth Pataki (likely, but may remove for time constraints), Gary Russell, and Robert Jardim. In addition, unless the parties can reach agreement regarding playing the following XP current and former employees' deposition videos, Comet may also call Eiji Mori, Yibing Ma, Michael Laver, and Jay Warner live.[1]

XP will call the following fact witnesses live: Duncan Penny and Paul Rummel. XP may call Jay Warner, Eiji Mori, Yibing Ma, John Morin, and Mike Laver live.[2] In addition, unless the parties

---

[1] Comet's Position: To streamline the proceedings, Comet offered to let XP play the deposition videos of Comet's witnesses, regardless of availability, and also agreed to allow XP to cross beyond the scope of direct to ensure that live witnesses only have to appear once. XP, however, refuses to agree to the reciprocal treatment of XP's witnesses by allowing Comet to play deposition videos regardless of witness availability. XP's "empty chair" proposal requires Comet to make substantive concessions on the merits and is thus unreasonable. Comet will continue to meet and confer with XP to try to resolve this dispute without Court intervention.

XP's Position: XP informed Comet that it would be amenable to Comet's proposal of playing deposition videos regardless of availability if Comet would agree to the following "empty chair" stipulation for any such witnesses: "The Parties agree that if no Party calls these witnesses live, the Parties, their counsel, and all witnesses are precluded in the presence of the jury from referring in any way to the fact that the witness did not testify in person at the trial." Comet refused. Comet effectively wants XP to agree to allow Comet to play deposition videos of available XP witnesses, and then make arguments to the jury about those witnesses not being at trial. This is unfair and prejudicial. Given Comet's refusal to refrain from making empty chair arguments, the requirements of FRCP Rule 32 should govern.   Further, there is an imbalance to Comet's proposal, where there are more XP witnesses than Comet witnesses who do not qualify under FRCP Rule 32. And XP's agreement to cross beyond the scope of direct was for the convenience of Comet's witnesses so that they would not need to appear more than once. XP will continue to meet and confer with Comet to try to resolve this dispute without Court intervention.

[2] Comet's Position: Comet has asked XP to identify all of its will-call witnesses, as Comet has done, but XP has refused, instead disclosing only two will call live witnesses and five may call witnesses, many more than can practically be called at trial.

XP's Position: XP has explained throughout the meet and confer process that Comet will be presenting its case first and that XP's case is in response to Comet's case. Therefore, the witnesses XP may call live necessarily depends on the facts, arguments, opinions, and evidence Comet elicits during its case

can reach agreement regarding playing the following Comet current employees' deposition videos, XP may also call Paul Smith, Anthony Olivetti and Gary Russell live.[3]

Both sides may call Christopher Mason live at trial if he is available. The parties agree that XP may cross-examine Comet's live fact witnesses beyond the scope of direct examination in lieu of calling them live in XP's case so that these witnesses only testify once. Comet also agrees that XP may play the deposition video of Zahra Awasthi rather than calling her live. The parties agree that the Federal Rules of Civil Procedure and the parties' stipulation, entered by the Court at ECF No. 297, govern the process for designating the deposition testimony to be played at trial. Finally, the parties agree that Ms. Pataki's deposition will occur on the morning of March 13th, and that her deposition exhibits may be added to XP's exhibit list, subject to Comet's objections to those exhibits.

---

in chief. XP is cognizant of the time limits set by the Court and will abide by those limits. Further, the total number of will call/may call witnesses disclosed by XP is commensurate with the number of will call/may call witnesses disclosed by Comet.

[3] XP's Position: Paul Smith and Gary Russell were Comet 30(b)(6) witnesses, and for at least this reason, there is no basis for Comet to object to XP playing those depositions, subject to scope objections.

| | |
|---|---|
| DATED: March 4, 2022 | Respectfully submitted,<br>KIRKLAND & ELLIS LLP<br><br>By: */s/ Sharre Lotfollahi*<br>Adam R. Alper (SBN: 196834)<br>adam.alper@kirkland.com<br>Akshay S. Deoras (SBN: 301962)<br>akshay.deoras@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone:    (415) 439-1400<br>Facsimile:    (415) 439-1500<br><br>Michael W. De Vries (SBN: 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 S. Flower Street<br>Los Angeles, CA 90071<br>Telephone:    (213) 680-8400<br>Facsimile:    (213) 680-8500<br><br>Sharre Lotfollahi (SBN: 258913)<br>sharre.lotfollahi@kirkland.com<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East<br>Los Angeles, CA 90067<br>Telephone:    (310) 552-4200<br>Facsimile:    (310) 552-5900<br><br>Leslie M. Schmidt (pro hac vice)<br>leslie.schmidt@kirkland.com<br>KIRKLAND & ELLIS LLP<br>601 Lexington Ave.<br>New York, NY 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br><br>Attorneys for Plaintiffs<br>COMET TECHNOLOGIES USA INC., COMET AG AND YXLON INTERNATIONAL GMBH |

|   |   |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | By: /s/ Patricia Young |
| | Joseph B. Farrell (Bar No. 137435) |
| 3 | joe.farrell@lw.com |
| | Thomas W. Yeh (Bar No. 287118) |
| 4 | thomas.yeh@lw.com |
| | Dixie C. Tauber (Bar No. 321692) |
| 5 | dixie.tauber@lw.com |
| | 355 South Grand Avenue, Suite 100 |
| 6 | Los Angeles, CA 90071 |
| | Telephone: (213) 485-1234 |
| 7 | Facsimile: (213) 891-8763 |

Patricia Young (Bar No. 291265)
patricia.young@lw.com
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Blake R. Davis (Bar No. 294360)
blake.davis@lw.com
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Matthew W. Walch (*pro hac vice*)
matthew.walch@lw.com
Russell Mangas (pro hac Vice)
russell.mangas@lw.com
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

Stephen D. O'Donohue (pro hac vice)
stephen.odonohue@lw.com
1271 Avenue of the Americas
New York, NY 10020
Telephone (212) 906-1200
Facsimile (212) 751-4864

Razi Safi (*pro hac vice*)
razi.safi@lw.com
LATHAM & WATKINS LLP
555 Eleventh Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2200
Facsimile: (202) 637-2201

Attorneys for Defendant XP Power LLC