GRANTED
Judge Nathanael M. Cousins

| | |
|---|---|
| Adam Alper (SBN: 196834) | Joseph B. Farrell (SBN: 137450) |
| adam.alper@kirkland.com | joe.farrell@lw.com |
| Akshay S. Deoras (SBN: 301962) | Thomas W. Yeh (SBN: 287118) |
| akshay.deoras@kirkland.com | thomas.yeh@lw.com |
| KIRKLAND & ELLIS LLP | Dixie C. Tauber (SBN: 321692) |
| 555 California Street | dixie.tauber@lw.com |
| San Francisco, CA 94104 | LATHAM & WATKINS LLP |
| Telephone: (415) 439-1400 | 355 South Grand Avenue, Suite 100 |
| Facsimile: (415) 439-1500 | Los Angeles, CA 90071-1560 |
| | Telephone: (213) 485-1234 |
| Michael W. De Vries (SBN: 211001) | Facsimile: (213) 891-8763 |
| michael.devries@kirkland.com | |
| KIRKLAND & ELLIS LLP | Patricia Young (SBN: 291265) |
| 555 South Flower Street | patricia.young@lw.com |
| Los Angeles, CA 90071 | LATHAM & WATKINS LLP |
| Telephone: (213) 680-8400 | 140 Scott Drive |
| Facsimile: (213) 680-8500 | Menlo Park, CA 94025 |
| | Telephone: (650) 328-4600 |
| Sharre Lotfollahi (SBN: 258913) | Facsimile: (650) 463-2600 |
| slotfollahi@kirkland.com | |
| KIRKLAND & ELLIS LLP | Matthew W. Walch (*pro hac vice*) |
| 2049 Century Park East, Suite 3700 | matthew.walch@lw.com |
| Los Angeles, CA 90067 | Russell Mangas (*pro hac vice*) |
| Telephone: (310) 552-4200 | russell.mangas@lw.com |
| Facsimile: (310) 552-5900 | LATHAM & WATKINS LLP |
| | 330 North Wabash Avenue, Suite 2800 |
| Leslie M. Schmidt (*pro hac vice*) | Chicago, IL 60611 |
| leslie.schmidt@kirkland.com | Telephone: (312) 876-7700 |
| KIRKLAND & ELLIS LLP | Facsimile: (312) 993-9767 |
| 601 Lexington Avenue | |
| New York, NY 10022 | Attorneys for Defendant XP Power LLC |
| Telephone: (212) 446-4800 | |
| Facsimile: (213) 446-4900 | |

Attorneys for Plaintiffs COMET
TECHNOLOGIES USA INC., COMET AG
AND YXLON INTERNATIONAL GMBH

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMET TECHNOLOGIES USA INC., a Delaware corporation, COMET AG, a Swiss corporation, and YXLON INTERNATIONAL GMBH, a German corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XP POWER LLC, a California Limited Liability Company,<br><br>Defendant. | CASE NO. 5:20-cv-6408<br><br>**SECOND JOINT NOTICE REGARDING TRIAL FACT WITNESSES** |

Pursuant to the Court's Order Order Responding to Trial Preparation Updates (ECF No. 313), Comet Technologies USA Inc. Comet AG, and YXLON International GmH (Collectively, "Comet" or "Plaintiffs") and Defendant XP Power LLC ("XP" or "Defendant") (collectively, the "Parties") hereby provide the following joint update regarding trial fact witnesses:

The parties have further met and conferred and resolved all outstanding disputes regarding witnesses. Comet will call the following fact witnesses live: Kevin Crofton, Andre Grede, Elisabeth Pataki (likely, but may remove for time constraints), Gary Russell, and Robert Jardim. In addition, the parties have agreed that Comet may play the following XP current and former employees' deposition videos regardless of availability: Eiji Mori, Yibing Ma, Michael Laver, and Jay Warner.

XP will call the following fact witnesses live: Duncan Penny and Paul Rummel. XP may call Jay Warner, Eiji Mori, Yibing Ma, and Mike Laver live. In addition, the parties have agreed that XP may play the following Comet employees' deposition videos regardless of availability: Paul Smith, Anthony Olivetti and Gary Russell.

With respect to Eiji Mori and Yibing Ma, the Parties agree that if no Party calls these witnesses live, the Parties, their counsel, and all witnesses are precluded in the presence of the jury from referring in any way to the fact that the witness did not testify in person at the trial.

The parties have concluded that Christopher Mason is unavailable, and other than the live fact witnesses set forth above, no other fact witnesses will testify live and their deposition videos may be played.

| | | |
|---|---|---|
| 1 | DATED: March 8, 2022 | Respectfully submitted,<br>KIRKLAND & ELLIS LLP |
| 2 | | |
| 3 | | By: /s/ *Sharre Lotfollahi*<br>Adam R. Alper (SBN: 196834) |
| 4 | | adam.alper@kirkland.com<br>Akshay S. Deoras (SBN: 301962) |
| 5 | | akshay.deoras@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 6 | | 555 California Street<br>San Francisco, CA 94104 |
| 7 | | Telephone:    (415) 439-1400<br>Facsimile:    (415) 439-1500 |
| 8 | | Michael W. De Vries (SBN: 211001) |
| 9 | | michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 10 | | 555 S. Flower Street<br>Los Angeles, CA 90071 |
| 11 | | Telephone:    (213) 680-8400<br>Facsimile:    (213) 680-8500 |
| 12 | | Sharre Lotfollahi (SBN: 258913) |
| 13 | | sharre.lotfollahi@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 14 | | 2049 Century Park East<br>Los Angeles, CA 90067 |
| 15 | | Telephone:    (310) 552-4200<br>Facsimile:    (310) 552-5900 |
| 16 | | Leslie M. Schmidt (pro hac vice) |
| 17 | | leslie.schmidt@kirkland.com<br>KIRKLAND & ELLIS LLP |
| 18 | | 601 Lexington Ave.<br>New York, NY 10022 |
| 19 | | Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900 |
| 20 | | Attorneys for Plaintiffs |
| 21 | | COMET TECHNOLOGIES USA INC., COMET AG<br>AND YXLON INTERNATIONAL GMBH |

SECOND JOINT NOTICE REGARDING TRIAL FACT WITNESSES         3         CASE NO. 5:20-CV-6408

| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| 2 | By: /s/ *Patricia Young* |
| 3 | Joseph B. Farrell (Bar No. 137435)<br>joe.farrell@lw.com |
| 4 | Thomas W. Yeh (Bar No. 287118)<br>thomas.yeh@lw.com |
| 5 | Dixie C. Tauber (Bar No. 321692)<br>dixie.tauber@lw.com |
| 6 | 355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071 |
| 7 | Telephone: (213) 485-1234<br>Facsimile: (213) 891-8763 |
| 8 | Patricia Young (Bar No. 291265) |
| 9 | patricia.young@lw.com<br>140 Scott Drive |
| 10 | Menlo Park, CA 94025<br>Telephone: (650) 328-4600 |
| 11 | Facsimile: (650) 463-2600 |
| 12 | Blake R. Davis (Bar No. 294360)<br>blake.davis@lw.com |
| 13 | 505 Montgomery Street, Suite 2000<br>San Francisco, CA 94111 |
| 14 | Telephone: (415) 391-0600<br>Facsimile: (415) 395-8095 |
| 15 | Matthew W. Walch (*pro hac vice*) |
| 16 | matthew.walch@lw.com<br>Russell Mangas (pro hac Vice) |
| 17 | russell.mangas@lw.com<br>330 North Wabash Avenue, Suite 2800 |
| 18 | Chicago, IL 60611<br>Telephone: (312) 876-7700 |
| 19 | Facsimile: (312) 993-9767 |
| 20 | Stephen D. O'Donohue (pro hac vice)<br>stephen.odonohue@lw.com |
| 21 | 1271 Avenue of the Americas<br>New York, NY 10020 |
| 22 | Telephone (212) 906-1200<br>Facsimile (212) 751-4864 |
| 23 | Razi Safi (*pro hac vice*) |
| 24 | razi.safi@lw.com<br>LATHAM & WATKINS LLP |
| 25 | 555 Eleventh Street, NW, Suite 1000<br>Washington, DC 20004 |
| 26 | Telephone: (202) 637-2200<br>Facsimile: (202) 637-2201 |
| 27 | Attorneys for Defendant XP Power LLC |
| 28 | |