# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Case No: **5:20-cv-06408 NC**
Case Name: **Comet Technologies USA, Inc. v. XP Power, LLC**

## TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Nathanael Cousins | PLAINTIFFS' ATTORNEYS: Adam Alper, Sharre Lotfollahi, Michael De Vries, Akshay Deoras, Leslie Schmidt | DEFENSE ATTORNEYS: Joseph Farrell, Patricia Young, Matthew Walch, Blake Davis, Steven O'Donohue |
|---|---|---|
| TRIAL DATE: March 15, 2022 | COURT REPORTER: Summer Fisher | CLERK: Lili M. Harrell |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  |  | 9:34am |  |  | Court convenes with counsel<br>Hearing outside presence of jury |
|  |  | 9:45am |  |  | Jury present |
|  |  | 9:46am |  |  | Continued examination of **Witness Russell** |
| PX0004<br>PX0005<br>PX0006 |  | 9:49am | X | X |  |
| PX0649<br>PX0650<br>PX0651<br>PX0652<br>PX0653 |  |  | X | X |  |
| PX0656<br>PX0657<br>PX0658 |  |  | X | X |  |
| PX1250 |  |  | X | X |  |
| PX1325 |  |  | X | X |  |
| PX1326 |  |  | X | X |  |
| PX1334 |  |  | X | X |  |
| PX1335 |  |  | X | X |  |
| PX3658 |  | 10:04am | X | X |  |
| PX0654 |  | 10:07am | X | X |  |
| PX3659<br>PX3660<br>PX3661<br>PX3662<br>PX3663 |  |  | X | X |  |
| PX3664 |  | 10:12am | X | X |  |
| PX0003 |  | 10:14am | X | X |  |

1

| | | | | | |
|---|---|---|---|---|---|
| PX0007<br>PX0009<br>PX0010<br>PX0645<br>PX0646<br>PX0648<br>PX0649 | | | X | X | |
| PX0001 | | 10:15am | X | X | |
| PX0013 | | 10:16am | X | X | |
| PX0008<br>PX3644<br>PX3645<br>PX0647 | | 10:18am | X | X | |
| PX3657 | | 10:20am | X | X | |
| PX3654<br>PX3655 | | 10:22am | X | X | |
| PX0438<br>PX0011<br>PX0012 | | 10:23am | X | X | |
| PX2910<br>PX3627<br>PX3628 | | 10:24am | X | X | |
| PX3656 | | 10:27am | X | X | |
| PX2627 | | 10:31am | X | X | |
| | | 10:37am | | | Recess break |
| | | 10:45am | | | Reconvene<br>Hearing outside presence of jury |
| | | 10:47am | | | Jury present |
| | | | | | **Cross-examination by P. Young** |
| | DX5117 | 10:56am | X | X | |
| | DX5237 | 11:03am | X | X | |
| | DX5234 | 11:05am | X | X | |
| | DX5202 | 11:10am | X | X | |
| | DX5114 | 11:16am | X | X | |
| | | 11:25am | | | **Redirect** |
| | | 11:32am | | | **Witness Rob Jardin – sworn. Direct by S. Lotfollahi** |
| PX2590 | | 11:38am | X | X | |
| PX3115 | | 11:41am | X | X | |
| PX3138 | | 11:42am | X | X | |
| PX2922 | | 11:44am | X | X | |
| PX2920 | | 11:46am | X | X | |
| PX2962 | | 11:53am | X | X | |

2

| | | | | | |
|---|---|---|---|---|---|
| PX3130 | | 11:54am | X | X | |
| PX2978 | | 11:56am | X | X | |
| PX3011 | | 12:01pm | X | X | |
| PX2998 | | 12:04pm | X | X | |
| PX3623 | | 12:05pm | X | X | |
| PX3166 | | | X | X | |
| | | 12:06pm | | | Jury excused for lunch<br>Hearing outside presence of jury |
| | | 12:10pm | | | Lunch |
| | | 1:01pm | | | Reconvene |
| | | 1:05pm | | | Jury present<br>Continued examination of **Witness R. Jardin** |
| | | 1:11pm | | | *Court provisionally seals courtroom with only parties to the proceedings present. |
| | | 1:14pm | | | **Cross-examination by P. Young** |
| | DX5060 | 1:16pm | X | X | |
| | | 1:19pm | | | Sealed portion of proceedings ends |
| | | 1:29pm | | | Redirect |
| | | 1:30pm | | | Video Deposition of **Doug Beuerman** |
| PX3013 | | 1:54pm | X | X | |
| | | 1:55pm | | | Video Deposition of **Christopher Mason** |
| PX3443<br>PX3362 | | 2:19pm | X | X | |
| | | 2:20pm | | | Video Deposition of **Jay Warner** |
| PX3604<br>PX3511<br>PX3525<br>PX3221<br>PX3466 | | 2:44pm | X | X | |
| | | 2:45pm | | | Jury excused for break<br>Hearing outside presence of jury |
| | | 2:48pm | | | Recess |
| | | 2:58pm | | | Reconvene with Jury present |
| | | 2:59pm | | | **Witness Kevin Faulkner – sworn. Direct by S. Lotfollahi** |
| PX2702<br>PX2974<br>PX2703<br>PX2713<br>PX2714<br>PX3014<br>PX3554<br>PX3555<br>PX2694 | | 3:20pm | X | X | |

3

| | | | | | |
|---|---|---|---|---|---|
| PX2675<br>PX2677 | | | X | X | |
| PX2711<br>PX2712 | | 3:34pm | X | X | |
| PX2705<br>PX2973<br>PX2708<br>PX3317<br>PX2695<br>PX3023<br>PX3027<br>PX3025<br>PX3026<br>PX3552<br>PX3553 | | | X | X | |
| | | 3:50pm | | | **Cross-examination by. R. Mangas** |
| | | 4:14pm | | | **Redirect** |
| | | 4:18pm | | | Video Deposition of **Paul Rummel** |
| | | 4:23pm | | | Jury excused for the day |
| | | 4:24pm | | | Hearing held outside presence of jury |
| | | 4:26pm | | | Court adjourned.<br>Further Jury Trial 3/16 at 9:30 a.m. |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | Remaining time for Plaintiffs:   8:31 |
| | | | | | Remaining time for Defendant: 11:47 |
| | | | | | |

*Times listed in this Trial Log is offered as an estimate. The Court remains the official time-keeper in this case.

4