# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL TRIAL MINUTES

| **Date:** March 16, 2022 | **Time:** 6 hours | **Judge:** NATHANAEL M. COUSINS |
|---|---|---|
| **Case No.** 20-cv-06408 NC | **Case Name:** Comet Technologies USA INC., et al v. XP Power LLC | |

**Attorneys for Plaintiffs:** Adam Alper, Michael De Vries, Sharre Lotfollahi, Akshay Deoras, Leslie Schmidt, Sam Blake

**Attorneys for Defendant:** Joseph Farrell, Patricia Young, Matthew Walch, Jeffrey Homrig, Russell Mangas, Steven O'Donohue

**Deputy Clerk:** Lili Harrell          **Court Reporter:** Summer Fisher

## PROCEEDINGS

**Jury Trial – Day Four**

**Witnesses:** Stanley Shanfield, Dariush Rafinejad
**Video Depositions:** Michael Laver, John Morin

- *See attached Trial Log*