**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

Case No: **5:20-cv-06408 NC**
Case Name: **Comet Technologies USA, Inc. v. XP Power, LLC**

**TRIAL SHEET, EXHIBIT and WITNESS LIST**

| JUDGE:<br>Nathanael Cousins | PLAINTIFFS' ATTORNEYS:<br>Adam Alper, Sharre Lotfollahi,<br>Akshay Deoras, Michael De Vries,<br>Leslie Schmidt, Sam Blake | DEFENSE ATTORNEYS:<br>Joseph Farrell, Patricia Young,<br>Steven O'Donohue, Jeff Homrig |
|---|---|---|
| TRIAL DATE:<br>March 16, 2022 | COURT REPORTER:<br>Summer Fisher | CLERK:<br>Lili M. Harrell |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
| | | 9:27am | | | Court convenes<br>Hearing outside presence of jury |
| | | 9:41am | | | Jury present |
| | | 9:42am | | | **Witness Stanley Shanfield – sworn. Direct by A. Deoras** |
| | | 11:15am | | | Jury excused for break<br>Hearing outside presence of jury |
| | | 11:16am | | | Recess |
| | | 11:30am | | | Reconvene with jury present |
| | | 12:25pm | | | Jury excused for lunch<br>Hearing outside presence of jury |
| | | 12:27pm | | | Lunch |
| | | 1:25pm | | | Reconvene with Jury present |
| PDX0010 | | 1:54pm | X | X | |
| | | 1:55pm | | | **Cross-examination by J. Homrig** |
| | DX5121 | 2:39pm | X | | |
| | | 2:46pm | | | **Redirect** |
| | | 2:48pm | | | Recess |
| | | 3:00pm | | | Reconvene with Jury present |
| | | | | | Video deposition of **Michael Laver** |
| | | 3:07pm | | | Video deposition of **John Morin** |
| | | 3:10pm | | | **Witness Dariush Rafinejad – sworn. Direct by L. Schmidt** |
| | | 3:59pm | | | **Cross-examination by P. Young** |
| | DX5248 | 4:11pm | X | X | |
| | DX5143 | 4:14pm | X | X | |
| | | 4:30pm | | | Jury admonished and excused for the day. |

1

|  |  |  |  |  | Recess |
|--|--|--|--|--|--|
|  |  | 4:43pm |  |  | Reconvene<br>Hearing outside presence of jury |
|  |  | 4:54pm |  |  | Court adjourned. Further Jury Trial 3/17/2022, at 9:30a.m. |
|  |  |  |  |  |  |
|  |  |  |  |  |  |