# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

# CIVIL TRIAL MINUTES

| Date: March 21, 2022 | Time: 6 hours | Judge: NATHANAEL M. COUSINS |
|---|---|---|
| Case No. 20-cv-06408 NC | Case Name: Comet Technologies USA INC., et al v. XP Power LLC | |

**Attorneys for Plaintiffs:** Adam Alper, Michael De Vries, Sharre Lotfollahi, Akshay Deoras, Leslie Schmidt, Kyle Calhoun, Samuel Blake

**Attorneys for Defendant:** Joseph Farrell, Patricia Young, Matthew Walch, Jeffrey Homrig, Blake Davis, Steven O'Donohue,

**Deputy Clerk:** Lili Harrell         **Court Reporter:** Summer Fisher

# PROCEEDINGS

**Jury Trial – Day Seven**

    **Witnesses:** John Spencer, David Cowan, Carlyn Irwin
    Video Depositions of Paul Smith, Markus Pfeiffer
    Defendants rest
    Closing Jury Instructions
    Closing arguments

**Further Jury Trial continued to March 22, 2022, at 9:30 a.m. for Jury Deliberations**

- *See attached Trial Log*