UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Case No: **5:20-cv-06408 NC**
Case Name:  **Comet Technologies USA, Inc. v. XP Power, LLC**

TRIAL SHEET, EXHIBIT and WITNESS LIST

| JUDGE: Nathanael Cousins | PLAINTIFFS' ATTORNEYS: Adam Alper, Sharre Lotfollahi, Michael De Vries, Leslie Schmidt, Kyle Calhoun, Samuel Blake | DEFENSE ATTORNEYS: Joseph Farrell, Patricia Young, Blake Davis, Michael Walch |
|---|---|---|
| TRIAL DATE: March 21, 2022 | COURT REPORTER: Summer Fisher | CLERK: Lili M. Harrell |

| PLF NO. | DEF NO. | DATE/TIME OFFERED | ID | REC | DESCRIPTION |
|---|---|---|---|---|---|
|  |  | 9:30am |  |  | Court convenes<br>Hearing outside presence of Jury |
|  | DX5602 | 9:38am | X | X |  |
| PX3217<br>PX3430<br>PX3229 |  | 9:40am | X | X |  |
|  |  | 9:42am |  |  | Jury present<br>**Redirect of Witness J. Spencer by B. Davis** |
|  |  | 9:51am |  |  | **Video Deposition of Paul Smith** |
| PX2850 | DX5072<br>DX5121 | 10:03am | X | X |  |
|  |  | 10:03am |  |  | **Witness David Cowan – sworn. Direct by R. Mangas** |
|  |  | 10:26am |  |  | **Cross-examination by S. Lotfollahi** |
|  |  | 10:35am |  |  | **Redirect** |
|  |  | 10:38am |  |  | Recess |
|  |  | 10:52am |  |  | Reconvene with Jury present |
|  |  |  |  |  | **Video Deposition of Markus Pfeiffer** |
|  | DX5096<br>DX5097<br>DX5098 | 11:00am | X | X |  |
|  |  | 11:01am |  |  | **Witness Carlyn Irwin – sworn. Direct by R. Mangas** |
|  |  | 11:59pm |  |  | **Cross-examination by L. Schmidt** |
| PX2641 |  | 12:06pm | X | X |  |
|  |  | 12:18pm |  |  | **Redirect** |
|  | 5175<br>5171<br>5160<br>5317 |  | X | X |  |

1

| | | | | | |
|---|---|---|---|---|---|
| | 5158<br>5164<br>5618<br>5014<br>5149<br>5173 | | | | |
| PX2640 | | | X | X | |
| | | 12:27pm | | | Defendants rest |
| | | 12:28pm | | | Jury excused for lunch |
| | | 12:30pm | | | Hearing outside presence of jury<br>Comet's Rule 50(a) motion – taken under submission<br>Charging conference |
| | | 1:02pm | | | Lunch |
| | | 1:45pm | | | Court reconvenes<br>Hearing outside presence of jury |
| | | 1:49pm | | | Jury present<br>Closing Jury Instructions |
| | | 2:27pm | | | **Closing argument by A. Alper** |
| | | 3:16pm | | | Recess |
| | | 3:27pm | | | Reconvene with jury present |
| | | 3:38pm | | | **Closing argument by P. Young** |
| | | 4:24pm | | | **Rebuttal** |
| | | 4:37pm | | | Jury excused for the day. Deliberations to begin March 22, 2022, at 9:30 a.m. |
| | | 4:38pm | | | Hearing outside presence of jury |
| | | 4:41pm | | | Court adjourned |