# EXHIBIT 11

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COMET TECHNOLOGIES USA INC.,
a Delaware corporation; COMET
AG, a Swiss corporation; and
XYLON International GmbH, a
German corporation,

   Plaintiffs,

v.          Case No. 5:18-cv-01441 LHK-VKD

DOUGLAS BEUERMAN, an individual;
CHRISTOPHER MASON, an individual;
EIJI MORI, an individual; XP
POWER LLC, a California limited
liability company; and DOES 1-10,

   Defendants.
_____/

TRANSCRIPT OF AUDIO RECORDED TELEPHONIC CONVERSATION
Job Interview Tape Transcript Between
Jay Warner (XP Power) and Chris Mason (Comet)

Transcribed By:
TERRI NESTORE
CSR No. 5614, RPR, CRR

He knows the mechanical.

JW:  And he's your boss -- he's your boss now, yeah?  Doug?

CM:  Yep.

JW:  Yeah.

CM:  And there's, there's other people that want to do software.  There's a lot of people here that want to defect from here because they're working seven days a week on fixing old code written by Drivetek, a company from Switzerland that's horrible code, and to find bugs that is horrendous.  And it would be easier just to start over but we can't and the reason why we can't is because Gary says we can't.  It would be a lot cheaper.  And these people don't get paid, they only get paid salary.

JW:  I gotcha.

CM:  So they're all -- they're wanting to get another job.  It's software, man.

They can always get a job.

JW:  Yeah, I know.  We're looking for 'em.

We're looking for all kinds of people.

CM:  Well, if you want, if you want a turnkey match design, we've got a crew that'll do it.

JW:  And people that want to leave, huh?

CM:  Huh?

JW:  People that want to leave, they're not

happy?

CM:  Not happy at all.

And probably take a year to start being profitable, two years they'll be very, very profitable.

If we got the Apple business, it would be a different corporation.

JW:  Yeah, I know it would.

CM:  You'd want to separate the whole business, you know.

JW:  Well, why wouldn't they just build -- why won't they just build it themselves, though, since they have the design?

CM:  That's the question, where do they turn it over?

JW:  I would think -- I would think --

CM:  How can they do that?

They're not going to buy the generator company.

JW:  No, they'll build.  I would think they would build it themselves or have some other -- have a big CM build it, probably.

CM:  Yeah, but it -- that's just building it, it's the capacitors.

JW:  Mmm.

CM:  They have to get into building the vacuum cap, okay?  It's a little tougher.  How much does it cost

C E R T I F I C A T E

        I, TERRI NESTORE, Certified Shorthand Reporter/ Transcriptionist, do hereby certify that I was authorized to transcribe the foregoing recorded proceeding, and that the transcript is a true and accurate transcription of my shorthand notes, to the best of my ability, taken while listening to the provided recording.

        I further certify that I am not of counsel or attorney for either or any of the parties to said proceedings, nor in any way interested in the events of this cause, and that I am not related to any of the parties thereto.

Dated this 25th day of March, 2019.

_____
TERRI NESTORE, CSR 5614, RPR, CRR