| | |
|---|---|
| Adam Alper (SBN: 196834) | Sharre Lotfollahi (SBN: 258913) |
| adam.alper@kirkland.com | sharre.lotfollahi@kirkland.com |
| Akshay Deoras (SBN: 301962) | KIRKLAND & ELLIS LLP |
| akshay.deoras@kirkland.com | 2049 Century Park East, Suite 3700 |
| KIRKLAND & ELLIS LLP | Los Angeles, CA 90067 |
| 555 California Street | Telephone: (310) 552-4200 |
| San Francisco, CA 94104 | Facsimile: (310) 552-5900 |
| Telephone: (415) 439-1400 | |
| Facsimile: (415) 439-1500 | Leslie M. Schmidt (*pro hac vice*) |
| | leslie.schmidt@kirkland.com |
| Michael W. De Vries (SBN: 211001) | KIRKLAND & ELLIS LLP |
| michael.devries@kirkland.com | 601 Lexington Ave. |
| KIRKLAND & ELLIS LLP | New York, NY 10022 |
| 555 South Flower Street | Telephone: (212) 446-4800 |
| Los Angeles, CA 90071 | Facsimile: (212) 446-4900 |
| Telephone: (213) 680-8400 | |
| Facsimile: (213) 680-8500 | Kat Li (*pro hac vice*) |
| | kat.li@kirkland.com |
| Attorneys for Plaintiffs | KIRKLAND & ELLIS LLP |
| COMET TECHNOLOGIES USA INC., | 401 Congress Avenue |
| COMET AG AND YXLON | Austin, TX 78701 |
| INTERNATIONAL GMBH | Telephone: (512) 678-9167 |
| | Facsimile: (512) 678-9101 |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMET TECHNOLOGIES USA INC., a Delaware corporation, COMET AG, a Swiss corporation, and YXLON INTERNATIONAL GMBH, a German corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XP POWER LLC, a California Limited Liability Company,<br><br>Defendant. | CASE NO. 5:20-cv-6408<br><br>**JOINT STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE CERTAIN POST-TRIAL MOTIONS** |

Plaintiffs Comet Technologies USA, Inc., Comet AG and Yxlon International GMBH's ("Comet") and Defendant XP Power LLC ("XP Power" and, collectively, the "Parties") by and through their counsel hereby stipulate and agree to the following matter:

WHEREAS, on September 30, 2022, the Court issued a Judgment in favor of Plaintiffs Comet Technologies USA Inc., Comet AG, and YXLON International GmbH (all three together "Comet"), and against Defendant XP Power LLC.

WHEREAS, Comet intends to file motions for its attorneys fees and taxable costs as well as a motion for prejudgment interest. Comet's fees and costs motions are due by October 14, 2022 and its prejudgment interest motion is due by October 28, 2022.

WHEREAS, XP Power intends to seek relief under Federal Rules of Civil Procedure Rule 50 and Rule 59. XP's motions for post-trial relief must be filed on or before October 28, 2022.

NOW, THEREFORE, the Parties, by and through their undersigned counsel of record, hereby agree and stipulate, and respectfully request that the Court order that the October 14, 2022 deadline to file Comet's Motions for Attorneys' Fees and Taxable Costs shall be extended to October 28, 2022, that the deadline for any oppositions or responses to Comet's Motions for Attorneys' Fees and Taxable Costs be extended to November 11, 2022, and that the deadline for reply briefs in support of Plaintiffs' Motions for Attorneys' Fees and Taxable Costs be extended to November 18, 2022.

The parties further respectfully request that the deadline for Comet to file its motion for prejudgment interest be extended to November 11, 2022, with XP's opposition due on November 29, 2022 and Comet's reply due on December 6, 2022.

XP Power will also file its motions for post-trial relief under Federal Rules of Civil Procedure Rule 50 and Rule 59 on or before October 28, 2022. The parties further respectfully request that the Court approve of XP Power filing its supporting memorandum of points and authorities under Local Rule 7-2 and 7-4 in support of its motions for post-trial relief under Federal Rules of Civil Procedure Rule 50 and 59 on November 11, 2022, Comet's filing of any oppositions or responses to XP Power's motions for post-trial relief on November 29, 2022, and XP Power's filing of any reply briefs in support of XP Power's motions for post-trial relief on December 6, 2022. *See Liveperson, Inc. v. [24]7.AI, Inc.*,

No. 17-cv-01268-JST, D.I. 812 (N.D. Cal. Aug. 31, 2021) (granting extension for memorandum of points and authorities in support of post-trial motions filed under Rule 50 and 59).

DATED: October 13, 2022

Respectfully submitted,
KIRKLAND & ELLIS LLP

By: /s/ Sharre Lotfollahi
Adam R. Alper (SBN 196834)
*adam.alper@kirkland.com*
Akshay Deoras (SBN: 301962)
*akshay.deoras@kirkland.com*
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:   (415) 439-1400
Facsimile:   (415) 439-1500

Michael W. De Vries (SBN 211001)
*michael.devries@kirkland.com*
KIRKLAND & ELLIS LLP
555 S. Flower Street
Los Angeles, CA 90071
Telephone:   (213) 680-8400
Facsimile:   (213) 680-8500

Sharre Lotfollahi (SBN 258913)
*sharre.lotfollahi@kirkland.com*
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone:   (310) 552-4200
Facsimile:   (310) 552-5900

Leslie M. Schmidt (pro hac vice)
*leslie.schmidt@kirkland.com*
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
Telephone:   (212) 446-4800
Facsimile:   (212) 446-4900

Kat Li (*pro hac vice*)
*kat.li@kirkland.com*
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone:   (512) 678-9167
Facsimile:   (512) 678-9101

|   |   |
|---|---|
| 1 |  |
| 2 | Attorneys for Plaintiffs<br>COMET TECHNOLOGIES USA INC.,<br>COMET AG AND YXLON<br>INTERNATIONAL GMBH |
| 3 |  |

| | | |
|---|---|---|
| 1 | DATED:  October 13, 2022 | LATHAM & WATKINS LLP |
| 2 | | By: */s/ Patricia Young* |
| 3 | | Joseph B. Farrell (Bar No. 137435)<br>joseph.farrell@lw.com |
| 4 | | Thomas W. Yeh (Bar No. 287118)<br>thomas.yeh@lw.com |
| 5 | | LATHAM & WATKINS LLP<br>355 South Grand Avenue, Suite 100 |
| 6 | | Los Angeles, CA 90071<br>Telephone:  (213) 485-1234<br>Facsimile:   (213) 891-8763 |
| 7 | | |
| 8 | | Patricia Young (Bar No. 291265)<br>patricia.young@lw.com |
| 9 | | Jeffrey G. Homrig (Bar No. 215890)<br>Jeff.homrig@lw.com |
| 10 | | LATHAM & WATKINS LLP<br>140 Scott Drive |
| 11 | | Menlo Park, CA 94025<br>Telephone:  (650) 328-4600 |
| 12 | | Facsimile:   (650) 463-2600 |
| 13 | | Matthew W. Walch (*pro hac vice*)<br>matthew.walch@lw.com |
| 14 | | Russell Mangas (*pro hac vice*)<br>russell.mangas@lw.com |
| 15 | | LATHAM & WATKINS LLP<br>330 North Wabash Avenue, Suite 2800 |
| 16 | | Chicago, Illinois 60611<br>Telephone: (312) 876-7700 |
| 17 | | Facsimile:  (312) 993-9767 |
| 18 | | Attorneys for Defendant XP POWER LLC |

JOINT STIPULATION AND ORDER TO EXTEND DEADLINES TO FILE CERTAIN POST-TRIAL MOTIONS

5

Case No. 5:20-cv-6408

**ATTESTATION**

As the signatory whose ECF login was used for this filing, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: October 13, 2022

By: */s/ Sharre Lotfollahi*
Sharre Lotfollahi (SBN 258913)
sharre.lotfollahi@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: <u>October 17</u>, 2022          _____
                                          Honorable
                                          United States
                                          Northern District



GRANTED
Judge Nathanael M. Cousins