LATHAM & WATKINS LLP
Joseph B. Farrell (Bar No. 137435)
*joe.farrell@lw.com*
Thomas  W. Yeh (Bar No. 287118)
*thomas.yeh@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, CA  90071-1560
Telephone:  (213) 485-1234
Facsimile:  (213) 891-8763

Patricia Young (Bar No. 291265)
*patricia.young@lw.com*
Jeffrey G. Homrig (Bar No. 215890)
*jeff.homrig@lw.com*
140 Scott Drive
Menlo Park, CA 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Blake R. Davis (Bar No. 294360)
*blake.davis@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Matthew W. Walch (*Pro Hac Vice*)
*matthew.walch@lw.com*
Russell Mangas *(Pro Hac Vice)*
*russell.mangas@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone:  (312) 876-7700
Facsimile:  (312) 993-9767

(Additional Counsel listed on Signature Page)

*Attorneys for Defendant XP Power LLC*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMET  TECHNOLOGIES  USA  INC., a Delaware corporation, COMET AG, a Swiss corporation,   and   YXLON   International GmbH, a German corporation,<br><br>                    Plaintiffs,<br><br>v.<br><br>XP  POWER  LLC,  a  California  Limited Liability Company,<br><br>                    Defendant. | CASE No. 5:20-cv-06408-NC<br><br>**DECLARATION OF PATRICIA YOUNG IN SUPPORT OF DEFENDANT XP POWER LLC'S MOTION TO ALTER OR AMEND JUDGMENT OR FOR A NEW TRIAL ON DAMAGES** |

LATHAM&WATKINSLLP
ATTORNEYS AT LAW
LOS ANGELES

DECLARATION OF PATRICIA YOUNG ISO MOTION
TO AMEND JUDGMENT OR FOR A NEW TRIAL
5:20-cv-06408-NC

1

**DECLARATION OF PATRICIA YOUNG**

I, Patricia Young, hereby declare as follows:

1.    I am a partner at the law firm of Latham & Watkins LLP, and counsel of record for Defendant XP Power, LLC ("XP") in the above captioned action.  I am licensed to practice law in the State of California and admitted before this Court.

2.    I submit this declaration in support of XP's Motion to Alter or Amend Judgment or For a New Trial on Damages.  I have personal knowledge of the facts stated herein, and if called upon and sworn as a witness, I could and would testify competently thereto.

3.    Attached hereto as **Exhibit 1** is a true and correct copy of excerpted portions of Comet's demonstratives shown during Mr. Malackowski's trial testimony.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on October 28, 2022, in Redwood City, California.

*/s/ Patricia Young*

Patricia Young

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
LOS ANGELES

2

DECLARATION OF PATRICIA YOUNG ISO MOTION
TO AMEND JUDGMENT OR FOR A NEW TRIAL
5:20-cv-06408-NC