LATHAM & WATKINS LLP
Joseph B. Farrell (Bar No. 137435)
*joe.farrell@lw.com*
Thomas W. Yeh (Bar No. 287118)
*thomas.yeh@lw.com*
355 South Grand Avenue, Suite 100
Los Angeles, California 90071-1560
Telephone: (213) 485-1234
Facsimile: (213) 891-8763

Patricia Young (Bar No. 291265)
*patricia.young@lw.com*
Jeffrey G. Homrig (Bar No. 215890)
*jeff.homrig@lw.com*
140 Scott Drive
Menlo Park, California 94025
Telephone: (650) 328-4600
Facsimile: (650) 463-2600

Blake R. Davis (Bar No. 294360)
*blake.davis@lw.com*
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone: (415) 391-0600
Facsimile: (415) 395-8095

Matthew W. Walch (*Pro Hac Vice*)
*matthew.walch@lw.com*
Russell Mangas *(Pro Hac Vice)*
*russell.mangas@lw.com*
330 North Wabash Avenue, Suite 2800
Chicago, IL 60611
Telephone: (312) 876-7700
Facsimile: (312) 993-9767

*Attorneys for Defendant XP Power LLC*

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COMET TECHNOLOGIES USA INC., a Delaware corporation, COMET AG, a Swiss corporation, and YXLON International GmbH, a German corporation,<br><br>Plaintiffs,<br><br>v.<br><br>XP POWER LLC, a California Limited Liability Company,<br><br>Defendant. | CASE No. 5:20-cv-06408-NC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT XP POWER LLC'S MOTION TO ALTER OR AMEND JUDGMENT OR FOR A NEW TRIAL ON DAMAGES** |

Having considered the papers regarding Defendant's Motion to Alter or Amend Judgment or For a New Trial on Damages and any argument thereon, the Court hereby ORDERS that Defendant's Motion is **GRANTED**.

[The Court vacates its previous judgment (Dkt. 474) and orders a remittitur reducing compensatory damages for Trade Secret E to $5,992,807 and Trade Secret D to $4,883,630, reducing the total compensatory damages awarded by the jury to $10,876,437.  Punitive damages are likewise reduced to $10,876,437, for a combined total of $21,752,874 in damages.

The Court further amends the final judgment to vacate the permanent injunction for Trade Secrets D and E.]

[The Court vacates its previous judgment (Dkt. 474) and grants a new trial on damages for Trade Secrets D and E].


IT IS SO ORDERED.


DATED: _____                    _____

*Honorable Nathanael Cousins*
*United States Magistrate Judge*