# Exhibit 1

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| COMET TECHNOLOGIES USA INC., COMET AG, and YXLON INTERNATIONAL GMBH | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 5:20-cv-06408-NC |
| v. | ) ) | |
| XP POWER LLC | ) ) ) | |
| Defendant. | ) ) ) | |

**DECLARATION OF JAMES E. MALACKOWSKI
REGARDING PREJUDGMENT INTEREST**

I, James E. Malackowski, declare that:

1.    I am a Senior Managing Director of Ocean Tomo, LLC, a part of J.S. Held.  My office is located at 200 West Madison, Chicago, IL 60606.  On more than fifty occasions, I have served as an expert in U.S. Federal Court, U.S. Bankruptcy Court, State Court, Court of Chancery, the Ontario Superior Court of Justice and global arbitrations on questions relating to intellectual property economics, including the subjects of trade secret misappropriation and prejudgment interest.  Further, in this current matter, I was permitted to testify at trial as an expert in the valuation of intellectual property and the calculation of trade secrets damages.[1]   I am a Certified Licensing Professional and a Registered Certified Public Accountant in the State of Illinois.  I am also Certified/Accredited in Financial Forensics.  My curriculum vitae, which

---

[1] Transcript of Proceedings, March 17, 2022 (Volume 4), p. 674:13-21.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

sets forth my qualifications to be an expert witness in this case, is attached hereto as **Appendix A**.

2.      I have been retained by Kirkland & Ellis LLP on behalf of Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH (collectively, "Comet" or "Plaintiffs").  In connection with this matter, I previously issued expert reports on August 6, 2021 and September 24, 2021, provided sworn testimony on November 2, 2021 (deposition) and March 17, 2022 (trial), and issued declarations on March 25, 2022 and April 15, 2022.  My reports and testimony detailed my opinions regarding the cost savings XP Power LLC ("XP Power" or "Defendant") achieved through the alleged misappropriation of the trade secrets at issue, the reasonable royalty due Comet for XP Power's alleged misappropriation of the trade secrets at issue, and the irreparable nature of the harm to Comet should XP Power be permitted to commercialize RF generator and RF matching network products that utilize Comet's alleged trade secrets.  My declarations detailed my opinions on the economic issues supporting a permanent injunction.

3.      Based on the verdict and judgment forms dated March 23, 2022 and September 30, 2022, respectively, I understand that Comet was awarded $20 million in compensatory damages and an additional $20 million in punitive damages for a total award of $40 million.  The Court further entered a permanent injunction against XP Power with regard to Trade Secrets D, E, and L.[2]

4.      From an economic analysis standpoint, a time-value-of-money award is necessary to compensate Comet for the loss of use of funds during the damages period.  However, I understand that an award of prejudgment interest is a legal matter and that the Court has

---

[2] Verdict Form, March 23, 2022, p. 5; Judgment, September 30, 2022, p. 2.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

substantial discretion in determining the interest rate and compounding method to be awarded. Further, I understand that prejudgment interest cannot be awarded on punitive damages. Thus, at the direction of counsel, I have been asked to prepare prejudgment interest calculations on the compensatory award of $20 million through the date of the judgment (September 30, 2022[3]) based on various inputs.

5.      I am over the age of eighteen and suffer from no mental or physical disabilities that would render me incompetent to testify in this matter. I have knowledge of the facts set forth therein, and if called to testify as a witness thereto, could do so competently under oath.

**Economic Issues Concerning Prejudgment Interest**

6.      To begin, Counsel has instructed me to make the following assumptions with regard to my prejudgment interest calculations:

- The award of $20 million would have been paid to Comet by XP Power on February 1, 2018, consistent with the timeframe Messrs. Beuerman and Mason left Comet for XP Power;[4]

- Prejudgment interest begins to accrue on February 1, 2018, the date Comet would have received the $20 million payment; and

- Prejudgment interest ends on the day the Court entered its judgment, September 30, 2022.[5]

---

[3] Judgment, September 30, 2022.
[4] Transcript of Proceedings, March 15, 2022 (Volume 2), pp. 319:9-320:5, 321:6-21; Transcript of Proceedings, March 17, 2022 (Volume 4), p. 804:8-11.
[5] Judgment, September 30, 2022.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

7.    Within the above framework, I was then asked by counsel to calculate the prejudgment interest that would be owed by XP Power to Comet under four scenarios that differ in the type of interest rate and/or compounding period used.  The four scenarios differ as noted below:

- Scenario A: Prime rate, quarterly compounding

- Scenario B: Prime rate, annual compounding

- Scenario C: 52-week treasury bill ("T-bill") rate, quarterly compounding

- Scenario D: 52-week T-bill rate, annual compounding

8.    The prime rate is a market-based interest rate that is commonly charged by U.S. banks to their most creditworthy customers, whereas the treasury bill rate represents the interest rate that the U.S. government pays to borrow money.

9.    With respect to whether the prime or T-bill rate is more appropriate to calculate prejudgment interest, I understand the Northern District of California has recognized that "the law is inconsistent" on the issue with respect to patent cases.  For example, the Northern District of California in *Opticurrent* acknowledged that certain Courts have required evidence that the plaintiff borrowed money at a higher rate as a result of the defendant's infringement in order to support a prejudgment award using the prime rate, while others have held that such evidence is unnecessary.  Ultimately, the Court in *Opticurrent* awarded prejudgment interest utilizing the prime rate, compounded quarterly due to "the absence of any compelling argument from either party for a higher or lower rate."  The Court further noted that the prime rate is likely the rate that the defendant, a large corporation, would be charged by a bank.[6]  I understand that the

---

[6] *Opticurrent, LLC v. Power Integrations, Inc.*, 2019 WL 2389150, at *19, *21 (N.D. Cal. June 5, 2019).

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

Courts are no more decided on the issue as it relates to prejudgment interest calculations in trade secret matters, and the same economic considerations would generally apply.

10.     In connection with providing the prejudgment calculations set forth herein, I reviewed and analyzed the historical balance sheets of Comet Holding AG (parent company of Plaintiffs) in order to ascertain the company's reliance on debt to finance its business operations.

**Figure 1**
**Analysis of Comet Holding AG's Historical Balance Sheets[7]**

| | | Year End | | | |
|---|---|---|---|---|---|
| *(in thousands of USD)* | **2018** | **2019** | **2020** | **2021** | **Average** |
| **Assets** | | | | | |
| Cash and Cash Equivalents | $ 43,662 | $ 62,247 | $ 84,672 | $ 126,404 | **$ 79,246** |
| Other Financial assets | 26 | 280 | 447 | 146 | **225** |
| Other Current Assets | 165,518 | 161,897 | 185,071 | 206,464 | **179,737** |
| Total Current Assets | $ 209,206 | $ 224,424 | $ 270,190 | $ 333,013 | **$259,208** |
| Total Non-Current Assets | 164,152 | 180,233 | 216,511 | 203,546 | **191,111** |
| **Total Assets** | **$373,358** | **$404,657** | **$486,702** | **$ 536,559** | **$450,319** |
| **Liabilities** | | | | | |
| Current Debt | $ 5,076 | $ 12,397 | $ 68,000 | $ - | **$ 21,368** |
| Other Current Liabilities | 89,905 | 103,155 | 136,817 | 137,891 | **116,942** |
| **Total Current Liabilities** | **$ 94,981** | **$115,552** | **$204,817** | **$ 137,891** | **$138,310** |
| Non-Current Debt | $ 63,769 | $ 61,873 | $ - | $ 65,176 | **$ 47,704** |
| Other Non-Current Liabilities | 11,527 | 24,809 | 38,170 | 32,638 | **26,786** |
| **Total Non-Current Liabilities** | **$ 75,295** | **$ 86,682** | **$ 38,170** | **$ 97,814** | **$ 74,490** |
| **Total Liabilities** | **$170,276** | **$202,233** | **$242,988** | **$ 235,705** | **$212,800** |
| **Working Capital** | $ 114,225 | $ 108,872 | $ 65,373 | $ 195,123 | **$120,898** |
| **Current Ratio** | 2.20 | 1.94 | 1.32 | 2.42 | **1.97** |
| **Cash Ratio** | 0.46 | 0.54 | 0.42 | 0.92 | **0.58** |

---

[7] Appendix 8.0.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

11.     As seen above, Comet Holding AG has reported current and non-current debt totaling over $60 million annually for the period of 2018 through 2021.[8]  Thus, it appears Comet Holding AG has utilized debt, at least in part, to fund its business operations.  Additionally, it appears likely that the lump sum payment in 2018 would have been used by Plaintiffs to lower its debt obligations.  For example, while the company has maintained a strong working capital position year-over-year, its cash reserves have been relatively weak.  To that point, Comet Holding AG's cash ratio ranged between 0.42 and 0.92 over the years 2018 to 2021.  In fact, Comet Holding AG's cash/cash equivalents were ***lower*** than its debt obligations in 2018 and 2019.[9]  Moreover, as shown below, the $20 million payment represents a material portion of Comet Holding AG's cash on hand in 2018, which was insufficient to cover all its short-term liabilities in that year (and years that followed).

**Figure 2**
**Comet Holding AG's Financial Metrics Relative to Lump Sum Payment[10]**



---

[8] Appendix 8.0.
[9] Appendix 8.0.
[10] Appendix 8.0.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

12.     While the vast majority of debt on Comet Holding AG's balance sheet in 2018 was secured at a relatively modest interest rate of 2%,[11] that rate is still higher than the average T-bill rate over the period at issue here.[12]  Furthermore, given Comet Holding AG's financial position, it is highly unlikely that Plaintiffs would have been willing to make a loan to XP Power at an interest rate equivalent to the T-bill rate, which for a significant portion of the relevant period (20 out of 56 months) was **under 0.2%**.[13]  Such a low interest rate, which was nearly zero percent for a large portion of the applicable term, would not properly compensate Plaintiffs for the risks associated with such a loan.

13.     Finally, as outlined in my expert reports, the trade secret misappropriation by XP Power provided it with substantial cost savings during the development of its Next Generation RF Power Products.  Absent these cost savings, XP Power would have had to finance those additional costs through debt or by reallocating funds away from other business objectives.  Such financing and/or opportunity costs would likely be far greater than the almost zero T-bill rate.

14.     Accordingly, it is my opinion that the prime rate is the proper interest rate to calculate prejudgment interest given the specific economics present in this matter.

**Prejudgment Interest Calculations**

15.     As detailed above, it is my opinion that a calculation of prejudgment interest should be made utilizing the prime rate.  The yearly average prime rate ranged between 3.25% and 5.28% over the period February 2018 through September 2022[14] resulting in prejudgment

---

[11] COMET_00002626-789 at 696.
[12] Appendix 7.1.
[13] Appendix 7.1.
[14] Appendix 6.1.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

interest of approximately $4.3 million owed Comet, with Scenarios A and B differing by approximately $70 thousand depending on the compounding method used (*i.e.*, quarterly or annual).[15]

16.     Should the Court find that the prime rate is not acceptable, I have also calculated prejudgment interest utilizing the T-bill rate.  The yearly average T-bill rate ranged between 0.10% and 2.38% over the period February 2018 through September 2022[16] resulting in prejudgment interest of approximately $1.3 million owed Comet, with Scenarios C and D differing by approximately $9 thousand depending on the compounding method used (*i.e.*, quarterly or annual).[17]

17.     The results of my calculations are summarized in the following figure and the supporting calculations are attached as Appendix 2.0, Appendix 3.0, Appendix 4.0, and Appendix 5.0.

**Figure 3**
**Summary of Prejudgment Interest Owed by Scenario (through September 30, 2022)[18]**

|  | Interest Rate | Compounding Period | Prejudgment Interest |
|---|---|---|---|
| Scenario A | Prime | Quarterly | $ 4,341,761 |
| Scenario B | Prime | Annual | $ 4,271,582 |
| Scenario C | T-Bill | Quarterly | $ 1,309,245 |
| Scenario D | T-Bill | Annual | $ 1,300,538 |

[15] Appendix 1.0.
[16] Appendix 7.1.
[17] Appendix 1.0.
[18] Appendix 1.0.

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

**Signature**

18.    I declare under penalty of perjury that the foregoing is true and correct.


Executed on:  November 11, 2022                        _____
                                                                        James B. Malackowski

HIGHLY CONFIDENTIAL – OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# Appendix A



November 11, 2022

# JAMES E. MALACKOWSKI
# CURRICULUM VITAE

**James E. Malackowski** is a Co-founder and Senior Managing Director of Ocean Tomo, LLC, a part of J.S. Held.  Ocean Tomo provides Financial Expert, Management Consulting, and Advisory services related to intellectual property (IP) and other intangible assets; corporate accounting investigations; regulatory and reporting obligations; solvency and restructuring; and contractual or competition disputes. Practice offerings address economic damage calculations and testimony; accounting investigations and financial forensics; technology and intangible asset valuation; strategy and risk management consulting; mergers and acquisitions; debt and equity private placement; and IP brokerage.  Subsidiaries of Ocean Tomo include Ocean Tomo Investments Group, LLC, a registered broker-dealer.  With more than 100 offices globally, J.S. Held assists clients – corporations, insurers, law firms, governments, and institutional investors – on complex technical, scientific, and financial matters across all assets and value at risk.

Along with Supreme Court Justice Stephen Breyer, Mr. Malackowski was inducted as the 87th member of the IP Hall of Fame, chosen by the IP Hall of Fame Academy from a longlist of nominees put forward by the global IP community. Mr. Malackowski was recognized by the Academy in 2022 with the Q. Todd Dickinson Award, which honors those who have made significant contributions to IP as a business asset. Mr. Malackowski's inclusion into the IP Hall of Fame follows annual recognition since 2007 by leading industry publications as one of the 'World's Leading IP Strategists'.   Significantly, Mr. Malackowski is listed among "50 Under 45" by *IP Law & Business™*; included in the *National Law Journal's* inaugural list of 50 Intellectual Property Trailblazers & Pioneers; and, named as one of "The Most Influential People in IP" by *Managing Intellectual Property™*.  Mr. Malackowski was named as1 of 50 individuals, companies and institutions that framed the first 50 issues of *IAM Magazine* as well as 1 of 60 leading global Economics Expert Witnesses by the same publication in 2014.  In 2011 Mr. Malackowski was selected by the World Economic Forum as one of less than twenty members of the Network of Global Agenda Councils to focus on questions of IP policy.  In 2013 he was inducted into the Chicago Area Entrepreneurship Hall of Fame by the Institute for Entrepreneurial Studies at the University of Illinois at Chicago College of Business Administration.  In 2018, Mr. Malackowski joined the Standards Development Organization Board of the Licensing Executives Society (USA & Canada), Inc. governing voluntary consensus-based professional practices that are guided in their development by the American National Standards Institute's (ANSI's) Essential Requirements.  LES standards are designed to encourage and teach consensus practices in many of the business process aspects of intellectual capital management.

On more than one hundred occasions, Mr. Malackowski has served as an expert in U.S. Federal Court, U.S. Bankruptcy Court, State Court, Court of Chancery, the Ontario Superior Court of Justice, the U.S. Patent and Trademark Office Patent Trial and Appeal Board, and global arbitrations on questions relating to intellectual property economics including the subject of valuation, reasonable royalty, lost profits, price erosion, commercial success, corrective advertising, creditor allocations, Hatch Waxman Act market exclusivity, business significance of licensing terms including RAND obligations, venture financing including expected risk / return, and equities of a potential injunction.  Mr. Malackowski's experience extends to matters of general business valuation and commercial disputes, both domestic and foreign.  Mr. Malackowski has publicly addressed policy issues affecting international trade and has provided expert opinions concerning antidumping and countervailing duties imposed by the U.S. Department of Commerce as well as testimony on domestic industry, bond, and remedies before the International Trade Commission.

Mr. Malackowski has substantial experience as a Board Director for leading technology corporations and research organizations as well as companies with critical brand management issues.  He is Past President of The Licensing Executives Society International, Inc., with oversight for more than ten thousand members in thirty-two countries.  Mr. Malackowski has focused his non-for-profit efforts with organizations leveraging science and innovation for the benefit of children and students, including those located in lesser developed countries.  He has served for more than two decades as a Trustee or Director of the National Inventors Hall of Fame, Inc., an organization providing summer enrichment programs for more than 100,000 students annually.  For more than ten years Mr. Malackowski served as a Director of Chicago's Stanley Manne Children's Research Institute, advancing the organization's agenda to measure and report the impact of its pediatric research.  He recently completed service on the Pritzker School of Molecular Engineering Council at the University of Chicago and continues as an Advisor to the Venture Builder Community at the University of Notre Dame.

Mr. Malackowski is a frequent speaker on emerging technology markets and related financial measures.  He has addressed mass media audiences including Bloomberg Morning Call, Bloomberg Evening Market Pulse, Bloomberg Final Word, CNBC Closing Bell, CNBC On the Money, CNBC Street Signs, CNBC Worldwide Exchange, CBS News Radio and Fox Business National Television as well as other recognized news-based internet video channels.  Mr. Malackowski is a current or past judge for numerous new venture competitions awarding financial grants recognizing intellectual property protected products and services developed by students, university faculty, and professional entrepreneurs.

As an inventor, Mr. Malackowski has more than twenty issued U.S. patents.  He is a frequent instructor for graduate studies on IP management and markets and a Summa Cum Laude graduate of the University of Notre Dame majoring in accountancy and philosophy.  Mr. Malackowski is Certified/Accredited in Financial Forensics, Business Valuation and Blockchain Fundamentals.  He is a Certified Licensing Professional and a Registered Certified Public Accountant in the State of Illinois.  Mr. Malackowski has been certified to receive United States Sensitive Security Information (SSI) as governed by Title 49 Code of Federal Regulations.

---

**EMPLOYMENT**        Co-Founder and Senior Managing Director, *Ocean Tomo, LLC, a part of J.S. Held.,* July 1, 2003 to present.  Mr. Malackowski is responsible for all aspects of the firm's intellectual property focused merchant banking practice.  Mr. Malackowski served as Chairman from the firm's founding in 2003 until acceptance of Bow River Capital as a strategic partner in 2020.  He served as Chief Executive Officer of Ocean Tomo, LLC from formation until its sale to J.H. Held in 2022.

President and Chief Executive Officer, *IP Equity Management, LLC,* doing business as Duff & Phelps Capital Partners, March 1, 2002 to June 30, 2003.  The firm's intellectual property structured finance efforts were consolidated with Ocean Tomo on July 1, 2003.

Principal and Founder, *VIGIC Services, LLC*, July 1, 2000 to February 28, 2002.  Mr. Malackowski identified and evaluated intellectual capital based private equity investment opportunities and served as an advisor to four completed transactions.

Principal and co-Founder, *IPC Group LLC*, August 1, 1988 – June 30, 2000.  Mr. Malackowski also held the offices of President and CEO and was a Board member / chairman of the firm.  Along with four co-founders, Mr. Malackowski

grew IPC Group to become the largest professional services firm specializing in intellectual property valuation and strategy consulting.  IPC Group was sold in 1999 later changing its name to InteCap.

Executive Consultant, *Peterson & Co. Consulting*, Chicago, June 3, 1985 – July 30, 1988.  Mr. Malackowski began with Peterson as a Staff Consultant and was the firm's quickest promotion to both Senior Consultant and Executive Consultant.  Mr. Malackowski helped to establish the firm's intellectual property litigation and valuation practice.  Peterson & Co. was sold to Saatchi & Saatchi PLC in 1988.

| NON-PROFIT AND ASSOCIATION EXPERIENCE | Mr. Malackowski has been active in The Licensing Executives Society (LES) locally, nationally and internationally.  LES is the premiere global professional association of technology transfer and intellectual asset management professionals with more than 9,000 members in more than 32 countries. |
| --- | --- |

Mr. Malackowski is Past President of the Licensing Executives Society International, LLC, where his experience included the following positions:

- Director, LES Standards Development Organization (2018 – present)
- Chair, Past President's Council (2012 – 2013)
- President and Member of the Board (2011 - 2012)
- President Elect and Member of the Board (2010 - 2011)
- Secretary and Member of the Board (2007 - 2010)
- Member and Permanent Alternate, Board of Delegates (1992 - 2005)
- Past Chair, Membership, Investment, Education, Long-range Planning and Global Technology Impact Forum Committees.

Mr. Malackowski's term as President of LESI has been recognized for creation of the LESI Global Technology Impact Forum and concurrent Invent For Humanity™ Technology Transfer Exchange Fair; formalizing the National Presidents' Council; establishing the position of a permanent Executive Director; and, restructuring the leadership of LESI committees utilizing a Chair, Past Chair, Chair Elect ladder combined with functional responsibilities for committee Vice Chairs.  This later organizational stamp is based largely on Mr. Malackowski's experience as President of LES USA & Canada described below where he led a restructuring of the Board from a regional to a functional focus for each officer and Trustee.  As with his tenure at his national Society discussed below, Mr. Malackowski led a financial turn-around returning LESI to positive cash flow following its' only two years of loss.

Mr. Malackowski is also Past President of The Licensing Executives Society (USA and Canada), Inc. where he held numerous offices in the organization including:

- President and Member of the Board (2001 – 2002)
- International Vice President and Member of the Board (2000)
- Treasurer and Member of the Board (1996 -- 1999)
- Trustee and Member of the Board (1992 – 1996)

- Chair, Annual Meeting in Miami Beach (1998) and the Summer Meeting in Chicago (1997)

Mr. Malackowski presided over a restructuring of the LES USA & Canada Board and a financial turn-around returning the organization to positive cash flow following its only two years of loss to such date.  Mr. Malackowski is the youngest President to hold office at LES USA & Canada as well as at LES International.

In 2007, Mr. Malackowski was the Founding Chair of the Board of Governors for what is now Certified Licensing Professionals, Inc., administrator of the Certified Licensing Professional (CLP) program for professionals in the fields of licensing, business development and commercialization of intellectual property.  More than 1,000 individuals involved in patenting, marketing, valuation, IP law, negotiation, and intellectual asset management have earned the CLP certification.  CLP, Inc. is a 501(c)(6) organization whose mission is to elevate the licensing profession through knowledge and standards.

In 2018 Mr. Malackowski joined the Standards Development Organization Board of LES USA & Canada.  LES standards are voluntary consensus-based professional practices that are guided in their development by the "American National Standards Institute's (ANSI's) Essential Requirements."  ANSI is the unique accrediting agency in the United States for voluntary consensus standards development organizations.  LES is an accredited ANSI Standards Developer and as such guarantees its constituents that its standards will be developed in a fair, balanced, consensus-based, due process driven way.  LES standards are designed to encourage and teach consensus practices in many of the business process aspects of intellectual capital management and, where appropriate, offer enterprises the opportunity to differentiate themselves based on their use of these consensus professional practices, through certification of conformance to those standards.

Mr. Malackowski extends significant time to non-profit activities directed towards a further understanding of the economic importance of innovation and intellectual property, in both the United States and developing economies. These efforts include:

- Founding Board Member and member of the Executive Committee, United Stages Intellectual Property Alliance (USIPA) and Global Intellectual Property Alliance, (2020 -)
- Judge, University of Notre Dame McCloskey Venture Competition (2019 -)
- Advisory Council, University of Chicago, Pritzker School of Molecular Engineering (2018 - 2022)
- Judge, Illinois Technology Association, CityLIGHTS™ Innovation Awards (2013 - 2020)
- Member, World Economic Forum Network of Global Agenda Councils (2011 - 2012)
- Member, Master of IP Management & Markets Advisory Council, Chicago-Kent College of Law | Illinois Tech (2008 - )
- Director, International Intellectual Property Institute, Washington D.C., (2002 - 2007)
- Resident Advisor, U.S. Information Agency, (1999)

4



- Resident Advisor, U.S. Department of Commerce Commercial Law and Development Program (1997)
- Founder and Chairman, The Center for Applied Innovation, Inc. (2004 -)

Recognizing the economic value created by new businesses enterprise protected by intellectual property, Mr. Malackowski has been appointed as a judge in numerous new venture competitions including:

- Judge, University of Notre Dame McCloskey Venture Competition (2019 -)
- Judge, 1st Source Bank Commercialization Awards (2019 -)
- Judge, Illinois Technology Association, CityLIGHTS™ Innovation Awards (2013 – 2020)
- PBS *Everyday Edisons* (2008)

In addition to his university instruction described herein, Mr. Malackowski focuses his non-for-profit efforts with those organizations leveraging science and innovation for the benefit of children.

- Director, Children's Research Fund (2013); Co-Chair Annual Fund Campaign (2013)
- Director, National Inventors Hall of Fame, Inc. (NIHF) including service as a Member, Trustee or Director of related subsidiaries and Board Committees (2001 - 2022).   The NIHF has provided summer enrichment programs for significantly more than one million students including Camp Invention™ for kids in grades 1-6 (and their parents and teachers); Collegiate Inventors Competition™ for college students (and their mentors); and, Club Invention™ for kids in grades 1-6 (and their parents and teachers).  NIHF provides more than 20,000 camp scholarships annually for children in financial need.
- President's Council, Chicago Museum of Science and Industry (2005 - 2011) including participation on the Education Advisory Committee (2007 - 2009) and the Alternative Revenue Committee (2008 - 2011)
- Director, Stanley Manne Children's Research Institute (2009 - 2020) including Chair of the Board's Technology Transfer Committee (2014 - 2020) and the Strategic Planning Resources Committee (2011 - 2012).  Mr. Malackowski is recognized for initiating the development of a program to measure and track innovation metrics relevant to the Institute.

Mr. Malackowski was the Founder of the Center for Applied Innovation, a Chicago based non-for-profit with both local and international programs.  CAI was created to manage education, public policy outreach and related economic activity around applied technology and intellectual property (IP) rights in the State of Illinois and around the world.

- CAI created and patented the first commoditized contract for technology licensing, the Unit License Right™.  This innovation has been licensed to the Chicago-based Intellectual Property Exchange International.
- Under Mr. Malackowski's continued leadership as Chairman, CAI organizes the Invent for Humanity™ Technology Transfer Exchange Fair (InventforHumanity.org) launched in January, 2012, in Geneva, Switzerland. Invent for Humanity showcases field-ready, sustainable



innovations, known as "appropriate technologies", leveraging the experience of licensing professionals to match and structure the actual transfer of such technology to meet recognized needs of emerging market economies.

Mr. Malackowski's association and non-profit activities are informed in part by his participation in the Harvard Business School Executive Education Program on Governing for Nonprofit Excellence, November 2000.  Mr. Malackowski's Board service is informed by his participation at the Rock Center Corporate Governance Directors College for Venture-Backed Company Directors, Stanford University, March 2016.

---

**RELATED OFFICES**

*Berg, LLC*, Member, Council of Advisors, Senior Advisor, Intellectual Property Licensing & Innovation (2012 - 2015)

*The Copyright Hub, LLC d/b/a 3Discovered*, Founder.  The company was formed as a collaborative venture between Ocean Tomo, LLC and Liberty Advisor Group in 2013.  3Discovered is a current portfolio company of US-based venture capital firm AITV.  Mr. Malackowski served as Chairman of the company through September 2016.  (2103 – 2106)

*Career Capture, LLC*, Secretary (2022 - ).  Career Capture is a video based recruiting platform focused on engineering and technical school graduates entering the labor market.  The company is a University of Southern California Iovine & Young Academy project led by Chase J. Malackowski (son).

*Curious Networks, Inc.*, Director, (1999 - 2000), Co-Chair of the Board's Strategic Partnership Committee.  Mr. Malackowski led the company's first and second round of venture funding.

*ewireless, Inc.* (f/k/a JEMAN Holdings, Inc. d/b/a Cellular Linking), Director, (1995-1999, 2000-2002)

*Ford Global Technologies, Inc.*, Ford Motor Company, Director (1997 - 2001).  Mr. Malackowski advised Ford Motor Company on the original business strategy which led to the formation of FGTI.  FGTI was the largest known technology management company in the United States during Mr. Malackowski's term.

*Infocast, Corporation* (OTC BB: IFCC.OB), Director (2001-2002).  Member of the Audit and Compensation Committees.  Mr. Malackowski led the transition of the company's senior management team and continued U.S. based funding efforts.

*Insignis, Inc.*, Director (2000 - 2002)  Mr. Malackowski led the company's first round of venture funding.  Insignis is a Chicago based provider of institutional financial data services.

6



*The Intellectual Property Coin Group, Inc.*, Chairman and Co-Founder (2018 - 2021). The company is a planned Ethereum based blockchain platform and related cryptocurrency designed to facilitate IP based transactions.

*The Intellectual Property Exchange International, Inc.* Mr. Malackowski was the founder of the company guiding initial product development of IPXI and recruitment of executive management. In 2011, IPXI was funded by an industry consortium including the Chicago Board Options Exchange. Mr. Malackowski was the Chair or Co-Chair of the Exchange from inception to February 26, 2015.

*JEMAN Technologies, Inc.*, Founder. (1995 – 1999). Mr. Malackowski led the company's efforts to develop new technologies related to wireless direct response services. JEMAN was sold to ewireless, Inc. in 1999 as part of a venture transaction funded by Bedrock Capital Partners and Tredegar Investments.

*Positive Growth Ventures, LLC*, Chairman. (2021 - ). Mr. Malackowski organized the formation of an industry collective to facilitate direct-to-consumer cooperative advertising for health supplements and related medical products.

*Silent-Yachts, GmbH*, Member, Advisory Board (2021 - ). Mr. Malackowski provides general business advice to both the company's chief executive as well as its U.S. distributor of solar-electric catamarans. Silent-Yachts is located in Magdalensberg, Kärnten, Austria.

*Solutionary, Inc.*, Director (2000 - 2013). Arranged and advised on Solutionary's asset acquisition of S3Networks effective August 31, 2001 and sale to strategic buyer in 2013. Member of the Board's Compensation Committee.

*Sendle, Pty*, Advisor (2012 - 2015). See www.Sendle.com.

---

**EDUCATION AND CERTIFICATION**

University of Notre Dame, B.B.A., Bachelor of Business Administration with majors in Accountancy and Philosophy. Graduated Summa Cum Laude, 1985.

Registered Certified Public Accountant, State of Illinois Certificate Number 41,187 issued January 16, 1986; License No. 239.007831; Expires September 24, 2022.

Certified Licensing Professional, Certificate Number 1606 issued July 1, 2008; Recertification through November 29, 2022.

Certified in Financial Forensics, CFF™, American Institute of Certified Public Accountants, Certificate Number 391 issued July 31, 2008; Expires July 31, 2023.

Accredited in Business Valuation, ABV™, American Institute of Certified Public Accountants, Certificate Number 4278 issued May 31, 2014; Expires July 31, 2023.



Accredited in Blockchain Fundamentals for Accounting and Finance Professionals, American Institute of Certified Public Accountants, Certificate Number 15860970, 2018 - 2020.

| | |
|---|---|
| **UNIVERSITY INSTRUCTION** | John Marshall Law School, Intellectual Property Damages (1992 - 1994) |

John Marshall Law School, Intellectual Property Damages (1992 - 1994)

DePaul University, Intellectual Property Entrepreneurial Finance (2003)

The George Washington University Law School, Intellectual Property Management (2004)

The University of Chicago Graduate School of Business:

- Intellectual Property Investment (2004 - 2006)
- Entrepreneurial Discovery, MBA Course 34705, Adjunct Professors Mark Tebbe and Brian Coe (Fall 2014 - 2015)

Indiana University Kelly School of Business, Intellectual Property Finance (2005)

University of Notre Dame, Mendoza College of Business, Adjunct Instructor:

- MBA Interterm Intensives, Intellectual Property Based Market Transactions, Valuation and Trading (Fall 2006, Fall 2008)
- MBA Executive Program, Course MBAE 70639, Intellectual Property, (Spring Semester 2008)
- MBA Program, Litigation Support and Valuation (Spring 2009)
- Notre Dame Law School, Advanced Trial Advocacy, LAW 75713-10 (Spring 2017)
- Member, Venture Builder Community Advisory Board (2019 - )

University of California at Berkeley Haas School of Business, Innovation Markets (2008)

Chicago-Kent College of Law, Adjunct Professor of Law, IP Financial Markets and Legal Principles (Fall 2008)

Rutgers Professional Science Master's Program, Fundamentals of Intellectual Property (Summer 2011)

Northwestern University Kellogg School of Management, Adjunct Instructor:

- MGMT 441, Intellectual Property Management, Clinical Professor James G. Conley (Fall 2012, Spring 2013 - 2017)
- DSGN 460, Innovation in Context, McCormick Engineering School (Spring 2017)

8



University of Texas McCombs School of Business, MBA Course: Open Innovation, Professor Sirkka Jarvenpaa (Spring 2013)

University of Arizona, James E. Rogers College of Law, Advisor, Intellectual Property & Entrepreneurship Clinic (2017 - )

- IP Valuation (Spring 2017)
- IP Valuation for Commercial Transactions (Spring 2019)

University of Southern California, Lloyd Greif Center for Entrepreneurial Studies at the Marshall School of Business, Entrepreneurs Guide to Intellectual Property, Professor Luke L. Dauchot, JFF 322 (Fall 2017)

---

**MEMBERSHIPS**

American Institute of Certified Public Accountants, Member 01182237 (1985 -)
The Economic Club of Chicago (1990 - 2019)
The Licensing Executives Society (1988 - )
Young Presidents' Organization ("YPO" / "YPO Gold" Chicago Chapter, 2006 – 2017) (Mid-America U.S. At Large Chapter, 2019 - 2021)

---

**RECOGNITION AND AWARDS**

Individually, Mr. Malackowski has been recognized for his expertise as well as his work in developing markets for intellectual property transfer including:

- Inductee, IP Hall of Fame (2022). Mr. Malackowski was inducted as the 87th member of IP Hall of Fame, joining 13 current or former Directors of governmental patent offices, 10 former judges, two past U.S. Presidents, Nikola Tesla, and Thomas Edison.
- Received Q. Todd Dickinson Award, which honors those who have made significant contributions to IP as a business asset (2022)
- *EY Entrepreneur Of The Year®*, Regional Semifinalist (2019 and 2020)
- "IAM Global Leaders", *IAM Magazine* (2020)
- "IAM Patent 1000: The World's Leading Patent Professionals", *IAM Magazine* (2015-2021)
- Named to the *National Law Journal's* inaugural list of 50 Intellectual Property Trailblazers & Pioneers. (August 2014)
- Named as 1 of 60 leading global Economics Expert Witnesses in the *IAM Patent 1000, IAM Magazine.* Selection based on interviews by IAM researchers with more than 100 patent litigators. (May 2014)
- Inductee, Chicago Area Entrepreneurship Hall of Fame as selected by the Institute for Entrepreneurial Studies at the University of Illinois at Chicago College of Business Administration, (2013; 28th Year of Program)
- Named as 1 of 50 Individuals, Companies and Institutions that Framed the First 50 Issues of *IAM Magazine*, November / December 2011.
- "IP Personalities of 2008", *IAM blog* by Joff Wild, Editor
- "IAM Strategy 300: The World's Leading IP Strategists", *IAM Magazine* (2012-2021); formally presented and included as "World's 250 Leading IP Strategists", *IAM Magazine* (2009-2011)
- "50 Under 45", *IP Law & Business™* (2008)

9



- "The Most Influential People in IP", *Managing Intellectual Property™* (2007)
- Member, IP Hall of Fame Academy (2007- )

Ocean Tomo as a firm has been likewise recognized for its accomplishments including:

- Ocean Tomo was chosen as the exclusive U.S. representative for the 2016 Healthcare & Pharma Leading Expert Awards by *Global Health & Pharma Magazine*.
- Ocean Tomo was recognized as a member of the *2015 Inc.5000®* list of fastest-growing private companies in America.
- Ocean Tomo was honored in 2011 with the "Best of Chicago Award in Investment Advisory Services" by the U.S. Commerce Association (USCA).
- In addition to Mr. Malackowski, Ocean Tomo as a firm was named as 1 of 50 Individuals, Companies, and Institutions that Framed the First 50 Issues of *IAM Magazine*, November / December 2011 and the only firm other than Microsoft (2 of 50 mentions) to be recognized multiple times (5 of 50 mentions).
- The firm's Chicago office was presented the *2011 Alfred P. Sloan Awards for Business Excellence in Workplace Flexibility* after having been finalist for scoring in the top 20% of all firm's measured nationally.
- Ocean Tomo was recognized in 2010 by Corporate Voices for Working Families for its work-life balance as part of the National Workplace Flexibility Campaign published by *USA Today*.
- Ocean Tomo was recognized as a juried Finalist for the Illinois Technology Association 2010 CityLIGHTS Award for raising the stature of the Illinois technology industry.
- Selected as case study organization for Haas School of Business, University of California, Berkeley (2009)
- Selected as case study organization for Harvard Business School MBA Program (2008)
- Ocean Tomo was named one of 20 small and mid-sized firms recognized as the "Best Places to Work in Illinois" by Best Companies Group in a competition sponsored by the Illinois Chamber of Commerce and the Illinois State Council Society for Human Resource (2007)
- Ocean Tomo Auctions received the 2006 Chicago Innovation Award for most innovative new product or service introduced between January 1, 2005, and July 31, 2006, that uniquely satisfied unmet needs in the marketplace. The award was presented by Kuczmarski & Associates and the *Chicago Sun-Times*.
- Ocean Tomo Auctions was awarded the Department of Commerce Technology Administration & National Knowledge & Intellectual Property Management 2006 Innovator of the Year Award.
- Ocean Tomo was recognized as a "Top Ten IP Newsmakers of 2006" by *IP Law & Business*, Almanac 2006.

Numerous authors and graduate business programs have written case studies about Ocean Tomo and its affiliates including:

10

- Piscione, Deborah Perry, The Risk Factor, Copyright 2014.
- Houle, David, Entering the Shift Age, Copyright 2013.
- Kuczmarski, Thomas D., Dan Miller and Luke Tanen, Innovating Chicago-Style:  How Local Innovators Are Building The National Economy, Copyright 2012.
- Houle, David, The Shift Age, Copyright 2007.
- Chesbrough, Henry, Open Business Models: How to Thrive in the New Innovation Landscape, Copyright 2006.
- Harvard Business School Case Study
- University of California Business School Case Study

| RELATED U.S. SPEECHES AND PUBLICATIONS | "The Determination of a Reasonable Royalty: Hypothetical Negotiation v. A General License Agreement", The Licensing Executives Society, Chicago Chapter, December 8, 1987. |
|---|---|

"The Business Economics of Technology Development", The Licensing Executives Society, New England Chapter, February 9, 1988.

"The Importance of Protecting Intellectual Property Through Corporate Transition", Licensing Executives Society, National Meeting, October 18, 1989, Moderator.

"Valuation of Intellectual Property Rights", The Chicago Bar Association, March 6, 1990.

"Dispute Resolution -- There Are Alternatives!", Licensing Executives Society, National Meeting, October 22, 1990.

"How to Value a License", Adding to the Bottomline Through Licensing, LES / John Marshall Law School, November 1, 1990.

"An Advanced Discussion on Licensing and Patent Damages", Licensing Executives Society, National Meeting, October 28, 1992.

"An Advanced Discussion on Patent Damages", Licensing Executives Society, National Meeting, October 18, 1993.

Royalty Provisions in Technology License Agreements, Technology Transfers, American Conference Institute, November 15 & 16, 1993.

"Commercializing Technology and the Intellectual Property Quality Management Imperative", Technology Transfer, American Conference Institute, June 20 & 21, 1994.

"How to Accurately Value Software", The Software Protection and Litigation Institute, July 28 & 29, 1994.



"IP Damages Advanced Case Studies", Licensing Executives Society, National Meeting, October 19, 1994.

"Preparation and Presentation of Damages by Outside Consultants", AIPLA Mid-Winter Meeting, February 1, 1995

"Damages Discovery - An Expert's Perspective", Intellectual Property Law Association, New York, December 15, 1995.

"Pre-Litigation Damages Techniques: Patents and More", The Intellectual Property Strategist, March 1996.

"Corporate Exposures to Copyright, Patent, Trademark, and Trade Secret Claims", Digital Bullets - Digital Shields: A Financial Perspective, American Conference Institute, New York, March 5, 1996.

"IP Management and Taxation - How companies are proactively managing IP assets to maximize shareholder value, including measuring contribution of IP protection to corporate value", American Bar Association, Virginia, April 11, 1996.

"Effectively Select & Use Experts in Trademark & Copyright Cases", AIPLA Spring Meeting, Boston, May 1, 1996.

"The Industry-University Interface: Mechanisms For Technology Transfer", 1996 AUTM Central Region / Licensing Executives Society Chicago Chapter, Chicago, July 21, 1996.

"Valuing Health Care Technologies", Licensing Executives Society Winter Meeting, South Carolina, March 13, 1997.

"Creative Marketing & Packaging - How to Differentiate Yourself in a Competitive Market", CTIA Annual Meeting, Atlanta, February 23, 1998.

"Intellectual Property Valuation: The Latest Techniques from Boardroom and Courtroom", Patent Law Association of South Florida Annual Meeting, Fort Lauderdale, October 22, 1998.

"The Aftermath of *Rite-Hite v. Kelly*", 16th Judicial Conference of the U.S. Court of Appeals for the Federal Circuit, Washington D.C., April 6, 1999.

"Expert Admissibility After Daubert", Wisconsin Academy of Trial Lawyers, Milwaukee, December 3, 1999.

"Intellectual Property Strategic Planning: a Corporate Perspective", Research Directors Association of Chicago, Winter Meeting, January 10, 2000.

"Intellectual Property Asset Management: Linking IP and Corporate Strategy", 44th Annual Conference on Developments in Intellectual Property Law, John Marshall Law School, Chicago, February 25, 2000.

"Boost Your Client's Intellectual Capital IQ: Get Top Management Involved", <u>Corporate Legal Times</u>, October 2000, p. 104.

"Strategic and Financial Opportunities for Privately Held and Public Middle Market Companies: Building Shareholder Value", The Standard Club, Chicago, October 5, 2000.

"Commercializing Intellectual Capital Through Venture Funding", LESI Expanded Board of Directors Meeting and Seminar, Delray Beach, Florida, January 26, 2001; LES Chicago Meeting, May 10, 2001.

"New Paths to Growth: Joint Ventures and Accessing Equity Capital", Panel Presentation and Discussion, LaSalle Street Project Economic Summit, Chicago, May 10, 2001.

*ViewPoints*, The Newsletter of the Licensing Executives Society (U.S.A. and Canada), Inc., President's Column: Vol. VIII No. 5, Nov. / Dec. 2001, "President Changes the Way LES Does Business"; Vol. VIV No. 1, Jan. / Feb. 2002, "It's Time To Count Our Intellectual Assets"; Vol. VIV No. 2; Vol. VIV No. 3, May / June 2002, "Mid-Year Review"; Vol. VIV No. 4, July / August 2002, "Ethical Issues Related To Intellectual Property".

"Venture Investment Grounded In Intellectual Capital", <u>From Ideas To Assets: Investing Wisely in Intellectual Property</u>, Edited by Bruce Berman, John Wiley & Sons, Inc., 2002.

"Current Issues in Accounting for Intangibles", Congressional Economic Leadership Institute, Panel Presentation and Discussion with Steven H. Wallman, Former Commissioner, United States Securities and Exchange Commission, Washington, DC, May 1, 2002.

"Intellectual Capital Based Corporate Carve-outs: Strategy, Structure and Funding", James E. Malackowski and Suzanne Harrison, <u>The LESI Guide to Licensing Best Practices</u>, Edited by Robert Goldscheider, John Wiley & Sons, Inc., 2002.

"Intellectual Property Finance: Securitization to Venture Capital", American Bar Association Intellectual Property Law Conference, Philadelphia, June 28, 2002.

"The IIPI Roundtable: The New Emphasis on Patent Value – Opportunities and Challenges", Washington DC, July 22, 2002.

"Moving Technology from University to Marketplace: Business Creation and the Venture Capital Community, Licensing Executives Society Annual Conference, Chicago, September 24, 2002.

"Presidents' Forum on Intellectual Property: A Leadership Discussion with The Licensing Executives Society, the American Intellectual Property Law Association, the Association of University Technology Managers, the Intellectual Property Owners Association, The National Inventors Hall of Fame, and BIO", Licensing Executives Society Annual Conference, Chicago, September 24, 2002.



"Extracting Value From Your Intellectual Asset Portfolio: Ensuring ROI from IP and Technology Assets", World Research Group, November 22, 2002, Chicago, Illinois.

"Licensing", American Intellectual Property Law Association 2003 Mid-Winter Institute, Marco Island, Florida, January 22 – 25, 2003.

"Cashing in on Chicago: A Closer Look at Liquidity in the Heartland", The Executives' Club of Chicago, Panel Discussion, February 11, 2003.

Conference Chair and Speaker, "Optimizing Valuation & Value Realization of your IP/Intellectual Assets", World Research Group, Las Vegas, February 27-28, 2003.

Live Webcast, "Turning Your Intellectual Property into Cash", Ernst & Young Business Insights, April 28, 2003.

Intermediate PDS Workshop:  Application of Private Equity and Leveraged Finance Investing to Intellectual Property, LES / AUTM Summer Meeting, Philadelphia, May 8, 2003.

World Research Group, Advanced Intellectual Property Structured Finance, Conference Co-Chairperson, New York City, June 29-30, 2003.

The Conference Board, The 2003 Conference on Intellectual Asset Management & Value Reporting, "Application of Private Equity and Leveraged Finance Investing to Intellectual Property", Chicago, June 4, 2003.

Intellectual Property and Information Technology for Investment Funds, "Intellectual Capital Equity Management", Panel Discussion Sponsored by Schulte Roth & Zabel, New York City, June 18, 2003.

Chicago Capital Access Forum III, "Private Investors: The Case for Domestic Emerging Market Investments", Panel Discussion, Chicago, June 26, 2003.

Pension Consultants' Forum, "Extracting Value from Private Equity Investing", World Research Group, Chicago, July 22, 2003.

Midwest Intellectual Property Institute, "Intellectual Capital Equity Management", Minneapolis, September 19, 2003.

"Intellectual Asset Strategies", Add-On Seminar at the 2003 Licensing Executives Society Annual Meeting, San Diego, September 25, 2003.

"Leveraging Intellectual Property", Keynote Speaker, Thomson Financial Thought Leadership Forum, New York, October 8, 2003.

"Beyond Licensing: Innovative Techniques for Extracting Value", Advanced Forum on Licensing Intellectual Property, San Francisco, December 9, 2003.

14



Intellectual Asset Management, *Column: IP Merchant Banker*, Douglas R. Elliott & James E. Malackowski, Issue 01, "Challenges of the Fifth Epoch", July / August 2003; Issue 02, "What the Market Fortells", September / October 2003; Issue 03, "Economics, Ethos and Intellectual Ethics", December / January 2004; Issue 04, "Patent Predictions – facts or fictions?", February / March 2004; "Wealth management in the age of patents", June / July 2004; "Patent pools – the 80% solution", August / September 2004.

"Intellectual Capital Equity Management: IP as an Asset Class", Minnesota State Bar Association Continuing Legal Education, Minneapolis, January 15-16, 2004.

"Understanding the Motivations Behind an IP Structured Finance Transaction", "Analyzing the Anatomy of A Patent-Based Structured Finance Transaction", World Research Group, New York, January 21-22, 2004.

"Managing Your Intellectual Property", Investment Banking for Women / Minority Owned Business Enterprises, Annual Forum, Conference Co-Chairperson, Chicago, March 3-5, 2004.

"Private Equity: Investor Capital for Mature Businesses", Dream*Makers* Forum 2004, Santa Barbara, California, March 7 – 10, 2004.

"IP Finance: Convergence of IP Valuation and Value Creation", World Research Group 2nd Annual Strategies and Solutions for Optimizing IP Valuation & Value Creation, Chicago, March 23 – 24, 2004.

"Leveraging the Value of Intellectual Property", Creating, Managing & Valuing an Intellectual Property Portfolio, Vedder Price Conference Series, Chicago, April 28, 2004.

"Federal Circuit Damages Decision Emphasizes the Importance of Sound Economic Models", IP Review, McDermott Will & Emery, with Robert M. Hess, Spring 2004.

"Intellectual Property Merchant Banking: Leveraging Corporate Intangible Assets", The Licensing Executives Society (U.S.A. & Canada), Inc., Fairfield-Westchester Counties Chapter, June 23, 2004.

"Intellectual Property Financing and Securitization: Conclusions and Future Implications for Financing the IP Market", New York, New York, July 21, 2004.

"Emerging Financial Concepts in IP Asset Management", Mining Patent Portfolios, Seattle, Washington, September 13, 2004.

"Intellectual Property Investment", National Institutes of Health, Commercialization Assistance Program, Larta Institute, Chicago, November 12, 2004.

"Using Intellectual Property to Grow", The Beacon, Chicagoland Entrepreneurial Center, Volume 3, Issue 4, December 10, 2004.



"Techniques for Assessing the Value of Your IP Portfolio", The Wall Street Transcript Intellectual Property Conference, New York, January 27, 2005.

"The Tipping Point:  Assessing Major Challenges and Growth Opportunities in IP Finance", Moderator, The 3rd Annual Advancing IP Structured Finance World Research Group Conference", New York, February 3, 2005.

"Commerce One IP Auction", Optimizing IP Valuation and Value Creation, World Research Group Conference, Miami, March 30-31, 2005.

"Intellectual Capital Equity Management: IP As An Asset Class", Minnesota Continuing Legal Education Conference, Minneapolis, May 12, 2005.

"Techniques for Evaluating IP Potential", Life for After Rembrandts, Law Seminars International, Chicago, Illinois, August 4, 2005.

Keynote Address, 2nd Annual Intellectual Property Financing and Securitization Summit, New York, September 26, 2005.

"The Power of Intellectual Property in Private Equity Deals", Association for Corporate Growth and The Licensing Executives Society Connecticut Chapters, Greenwich, Connecticut, October 6, 2005.

"Maximizing the Value of Distressed Debt Backed by Intellectual Property", Financial Research Associates Distressed Debt Summit 2005, New York, October 7, 2005.

"To Sell or Not to Sell", Licensing in the Boardroom 2005, a supplement to *Intellectual Asset Management* magazine, 2005.

Patent Auctions & Marketplaces: Leveraging Value from Under-employed Technologies, IP Master Class Presentation, Washington DC, January 10, 2006.

"Risky Business: Overlooking Patents as Financial Assets", Making Innovation Pay, Edited by Bruce Berman, Published by John Wiley & Sons, Inc., 2006.

"The State of Development & Current Trends in IP Structured Finance" and "The Tipping Point: Assessing Major Challenges, Growth Opportunities and Future Trends in IP Finance", Moderator, The 4th Annual Summit on IP Structured Finance, New York, March 22-23, 2006.

"Generating Revenue From Your Inventions", IIR 2nd Annual Summit on IP Rights for Financial Services, New York, April 25-26, 2006.

"A Behind the Scenes Look at the Patent Bazaar: How Companies and Industry Are Buying and Selling Patents", Innovators in IP Litigation, IP Law & Business, San Jose, California, May 17, 2006.

"Patent Markets and Their Impact to R&D Strategy", Industrial Research Institute Annual Meeting, May 21-24, 2006, Colorado.

16



USC Gould School of Law 2006 Intellectual Property Institute; Featured Speaker, "A Final Word"; Panelist, "Patent Trolls: The Good, the Bad and the Ugly"; May 23, 2006, Los Angeles.

"Patent Auctions: Past, Present & Future", The 50th Annual Conference on Developments in Intellectual Property Law, John Marshall Law School Center for Intellectual Property Law, May 25-26, 2006, Chicago.   Speech published as "The Intellectual Property Marketplace: Past, Present and Future", 5 J. Marshall Rev. of Intell. Prop. L. 605, (2006)

"Patent Auctions: Risky Endeavor or Legitimate Market Opportunity?", Strafford Legal Teleconference Presentations, June 8, 2006.

The Intellectual Property Investment Summit:  Connecting Investors with Strategic Intellectual Property Opportunities, presented by the Center for Applied Innovation, Summit Co-Chairperson, June 15, 2006, Chicago.

Innovative Structures for Acquiring Intellectual Property:  The Benefits, Challenges and Process, LSI Law Seminars International, Program Co-Chair, July 17, 2006, Chicago.

"Licensing and Intellectual Property", Chicago Regional Independent Inventor's Conference, Presented by the United States Patent and Trademark Office, Northwestern University School of Law, and the National Inventors Hall of Fame Foundation, July 28-29, 2006, Chicago.

"Reinventing the IP Marketplace – The Exclusive Ocean Tomo Patent Auction Case Study", IP Licensing Summit: Practical Strategies to Maximize Revenue in Today's Challenging Intellectual Property Marketplace, August 21-23, 2006, New York.

"Unlocking the Value of Intellectual Property Rights", Conference of the International Bar Association, September 20, 2006, Chicago.

"This Too Shall Pass", Americas IP Focus 2006, Managing Intellectual Property Rights, Copyright, Euromoney Institutional Investor, PLC, 2006.

"Developing Markets for Intellectual Assets and Technology", 21st Annual Intellectual Assets and Technology Law Institute, October 5 & 6, 2006, Irving, Texas.

"Patent Damages" and "Patent Reform Efforts: An Update and Review", The Sedona Conference Patent Litigation VII, October 12-13, 2006, Sedona, Arizona.

"Patent Auctions", 44th Annual Intellectual Property Law Conference, The Center for American and International Law, November 9-10, 2006, Plano, Texas.

"The Future of Developing IP Markets", 3rd Annual Monetization of Intellectual Property & Intangible Assets, Strategic Research Institute, November 16-17, 2006, Boston.

17

"The IP Transactional Landscape", Economics of IP Based Transactions, National Knowledge & Intellectual Property Management Taskforce Series Program, November 29-30, 2006, Washington, D.C.

Keynote Presentation, The Business of Intellectual Property Conference, Tech Council of Maryland, Rockville, Maryland, January 10, 2007.

Luncheon Speaker, Corporate Intellectual Property Roundtable, Georgia State University College of Law, Atlanta, January 24, 2007.

"Patent Markets", American Intellectual Property Law Association, 2007 Mid-Winter Institute, New Orleans, January 24-27, 2007.

"Assessing the Real Value of Your IP Portfolio" and "Growing IP Impact on Public and Semi-Public Markets", The 5th Annual Summit on Monetizing, Financing & Securitizing IP, New York, January 30-31, 2007.

"Ocean's 300", Moderator, World Intellectual Property Review 2007, pp. 16-20.

"The Intellectual Property Marketplace: Emerging Transaction and Investment Vehicles", Co-author with Cardoza, Gray and Conroy, *The Licensing Journal*, Aspen Publishers, Vol. 27, No. 2, pages 1 - 11, February 2007.

"The Importance of Emerging Intellectual Property Market Opportunities to the City of Chicago", Keynote Speaker, Notre Dame Club of Chicago Meeting, Chicago, March 8, 2007.

"The Intellectual Property Marketplace", Harvard Business School Club of New York, New York, April 12, 2007.

Keynote Address, BRICs & Mortar: Technological Drivers in Booming Economies of Brazil, Russia, India and China, Northwestern University Journal of Technology & Intellectual Property Second Annual Symposium, Chicago, April 13, 2007.

"Innovation Measurement:  The Economic Impact of Patent Value", Co-author with Barney, Cardoza, Walker and Gray, Submission to United States Department of Commerce Economics and Statistics Administration, Pursuant to Notice in the Federal Register, Vol. 72, No. 71, 18627, May 11, 2007.

"Objective Patent Valuation", Business Meeting, Association of Corporate Patent Counsel, Newport, Rhode Island, June 27, 2007.

"Intellectual Property Exchange Chicago", a two-day symposium presented by The National Knowledge & Intellectual Property Management Taskforce and The Center for Applied Innovation, Moderator and Speaker, July 17 – 18, 2007, Chicago.

"Start-up Stories: Tales from the Front Line", TiE Midwest, August 1, 2007, Chicago.

18

Keynote Address, Notre Dame Financial Executives Alumni Conference, September 21, 2007, South Bend, Indiana.

"The Birth of an IP Marketplace", Missouri Bar Association Seminar, November 2, 2007, St. Louis, Missouri.

"Market Forces and IP", The Giles S. Rich American Inn of Court, Howard University, January 17, 2008.

"Market for Technology:  Challenges and Opportunities", Panel Discussion on Impediments to Technology Markets, Duke University's Fuqua School of Business, February 20, 2008.

"IP Markets – An Intangible Walk Down Wall Street", Keynote Address, Securities Industry and Financial Markets Association, March 11, 2008, New York.

"Patent Valuation, Is there One or Many?", Mini-Plenary Session of the High Tech Sector, The Licensing Executives Society International Annual Meeting, May 7, 2008, Chicago.

"What is Patent Quality – A Merchant Banc's Perspective", with Jonathan A. Barney, *les Nouvelles*, June 2008, p. 123 – 134.

"Intangibles in the Firm and Financial Markets", *Intangible Assets: Measuring and Enhancing Their Contribution to Corporate Value and Economic Growth*, The National Academies, Washington DC, June 23, 2008.

"Developing IP Markets:  Opportunity for the Financial Services Industry", Keynote Address, The 5th Annual Patents & The Financial Services Industry Symposium, New York, July 29, 2008.

"New Trends in Monetizing IP Rights:  Trolls, Licensing and Securitization", Managing *Intellectual Property* Webinar, September 3, 2008.

"Magnificent Mile – Shopping for the Ideal IP Expert", DRI Intellectual Property Litigation Seminar, September 4-5, 2008, Chicago.

From Assets to Profits: Competing for IP Value and Return, Contributing Author, Edited by Bruce Berman, John Wiley & Sons, November 2008.

Ocean Tomo:  The New Kid on the (Auction) Block is All Grown Up, Institute for Law and Technology, 46th Annual Conference on Intellectual Property Law, November 10 – 11, 2008, Plano, Texas.

Federal Trade Commission:  The Evolving Intellectual Property Marketplace, Keynote Address, Public Hearings, April 17, 2009, Washington, DC.

"Protecting and Commercializing New Ideas", CoreNet Global Chicago Chapter Meeting, Chicago, May 13, 2009.

"The Future of the IP Marketplace", Moderator and Plenary Speaker, IP Markets 2009, Chicago, July 23, 2009.

"Staying Ahead of the Curve – Strategic Intelligence, Value Assessments and Monetization in a Highly Competitive Economy", The 6th Annual Patents & The Financial Services Industry Conference, New York City, July 28-29, 2009.

"Helping Companies in a Down Economy: Strategic Planning for Identifying and Valuing Your IP", American Bar Association Annual Meeting, Chicago, July 31, 2009.

"Managing IP During Uncertain Times", NanoBusiness Alliance Conference, Chicago, September 8, 2010.

National Economic Framework for Intellectual Property Based Commerce, A Research Report by the National Knowledge & Intellectual Property Management Taskforce, Net Worth Press, 2009.

"The Role of IP in Tough Economic Times and How to Use it to Your Advantage:  Corporate Recovery and Restructuring", Licensing Executives Society Annual Meeting, San Francisco, October 19, 2009.

"Global IP Market Development", 11th Annual Utah IP Summit, Salt Lake City, February 13, 2010.

"Law, Economics, Business and Policy Implications for Innovation and Competition of Diverse Business Models for Using Patents", Stanford University Hoover Institution Annual Conference, Stanford, California, June 25, 2010.

"Establishing an Objective Value of IP", IPO Annual Meeting, Atlanta, September 14, 2010.

"Intellectual Property and the Marketplace:  Hot Topics Impacting the Role of Patents, Trademarks and Copyrights in Today's Business World", Vedder Price Illinois Continuing Legal Education Forum, Chicago, October 6, 2010.

"IP Essentials for the Chief Executive Officer", Illinois Technology Association, Chairman's Dinner Keynote Speaker, Chicago, October 20, 2010.

"Valuation of IP in Emerging Market Platforms", 2010 IP Damages Institute, CalCPA Education Foundation, Los Angeles, November 8, 2010.

"Shifting Sands:  What is Discoverable and Admissible for Damages, Willfulness and Other Purposes", Intellectual Property Owners Association CLE Roundtable, Washington, DC, March 21, 2011.

"Intellectual Property: From Asset-to-Asset Class", Intellectual Property Strategies for the 21st Century Corporation, Bryer, Lebson & Asbell Editors, John Wiley & Sons, Inc., 2011.



"The Next Big Think in Monetizing IP: A Natural Progression to Exchange-Traded Units", Ian D. McClure co-author, *LANDSLIDE*, A Publication of the ABA Section of Intellectual Property Law, Volume 3, Number 5, May/June 2011, pp. 32-37.

"Risk Management Strategies to Defend Against Patent Trolls and the New Trend in Patent Royalty Trusts", 2011 Congress on Patent Strategies for the Financial Services Industry, New York, September 19-20, 2011.

"Patent Quality and its Impact on Valuation", Licensing Executives Society United States and Canada, Inc., Annual Meeting, San Diego, October 17, 2011.

Introduction, "LESI Global Technology Impact Forum (GTIF) Creates Tech Transfer Platform", *les Nouvelles*, Journal of the Licensing Executives Society International, Volume XLVII No. 2, June 2012.

Panelist, "IP Monetization", McDermott Will & Emery 2012 Intellectual Property Symposium, Chicago, June 14, 2012.

Keynote Address, Northwestern Law Fifth Annual Conference on Entrepreneurship and Innovation, Chicago, June 14, 2012.

"IP Market Development", 38th Annual Intellectual Property Law Summer Institute, Sponsored by the Intellectual Property Law Section of the State Bar of Michigan, Traverse City, Michigan, July 21, 2012.

"An Investors' Perspective on IP", CenterForce IP Strategy Summit, New York City, New York, November 13, 2012.

"Investing in IP", DealFlow Media Webinar, January 10, 2013.

"Evolving IP Marketplace", American Intellectual Property Law Association, Mid-Winter Meeting, Tampa, Florida, February 1, 2013.  Includes paper: *New Emphasis on the Analytical Approach of Apportionment In Determination of a Reasonable Royalty* by James E. Malackowski, Justin Lewis and Robert Mazur.

"An Inventor's Walk Down Wall Street", PatCon 3 at Illinois Institute of Technology Chicago-Kent School of Law, Chicago, April 12, 2013.

*Report on Judge Rader Comments at the 2013 LESI Annual Conference*, LES Global News, Vol. XLVIII No. 2, June 2013.

"Strategic Insights", Plenary Panel Discussion, IPBC 2013, IP Business Congress, Boston, June 9, 2013.

"IP and Antitrust", Panel Discussion, McDermott 2013 IP Symposium, June 13, 2013, Chicago.

*IP Investments and Markets* Presented by the Center for Applied Innovation, Panelist on IP Marketplace, Chicago, June 25-26, 2013.



*Capturing Innovation*, Irish Entrepreneurs: An Affiliate Group of the Notre Dame Club of Chicago, Chicago, September 5, 2013.

*Preventing the Napsterization of 3D Printing: Areas for Industry Collaboration and Transparency*, Inside 3D Printing Conference and Expo, San Jose, California, September 18, 2013.

*The Latest Thinking about Non-Practicing Entities*, 2013 AIPLA Annual Meeting, Washington, DC, October 25, 2013.

*Challenges and Opportunities in Asia*, Think Asia, Think Hong Kong: IP, Technology & China/U.S. Opportunities, The Hong Kong Business Association of the Midwest, Chicago, November 19, 2013.

*Rationalizing Remedies,* The 2013 Patent Institute presented by Cravath Swain & Moore, New York, December 5, 2013.

*Special Address: Looking to the Future of the Intellectual Property Marketplace – Where Will We Be in 2020?,* Best Practices in Patent Monetization, Law Seminars International, San Francisco, March 6-7, 2014.

*Reinventing Finance: Funding Innovation Beyond Silicon Valley*, Forbes Reinventing America Summit, Chicago, March 27-28, 2014.

*IP Pricing – Current Issues for Markets and Courts*, Georgia State University / Licensing Executives Society Joint Meeting, Atlanta, May 28, 2014.

*The Growing Global 3DP IP Market & How Much Is At Stake*, 3D Printing Politics, Washington D.C., September 17, 2014.

*The Changing Role of the Expert*, 2014 IP Institute presented by the Engleberg Center on Innovation Law & Policy at New York University and Cravath, Swaine & Moore, LLP, New York, December 4, 2104.

"Intellectual Property Exchange", Dallas Chapter Meeting of the Licensing Executives Society (USA & Canada), Inc., Dallas, January 22, 2015.

"Actavis, Valuation, and Fairness Opinions", 2015 Generic Pharmaceutical Association Annual Meeting, Miami, February 9-11, 2015.

Patent Damages Roundtable, USC Gould School of Law 2015 Intellectual Property Institute, Los Angeles, March 23, 2015.

"Intellectual Property Impact on M&A", Transaction Advisors Midwest Symposium, Chicago, September 17, 2015

"The Changing Landscape of Patent Value and Patent Risks", 2016 Berkeley Law / Cleary Gottlieb M&A-IP-Antitrust Conference, Berkeley Center for Law, Business and the Economy, San Francisco, January 29, 2016.

"Damages Experts on Evidence and Gatekeeping", The University of Texas School of Law Conference on Patent Damages, Austin, Texas, June 9-10, 2016.



"Investing In Innovation: Global Trends In Innovation and Sustainability", CFA Society of Chicago, Chicago, September 28, 2016.

IP Remedies Roundtable and Workshop, USC Gould School of Law 2017 Intellectual Property Institute, Los Angeles, March 20, 2017.

"Economic Tools Used for Damages Estimation", Panel Discussion, Intellectual Property Owners Association, Chicago, June 7, 2017.

"Quantitative Approaches to Determining FRAND Royalties", Intellectual Property Owners Association Annual Meeting, San Francisco, September 18, 2017.

"The Intersection of Intellectual Property, Blockchain and Cryptocurrency", Licensing Executives Society International Annual Conference, San Diego, April 30, 2018 – May 1, 2018.

"Best Practices and Useful Tools for Assessing the Value of Your Company's IP", American Intellectual Property Law Association 2018 Spring Meeting, May 15 - 17, 2018.

"Practical Blockchain", IDEA Week Innovation Festival, South Bend, Indiana, April 8, 2019.

"Blockchain Primer," Introductory Remarks by Hon. Kara F. Stoll, The Giles S. Rich American Inn of Court, Washington D.C., February 11, 2020.

*Managing Your Intellectual Property*, LESI Business Briefings, Series Co-author, May 2020.

"IP Transaction Ecosystem: An Update on Market Activity", LES USA & Canada, Inc., Greater Washington D.C. Chapter, September 9, 2021.

"Judicial Perspectives on Using Damages Specialty Experts", Intellectual Property Law Association of Chicago, Litigation Committee, September 15, 2021

"Global Patent Issues", Plenary Panel, University of Illinois Chicago 65th Annual IP Law Conference, UIC School of Law, Chicago, November 4, 2021.

| | |
|---|---|
| **INTERNATIONAL SPEECHES AND PUBLICATIONS** | "Taxation Issues when Licensing with the U.S.", Licensing Executives Society International, South Africa Conference, January 28, 1996. |
| | "Intellectual Property Damages: Advanced Case Studies", Licensing Executives Society Annual Meeting, Puerto Rico, September 30, 1996. |
| | "License Agreement Royalty Audits: Untapped Riches Or Fool's Gold?", Licensing Executives Society Annual Meeting, Puerto Rico, October 1, 1996 |



"Valuation of IPR", Conference on Appeals Related to Intellectual Property, Bucharest, Romania, November 20, 1997.

"Avaliacao e Contabilizacao de Propriedade Intellectual – Metodologia e Aspectos Fiscais", XIX Seminario Nacional de Propriedade Intellectual, Rio de Janeiro, Brazil, August 16, 1999.

"Avaliacao e Contabilizacao de Propriedade Intelectual", Conferencia pela Consulate General of the United States of America, Sao Paolo, Brazil, August 18, 1999.

"Avaliacao e Contabilizacao de Propriedade Intelectual", Conferencia pela Consulate General of the United States of America, Curitiba, Brazil, August 20, 1999.

"IP Valuation Trends", Licensing Add-on Seminar, LESI Annual Conference, Krasnapolsky, Amsterdam, Netherlands, May 21, 2000.

"Intellectual Property from a Board Room Window", Plenary Session II LESI Strategies, LESI Annual Conference, Krasnapolsky, Amsterdam, Netherlands, May 23, 2000.

"Due Diligence in an Intellectual Capital Focused Investment", LES Annual Conference Add-on Session, Toronto, September 14, 2000.

"What's New in Intellectual Property Asset Management", Panel Discussion, 8th Annual Intellectual Property Law Institute, State Bar of Georgia,  Puerto Vallarta Mexico,  November 15, 2002.

"Les brevets en tant qu'actifs economiques: comment les exploiter au mieux" and "Brevets et financement: couvrir les couts, trouver des investisseurs", Un System Du Brevet Competitif Pour L'Europe,  sponsored by the European Patent Office, Brussels, May 3-4, 2006.

"What is Patent Quality?", Co-author with Jonathan A. Barney, Paper Presented to the Colloquium on a Comprehensive Approach to Patent Quality, Federation Internationale Des Conseils En propriete Industrielle, Amsterdam, June 8-9, 2007.

"Fostering Innovation with Seed Money and Venture Capital", Licensing Executives Society International Annual Conference, Zurich, June 19, 2007.

"Legal Problems Arising from Auctioning of IPR", Bi-Annual International Forum, Association Internationale Pour La Protection De La Propriete Intellectuelle, October 6, 2007.

"IP Auctions", Plenary Address, The Licensing Executives Society Annual Meeting, October 16, 2007, Vancouver, Canada.

"IP Valuation for IPO's", Warsaw Stock Exchange Executive Conference, June 27, 2008, Warsaw, Poland.



"IP As A Business Tool", Licensing Executives Society International Conference, January 29-30, 2009, New Delhi, India.

"Global IP Market Development", Keynote Address, The Licensing Executives Society Australia and New Zealand, April 2-4, 2009, Camberra, Australia.

"Global IP Market Development", The Licensing Executives Society Philippines, June 8, 2009, Manila, Philippines.
Entwicklung einer Infrastruktur im Blickpunkt, Der Intellectual Property Exchange, *IP Manager: Journal for the Knowledge Economy*, 01/2009.

"Global IP Market View", Division des Analyses Economiques et des Statistiques, Organization de Cooperation et de Developpement Economiques, January 8, 2010, Paris, France.

"Global IP Market View", BusinessEurope Patents Working Group Meeting, The Confederation of European Business a.l.a.b.l., January 28, 2010, Brussels, Belgium.

"Global IP Market View", Inaugural Annual Conference, LES Turkey, January 29, 2010, Istanbul, Turkey.

"Commercialization Strategies for Industrial Property Assets", LES Brazil Annual Congress, January 28, 2011, Rio de Janeiro, Brazil.

"Developing Commercial IP Markets", LES Arab Countries and Abu Dhabi Higher Colleges of Technology Seminar, October 12, 2011, Abu Dhabi, UAE.

"Asian IP Market Development", LES Asia Pacific Meeting, LES Singapore, November 9-10, 2011, Singapore.

"Patent Auctions & Technology in an Emerging Global Economy", LES Philippines, November 16, 2011, Manila.

"Tech Transfer for Humanitarian Purpose", LESI Annual Conference, April 2, 2012, Auckland.

Moderator, "New Challenges in ICT: How to Compete Using IP Assets", LES Pan European Meeting, Rome, June 12, 2012.

Workshop Panelist, "Accelerate Licensing & Avoid Litigation: Effective Use of Transparency, Investors & Risk Management Tools", LES Pan European Meeting, Rome, June 12, 2012.

Keynote Speech, "Research Trends Around the Globe on Licensing", LES Asia Pacific Regional Conference, Tokyo, Japan, September 3, 2012.

"Investing in IP and Developing IP Monetization and Risk Markets: U.S. Perspective", LES Scandinavia Annual Meeting, Helsinki, Finland, September 12, 2012.



"El Mercado Global De Tecnologia", LESI Innovation Tour, LES Mexico and Asociacion Mexicana de Directivos de la Investigation Aplicada y el Desarrollo Tecnologico, A.C., Mexico City, Mexico, September 21, 2012.

Research Handbook on Intellectual Property Licensing, Forward, Jacques de Werra, University of Geneva, Editor, Edward Elgar Publishing, 2012.

"Markets for Humanitarian Technology Transfer" and "Adoption by Resolution of LESI IP Business Principles", LESI Global Technology Impact Forum, Geneva, Switzerland, January 22, 2013.

Forward, Research Handbook on Intellectual Property Licensing, Edited by Jacques de Werra, Edward Elgar Publishing Limited, 2013.

"IP Market Development" / "Simplicity in Global IP Valuation", LESI Annual Conference, Rio de Janeiro, Brazil, April 10, 2013.

"Collaboration for IP Based Accounting and Reporting", LESI Global Technology Impact Forum, Geneva, Switzerland, January 20-21, 2014.

"IP Licensing and Intermediaries", LES Asia-Pacific Regional Conference, Seoul, Korea, November 4-6, 2014.

"Building IP Transaction Platforms", Keynote Presentation, 14th Annual Shanghai International Intellectual Property Forum, Hosted by the World Intellectual Property Organization, (Shenzhen, China, December 7, 2017 as an advance local presentation) Shanghai, China, December 13, 2017.

"Building and Enforcing a Global Portfolio for Protection and Monetization", Moderator, 2018 LES IP100 Executive Forum, Phoenix, Arizona, February 15-16, 2018.

"Valuation of IP In the Eye of the Beholder" and "IP Monetization Lifecycle", Moderator, Inaugural IP Conference on Issues that Make a Difference, University of Arizona Law, Tucson, Arizona, March 5-6, 2018.

Best Practices and Useful Tools For Assessing the Value of IP, Co-authored with Mick Baciu and Drew Sills, American Intellectual Property Law Association 2018 Spring Meeting, Seattle, Washington, May 15-17, 2018.

"Toward Early Dispute Resolution of Standard Essential Patents in the 5G Era", International Arbitration Center Tokyo, Mock Arbitration, Tokyo, Japan, June 29, 2018.

"Practical Blockchain", LESI Annual Conference, Yokohama, Japan, May 28, 2019.

"Managing Your Intellectual Property", LESI Business Briefing Report, published by the Licensing Executives Society International, Inc., Copyright 2020.

26



"Managing Your Intellectual Property", Rigorous Empirical Research on Intellectual Property, virtual presentation by 4iP Council and the Licensing Executives Society International, September 29, 2020.

"A Global Economic Framework for Intellectual Based Commerce", World IP Forum, India, April 30, 2021.

"Growth Financing", European Patent Office High-Tech Business Forum, European Patent Academy, October 28, 2021.

---

**TELEVISION, RADIO AND EDITORIAL**

Bloomberg Morning Call with Brian Sullivan, "Patent Auctions", March 3, 2006.

CNBC Closing Bell, "Patents for Purchase", Interview with Maria Bartilomo, April 4, 2006.

CNBC On the Money, "Patents for Sale", Interview and Report by Scott Wapner, April 7, 2006.

Bloomberg Morning Call with Brian Sullivan, "Ocean Tomo 300 Index" and "Fall Intellectual Property Auction", September 13, 2006.

CBS WBBM-AM News Radio with Andy Giersher, Noon Business Hour, "New Stock Market Index", December 2, 2006 plus repeats.

Bloomberg Evening *Market Pulse* with Pimm Fox, "Stock Selections with Strong Patents", January 9, 2007.

Judge, *Everyday Edisons: Ordinary People, Extraordinary Ideas*, a Public Broadcasting System documentary series, 2nd Season, to be aired 2008.

Bloomberg Final Word with Brian Sullivan, "Changes in IP Laws Affect Stock Price", March 10, 2008.

FOX Business National, "Investing in Patents", June 5, 2008.

"It's the auto technology, Congress", *The Detroit News*, detnews.com, December 2, 2008.

FOX Business National, "Capturing Value from IP During a Recession", January 12, 2009.

FOX Business National, "The Value of Technology and Patents in a Chrysler Bankruptcy", May 1, 2009.

FOX Business National, "Exchange Looks to Value Patents", October 5, 2009.

TV Tokyo, "IP Markets, October 4, 2010.

FOX Business National, "Patent Litigation Trends", October 4, 2010.



CNBC Street Signs, "Patent-Palooza", July 26, 2011.

CNBC Street Signs, "Patent Battleground", August 15, 2011.

CNBC Street Signs, "IPXI: Trading Patents in 2012", December 14, 2011.

CEO IntroNet, May 16, 2012.

CNBC Street Signs, "Research In Motion's Patent Portfolio, May 30, 2012.

Crain's Chicago Business, Chicago Business Video, "Preview of the Eureka Index", April 25, 2013.

CNBC Street Signs, "Valuing Intangible Assets", August 5, 2013.

Chicago Tribune Blue Sky Innovation, "Why Robots Roam the Halls…", July 16, 2014.

CNBC Worldwide Exchange, "The Big Battle Over Intellectual Property:  U.S. – China Trade Tariffs and IP", March 26, 2018.

---

**EXPERT TESTIMONY**

01 Communique Laboratory, Inc. v. Citrix Systems, Inc. & Citrix Online, LLC
Civil Action 1:06-CV-0253 (N.D. Ohio)
United States District Court for the Northern District of Ohio
Deposition Testimony

Abiomed Inc. v. Maquet Cardiovascular LLC
No. 1:16-cv-10914-FDS
United States District Court for the District of Massachusetts
Deposition Testimony

ABS Global, Inc. v. Inguran, LLC d/b/a Sexing Technologies and XY, LLC v. Genus, PLC
Civil Action: 14-cv503-wmc
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Acadia Research Group, LLC and Lifeport Sciences, LLC v. Boston Scientific Corporation
AAA File No. 02-15-0004-9460
American Arbitration Association
Hearing and Deposition Testimony

Acantha LLC v. DePuy Synthese Sales, Inc., DePuy Synthes Products, Inc., DePuy Synthes, Inc., Johnson & Johnson, Inc. Synthes, Inc. Synthes USA, LLC, DePuy Orthopaedics, Inc. and DePuy Spine, LLC
Case No. 1:15-cv-01257-WCG
United States District Court for the Eastern District of Wisconsin Green Bay Division



Trial and Deposition Testimony

Acorda Therapeutics, Inc. v. Alkermes PLC
Case No. 01-20-0010-8421
American Arbitration Association
Hearing and Deposition Testimony

Advanced Aerospace Technologies, Inc. v. The United States of America and
The Boeing Company and Institu, Inc.
Case No. 12-85C
United States Court of Federal Claims
Deposition Testimony

Advanced Micro Devices, Inc. and ATI Technologies, ULC v. Samsung
Electronics Co. Ltd. et al.
No. CV-08-0986-SI
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

Advanced Technology Materials, Inc. v. Praxair, Inc.,
Civil Action No.03 CV 5161 (RO)
United States District Court for the Southern District of New York
Deposition Testimony

A.I.T. Industries, Inc., f/k/a Photocentron, Inc. v. Yordan Vurich and Opti-Vue, Inc.
Civil Action No.94-C-5196
Deposition Testimony

Allan Stimmel v. Eugene Weiner, Kurt Gutfreund and M & L International, Inc.
Civil Action No. 89 C 6510 (ACW)
United States District Court for the Northern District of Illinois, Eastern
Division
Deposition Testimony

Allscripts Healthcare, LLC v. DR / Decision Resources, LLC
Case No. 1:19-cv-11038
United States District Court for the District of Massachusetts
Trial and Deposition Testimony

Altana Pharma AG and Wyeth v. Teva Pharmaceuticals USA, Inc. and Teva
Pharmaceuticals Industries Ltd., et. al.
Civil Action No. 04-2355
United States District Court for the District of New Jersey
Deposition Testimony

Altria Client Services LLC and U.S. Smokeless Tobacco Company LLC v. R.J.
Reynolds Vapor Company and Modoral Brands, Inc.
Civil Action No. 1:20-cv-00472
Trial and Deposition Testimony



Analog Devices, Inc. v. Christopher Michalski, Kiran Karnik and Maxim
Integrated Products, Inc.
Case 01 CVS 10614
State of North Carolina Superior Court Division, County of Guilford
Deposition Testimony

Andrx Pharmaceuticals, LLC v. GlaxoSmithKline, PLC and SmithKline
Beecham Corporation
Case No. 05-23264-CIV-Graham/O'Sullivan
United States District Court for the Southern District of Florida
Deposition Testimony

Appian Corporation v. Pegasystems Inc. and Youyong Zou
Case No 2020 07216
Virginia: In the Circuit Court of the Fairfax County
Trial and Deposition Testimony

Appliance Computing III, Inc. Redfin Corporation
Case No. 6:20-cv-00376-ADA
United States District Court for the Western District of Texas
Trial and Deposition Testimony

Applied Medical Resources Corporation v. Gaya Limited
AAA Case No. 50 133T00316 06
Arbitration Testimony

Arendi S.A.R.L. v. Apple Inc.
Case No. 1:12-cv-01596
United States District Court for the District of Delaware
Deposition Testimony

Arthur Takeall v. PepsiCo, Inc.
Civil Action S92-766
United States District Court for the District of Maryland
Deposition Testimony

Ashley Furniture Industries v. Laura Ashley Holdings Plc and Laura Ashley, Inc.
AAA File No. 51 133 Y 01056 08
American Arbitration Association
Arbitration and Deposition Testimony

Atlantic Richfield Company, Chevron U.S.A., Inc., Exxon Corporation, Mobil
Oil Corporation, Shell Oil Products Company and Texaco Refining &
Marketing, Inc. v. Unocal Corporation and Union Oil Company of California
and  Union Oil Company of California v. Atlantic Richfield Company, Chevron
U.S.A., Inc., Exxon Corporation, Mobil Oil Corporation, Shell Oil Products
Company and Texaco Refining & Marketing, Inc.
Civil Action No. CV-95-2379 KMW(JRx)
Trial and Deposition Testimony

Avery Dennison Corp. et al v. FLEXcon Company, Inc.
Civil Action No. 96-C 4820

30



United States District Court for the Northern District of Illinois, Eastern
Division
Deposition Testimony

Aylus Networks, Inc. vs. Apple, Inc.
Case No. 3:13-cv-4700
United States District Court for the Northern District of California
Deposition Testimony

Bath & Body Works Brand Management, Inc. v. Summit Entertainment, LLC
Case No. 11 Civ 1594 (GBD)
United States District Court for the Southern District of New York
Deposition Testimony

Baxalta Inc. and Baxalta, GMbH v. Genentech, Inc.
C.A. No. 17-cv-00509-TBD
United States District Court for the District of Delaware
Deposition Testimony

Baxter International Inc. and Baxter Healthcare Corp. v. CyDex
Pharmaceuticals, Inc.
AAA Case No. 01-21-0002-6106
American Arbitration Association
Deposition Testimony

Bayer Pharma AG, Bayer Intellectual Property GMBH and Bayer Healthcare
Pharmaceuticals, Inc. v. Watson Laboratories, Inc.
Civil Action No 12-517-GMS
United States District Court for the District of Delaware
Trial and Deposition Testimony

Beloit Corp v. Voith, Inc. & J.M. Voith GmbH
Civil Action No. 92 C 0168 C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Bio-Rad Laboratories, Inc. and the President and Fellows of Harvard College v.
10x Genomics, Inc.
Case No. 1:19-cv-12533
United States District Court for the District of Massachusetts
Deposition Testimony

Bio-Rad Laboratories, Inc., the University of Chicago, Lawrence Livermore
National Security, LLC and Fellows of Harvard College v. Stilla Technologies,
Inc and Stilla Technologies
Case No. 1:19-cv-11587
United States District Court for the District of Massachusetts
Deposition Testimony

Bio-Rad Laboratories, Inc. and the University of Chicago v. 10x Genomics, Inc.
Case No. 15-152-RGA
United States District Court for the District of Delaware



Trial and Deposition Testimony

Board of Trustees of the Leland Stanford Junior University and Litton Systems, Inc. v. Tyco International LTD., Tyco International, Inc., Tyco Telecommunications, Inc, Tyco Networks, Inc., Lucent Technologies, Inc., Agere Systems, Inc., JDS Uniphase Corporation, Ciena Corporation, Pirelli S.p.A., Ericsson, Inc., Telefonaktiebolaget Lm Ericsson and Ericsson Microelectronics Ab, Optoelectronic Products.
Case No. Cv-00-10584-TJH (RCx)
United States District Court for the Central District of California – Western California
Deposition Testimony

Bracco Diagnostics, Inc. v. Amersham Health Inc., Amersham Health AS, Amersham plc and Amersham Health Inc. v. Bracco Diagnostics, Inc.
Civil Action No. 03-6025
United States District Court for the District of New Jersey
Trial and Deposition Testimony

Brian D. Zdeb, et al v. Baxter International, Inc.
Civil Action No. 91-L-8726
Appellate Court of Illinois, First District, Sixth Division
Trial and Deposition Testimony

Briggs & Stratton Corporation v. Kohler Company
Case No. 05-C-0025-C
United States District Court for the Western District of Wisconsin
Deposition Testimony

Bristol-Myers Squibb Company v. Apotex Inc. and Apotex Corp.
Civil Action No. 3:10-cv-05810 (MLC)
United States District Court for District of New Jersey
Deposition Testimony

Brocade Communications Systems, Inc. and Foundry Networks, LLC v. A10 Networks, Inc. et al.
Case No. 10-cv-03428 LHK
United States District Court for the Northern District of California San Jose Division
Trial and Deposition Testimony

Callpod, Inc. v. GN Netcom, Inc. et al.
Case No. 06-CV-4961
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony

CareDx, Inc. v. Natera, Inc.
Case No. 1:19-cv-00662-CFC-CJB
United States District Court for the District of Delaware
Trial and Deposition Testimony

CareFusion 303 v. Sigma International

32



Case No 10cv0442 DMS (WMC)
United States District Court for the Northern District of California
Trial and Deposition Testimony

Carter Bryant v. Mattel, Inc. and Consolidated Actions
United States District Court for the Central District of California Southern Division
Case No. CV 04-9049-DOC (RNBx)
Consolidated with Nos. CV 04-9059 and CV 05-2727
Trial and Deposition Testimony

Catalina Marketing Corp. v. Advanced Promotion Technologies, Inc.
Civil Action No. CV 93-4741 WJR (Sx)
Deposition Testimony

Caterpillar Inc. v. International Truck & Engine Corp., Siemens Diesel Systems Technology, LLC, Sturman Industries, Inc., Sturman Engine Systems, LLC, Oded E. Sturman and Carol K. Sturman
United States District Court for the District of South Carolina, Columbia Division
Case No. 3:03-1739-17
Deposition Testimony

Catherine Alexander v. Take-Two Interactive Software, et al.
United States District Court for the Southern District of Illinois East St. Louis Division
Civil Action No. 3:18-cv-966-MJR-MAB
Trial Testimony

CEATS, Inc. v. Continental Airlines, Inc., AeroSvit Airlines, CJSC, Air China, Ltd., Air Europa Lineas Aereas, SAU, AirTran Airways, Inc., Alaska Airlines, Inc., Horizon Air Industries, Inc., All Nippon Airways Co., Ltd., Aerovias Del Contenente Americano SA, Brendan Airways, LLC, Caribbean Airlines, Ltd., Delta Air Lines, Inc., EgyptAir Airlines, Co., Frontier Airlines, Inc., JetBlue Airways Corporation, Malaysia Airline System Berhad, Qatar Airways Company QCSC, Alia Royal Jordanian, PLC, TAM, SA, Thai Airways International Public Co., Ltd., United Air Lines, Inc., US Airways, Inc., Virgin America, Inc.
Case No. 6:10-cv-120 LED
United States District Court for the Eastern District of Texas Tyler Division
Trial and Deposition Testimony

CEATS, Inc. v. Granada Theater, Live Nation Worldwide, Inc., Ticketmaster, LLC, Tickets.com, Inc., Ticket Software, LLC, Ticket Network, Inc., TicketsNow.com, Inc., TNow Entertainment Group, Inc., Concur Technologies, Inc.
Case No. 6:10-cv-120 LED
United States District Court for the Eastern District of Texas Tyler Division
Trial and Deposition Testimony

Centripetal Networks, Inc. v. Cisco Systems, Inc.
Case No. 2:18-CV-00094-HCM-LRL
United States District Court for the Eastern District of Virginia Norfolk Division

33



Trial and Deposition Testimony

Cheetah Omni, LLC v. Alcatel-Lucent USA Inc., et al. (on behalf of Tellabs North America, Inc.)
Case No.  6:11CV390
United States District Court for the Eastern District of Texas Tyler Division
Deposition Testimony

Ciba Specialty Chemicals Corporation v. Hercules Inc. and Cytec Industries, Inc.
Civil Action No. 04-293
United States District Court for the District of Delaware
Deposition Testimony

Cisco Systems, Inc. and Cisco Technology, Inc. v. Jedd Williams
In Arbitration before JAMS
Reference No. 1310025030
Deposition Testimony

Cisco Systems, Inc. and Cisco Technology, Inc. v. Plantronics, Inc., et al.
Case No. 4:19-CV-07562
United States District Court for the Northern District of California
Deposition Testimony

Comair Rotron, Inc. v. Matsushita Electric Corporation of America, et al. - New Jersey Action
Civil Action No. 85-4308 (HLS)
Trial and Deposition Testimony

Comet Technologies USA Inc. v. XP Power LLC
Case No. 5:20-CV-06408-NC
United States District Court for the Northern District of California
Trial and Deposition Testimony

Commonwealth Scientific and Industrial Research Organization v. Lenovo (United States) et al.
United States District Court for the Eastern District of Texas Tyler Division
Case No. 6:09-cv-00399-LED
Deposition Testimony

Commonwealth Scientific and Industrial Research Organization v. Cisco Systems, Inc.
United States District Court for the Eastern District of Texas Tyler Division
Case No. 6:11-cv-00343-LED
Trial and Deposition Testimony

Commonwealth Scientific and Industrial Research Organization v. MediaTek Inc., et al.
United States District Court for the Eastern District of Texas Tyler Division
Case No. 6:12-cv-578-LED
Deposition Testimony

34



Computer Generated Solutions, Inc. v. Peter Loral, Loral Incorporated, PJK, Inc. and Belle Loral, LLC
Civil Action No. 97 Civ. 6298 (MBM)
Deposition Testimony

Construction Technology, Inc. v. Cybermation, Inc. et al.
Civil Action No. 91 Civ. 7474 (JSM)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

Cordis Corporation v. SciMed Life Systems, Inc.
Case No. CV 4-96-261
United States Court for the District of Minnesota
Deposition Testimony

CoStar Realty Information, Inc. v. Civix-DDI, LLC and Civix-DDI, LLC v. LoopNet, Inc.
Case No. 1:12-cv-04968 (consolidated with 07091 and 08632)
United States District Court for the Northeastern District of Illinois Eastern Division
Deposition Testimony

C.R. Bard v. M3 Systems
Civil Action No. 93 C-4788
Trial Testimony

Crocs, Inc. v. Effervescent, Inc. et al.
Civil Action No. 06-cv-00605-PAB-KMT
United States District Court for the District of Colorado
Deposition Testimony

Cuker Interactive, LLC v. Pillsbury Winthrop Shaw Pittman LLP
AAA Case No. 01-18-0001-5005
American Arbitration Association
Arbitration Testimony

Curtis Amplatz and Carina Royalty, LLC v. AGA Medical Corporation
Court File No. 27-CV-10-27664
State of Minnesota District Court, County of Hennepin, Fourth Judicial District
Trial Testimony

DaiNippon Screen Mfg., Co. Ltd. *et al*. v. Scitex Corp. Ltd. *et al.*
Case No. C 96-3296 FMS
United States District Court for the Northern District of California
Arbitration and Deposition Testimony

Dalmatia Import Group, Inc. and Maia MaGee v. Foodmatch, Inc., Lancaster Fine Foods, Inc. et al.
Case No. 2:16-cv-02767-EGS
United States District Court for the Eastern District of Pennsylvania
Trial and Deposition Testimony

35



Dana-Farber Cancer Institute, Inc. v. Bristol-Myers Squibb, Co., E.R. Squibb &
Sons, LLC and Ono Pharmaceutical Co. Ltd.
Civil Action No. 1:19-cv-11380
United States District Court for the District of Massachusetts
Deposition Testimony

Digital-Vending Services International, Inc. v. The University of Phoenix, Inc.
Civil Action No. 2:09-cv-00555
United States District Court for the Eastern District of Virginia
Deposition Testimony

Design Solange, Ltd., Inc. v. Lane Bryant, Inc.
Civil Action No. 94 CIV 1299 (JFK)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

Donald R. Cameron, et al. v. Apple Inc.
Civil Action No. 4:19-cv-03074-YGR
United States District Court for the Northern District of California
Deposition Testimony

DTS, Inc. and DTS Licensing Ltd. v. Nero AG and Nero Inc.
Case No. 2:14-cv-09791-RGK-PJW
United States District Court for the Central District of California
Deposition Testimony

Durel Corporation v. Osram Sylvania, Inc.
Civil Action No. 95-1750 PHx (EHC)
United States District Court for the District of Arizona
Trial and Deposition Testimony

Dynetix Design Solutions, Inc. v. Synopsys, Inc. and Does 1-50
Case No. 5:11-cv-05973-PSG
United States District Court for the Northern District of California
Deposition Testimony

Dyson, Inc. v. Bissell Homecare, Inc.
Case No. 10-cv-08126
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony

Edward K. Isbey, Jr. v. Cooper Companies, Inc.
Civil Action No. 89-CVS-3776
Supreme Court of North Carolina
Deposition Testimony

Ellison v. The Chicago Heart Association
Civil Action No. 92-K-706
Deposition Testimony

Emblaze Ltd. v. Apple Inc.
Civil Action No. 45:11-cv-01079-SBA (PSG)

36



United States District Court for the Northern District of California San Jose Division
Trial and Deposition Testimony

Energy Conversion Devices Liquidation Trust v. Ovonyx, Inc., Micron Technology Inc. and Intel Corporation et al.
Case No. 12-43166-TJT
United States Bankruptcy Court, Eastern District of Michigan Southern Division
Deposition Testimony

Enterasys Networks, Inc. v. Extreme Networks, Inc.
Civil Action No. 07-C-0229-C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Epic Games, Inc. v. Apple Inc.
Civil Action No. 4:20-cv-05640-YGR
United States District Court for the Northern District of California Oakland Division
Trial and Deposition Testimony

Errant Gene Therapeutics, LLC v. Sloan Kettering Institute for Cancer Research and Bluebird Bio Inc.
Index No. 150586/2017
Supreme Court of the State of New York
Trial and Deposition Testimony

Escada Beaute, et al. v. The Limited Inc. et al.
Civil Action No. 92-CIV-7530 (LLS)
United States District Court for the Southern District of New York
Trial and Deposition Testimony

Esquel Enterprises, Ltd., v. TAL Apparel Limited and TALTECH Limited
Civil Action No. C04-974Z
United States District Court for the Western District of Washington at Seattle
Deposition Testimony

EVEMeta, LLC v. Siemens Convergence Creators Corporation, Synacore, Inc.
Case No. 23139/MK
Supreme Court of New York for the County of New York
Deposition Testimony

Express, LLC v. Fetish Group, Inc.
Civil Action No. CV05-2931 SWV (JTLx)
United States District Court for the Central District of California Western Division
Deposition Testimony

Extreme Networks, Inc. v. Enterasys Networks, Inc.
Civil Action No. 07-C-0229-C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

37



Facebook, Inc. & Subsidiaries v. Commission of Internal Revenue
Docket No. 21959-16
U.S. Tax Court
Trial Testimony

Fairchild Semiconductor Corporation and System General Corporation v. Power
Integrations, Inc.
Civil Action No. 12-00540
United States District Court for the District of Delaware
Trial and Deposition Testimony

Faye Fish Estate et al. v. Beech Aircraft et al.
Civil Action No. 631333
Deposition Testimony

FidoPharm, Inc. & Omnipharm, Ltd. v. Cheminova, Inc. A/S
AAA Case No. 50 503 T 00266 12
American Arbitration Association
Hearing Testimony

First Quality Tissue, LLC v. Irving Consumer Products Limited and Irving
Consumer Products, Inc.
Case No. 1:19-cv-00428
United States District Court for the District of Delaware
Deposition Testimony

Footstar, Inc. et al v. Kmart Corporation
Chapter 11 Case No. 04-22350 (ASH)
United States Bankruptcy Court for the Southern District of New York
Deposition Testimony

Fortune Dynamic, Inc. v. Victoria's Secret Stores Brand Management, Inc.
Case No.: CV07-02-962
United States District Court for the Central District for the State of California
Deposition Testimony

Fractus, S.A. v. Samsung Electronics Co. Ltd.; et al (including LG Electronics,
Inc. and related parties)
Civil Action No. 6:09cv203
United States District Court for the Eastern District of Texas Tyler Division
Deposition Testimony

Fujitsu Ltd. v. Tellabs, Inc. et al.
Case No. 1:09-cv-04530
United States District Court for the Northern District of Illinois Eastern Division
Trial and Deposition Testimony

FXOne, LLC & Rosario Ingargiola v. Seabury Financial Solutions, et. al
JAMS New York, New York
Arbitration Hearing Testimony



General Mills, Inc. and General Mills IP Holdings II, LLC v. Fage Dairy
Industry, S.A., Fage USA Dairy Industry, Inc. and Fage USA Holdings, Inc.
United States District Court for the Northern District of New York
Deposition Testimony

Georgia-Pacific Corp. v. United States Gypsum Co. and L&W Supply Co.
Civil Action No. 94-989-RRM
United States District Court for the District of Delaware
Trial Testimony

Gibson Guitar Corp. v. Heritage Guitar, Inc. and Lasar Music Corp.
Civil Action No. 3-90-0009
Deposition Testimony

Gilberto Arvelo v. American International Insurance
Civil Action No. 93-1287
United States District Court for the District of Puerto Rico
Deposition Testimony

The Gillette Company LLC v. Dollar Shave Club, Inc., Dorco Company Ltd.,
and Pace Shave, Inc.
Case No. 1:15-CV-01158 (LPS)
United States District Court for the District of Delaware
Deposition Testimony

Google LLC v. Anthony Levandowski and Lior Ron
JAMS Ref No. 1100086069
Hearing and Deposition Testimony

Google LLC v. Sonos, Inc.
United States District Court for Northern District of California
Civil Action No. 3:20-cv-06754
Deposition Testimony

Government Employees Insurance Company v. Google, Inc. and Overture
Services, Inc.
United States District Court, Eastern District of Virginia, Alexandria Division
Civil Action No: 1:04cv507
Deposition Testimony

Group One v. Hallmark
Civil Action No. 97-1224-CV-W-1
United States District Court for the Western District of Missouri, Western
Division
Deposition Testimony

GSI Technology, Inc. v. United Memories, Inc., Integrated Silicon Solution, Inc.
Case No. 13-CV-1081-PSG
United States District Court for the Northern District of California, San Jose
Division
Trial and Deposition Testimony



Guardant Health, Inc. v. Natera, Inc.
Case No. 3:21-CV-04062-EMC
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

hiQ Labs, Inc. v. LinkedIn Corporation
Civil Action No. 3:17-cv-03301
United States District Court for the Northern District of California
Deposition Testimony

Hitachi, Ltd. v. Samsung Display Devices Co., Ltd. and Samsung Display
Devices Co., Inc. and Samsung Electronics Co., Ltd. and Samsung Electronics
America Inc. and Office Depot
Civil Action No. 97-1988-A
United States District Court for the Eastern District of Virginia
Deposition Testimony

Hoechst Celanese Corporation v. Chase Plastic Services and Kevin P. Chase
Civil Action No. 94-75361
United States District Court
Trial and Deposition Testimony

Hoechst Celanese Corporation v. Nylon Engineering Resins, Inc.
Civil Action No. 94-346-CIV-FTM-24D
United States District Court for the Middle District of Florida
Trial Testimony

Huawei Technologies Co. Ltd. v. Verizon Communications, Inc. et al.
Civil Action No. 2:20-cv-00030
United States District Court for the Eastern District of Texas Marshall Division
Trial and Deposition Testimony

ICON Health & Fitness, Inc. v. Peloton Interactive, Inc.
Case No. 1:20-cv-01386-RGA
United States District Court for the District of Delaware
Deposition Testimony

iHance, Inc. v. Eloqua Limited and Eloqua Corporation
Case No. 2;11-CV-257-MSD-TEM
United States District Court for the Eastern District of Virginia Norfolk Division
Deposition Testimony

Illumina, Inc. et. al v. Ariosa Diagnostics, Inc.
Case No 3:14-cv-01921-SI
United States District Court for the Northern District of California
Trial and Deposition Testimony

Immunocept, LLC, Patrice Anne Lee, and James Reese Matson v. Fullbright &
Jaworski, LLP
Cause No. A 05 CA 334 SS
United States District Court of Texas, Austin Division

40



Deposition Testimony

Impact Engine, Inc. v. Google LLC
Case No. 3:19-cv-01301-CAB-DEB
United States District Court for the Southern District of California
Deposition Testimony

In Re Apple iPhone Antitrust Litigation
Civil Action No. 4:11-cv-06714-YGR
United States District Court for the Northern District of California
Deposition Testimony

In Re Gabapentin Patent Litigation
MDL Docket No. 1384 (FSH)
Master Civil Action No. 00-2931 (FSH)
On behalf of Defendants Teva Pharmaceutical Industries Ltd. and IVAX
Corporation and related parties
United States District Court for the District of New Jersey
Deposition Testimony

In Re Nortel Networks Inc. et al. and
In the Matter of the Companies' Creditors Arrangement Act
Case No. 09-10138 (KG) and R.S.C. 1985, c. C-36
United States Bankruptcy Court for the District of Delaware and the Ontario
Superior Court of Justice
Trial and Deposition Testimony

In the Matter of Arbitration Between Open Text, Inc., Claimant, and State
Employee's Credit Union, Respondent
JAMS Arbitration No. 1400015026
Arbitration Testimony

In the Matter of Certain Botulinum Toxin Products, Processes for
Manufacturing or Relating to Same and Certain Products Containing Same
Investigation No. 337-TA-1145
On behalf of Allergan plc, Allergan, Inc. and Medytox Inc.
United States International Trade Commission
Hearing and Deposition Testimony

In the Matter of Certain Electronic Devices with Graphics Data Processing
Systems, Components Thereof, and Associated Software
Investigation No. 337-TA-813
On behalf of Respondent Apple Inc.
United States International Trade Commission
Deposition Testimony

In the Matter of Certain Pre-Filled Syringes for Intravitreal Injection and
Components Thereof
Investigation No. 337-TA-1207
United States International Trade Commission
Deposition Testimony



In the Matter of Certain Robotic Floor Cleaning Devices and Components
Thereof
Investigation No. 337-TA-1252
United States International Trade Commission
Hearing and Deposition Testimony

In the Matter of Certain Semiconductor Chips with Minimized Chip Package
Size and Products Containing Same (III)
Investigation No. 337-TA-630
On behalf of Respondents Acer, Nanya and Powerchip
United States International Trade Commission
Hearing and Deposition Testimony

In the Matter of Certain Short-Wavelength Light Emitting Diodes, Laser Diodes,
and Products Containing Same
Investigation No. 337-TA-640
On behalf of Respondent Panasonic
United States International Trade Commission
Deposition Testimony

In the Matter of Certain Wearable Activity Tracking Devices, Systems and
Components Thereof
Investigation No. 337-TA-973
On Behalf of Complainant Fitbit, Inc.
United States International Trade Commission
Deposition Testimony

In the Matter of Certain Wiper Blades
Investigation No. 337-TA-816
On behalf of Respondents
United States International Trade Commission
Hearing (written) and Deposition Testimony

Industrial Print Technologies, LLC v. O'Neil Data Systems, Inc. and Hewlett-
Packard Company et. al
Case No. 3:15-cv-01100-M, 01101-M, 01103-M, 01104-M and 01106-M
United States District Court for the Northern District of Texas Dallas Division
Deposition Testimony

InLine Connection, Corp v. AOL Time Warner, Inc. and American Online, Inc
Civil Action 02-272
United States District Court for the District of Delaware
Deposition Testimony

InLine Connection, Corp v. Earthlink, Inc.
Civil Action 02-477
United States District Court for the District of Delaware
Deposition Testimony

Innovention Toys, LLC v. MGA Entertainment, Inc., Wal-Mart Stores, Inc. and
Toys 'R Us, Inc.
Civil Action No. 07-6510



United States District Court for the Eastern District of Louisiana
Trial and Deposition Testimony

Intel Corporation v. Future Link Systems, LLC
Civil Action No. 14-377(LPS)
United States District Court for the District of Delaware
Deposition Testimony

InterDigital Technology Corporation v. Motorola, Inc.
Civil Action No. 94-73
United States District Court for the District of Delaware
Trial and Deposition Testimony

International Business Machines Corporation v. Groupon, Inc.
C.A. No. 16-122-LPS-CJB
United States District Court for the District of Delaware
Trial and Deposition Testimony

Invensas Corporation v. Renesas Electronics Corporation and Renesas
Electronics America, Inc.
Case No. 11-cv-00448-GMS
United States District Court for the District of Delaware
Deposition Testimony

Invention Capital Partners v. Phoenix Technologies Ltd., Marlin Equity
Partners, et. al
Case No: 113CV242491
Superior Court of the State of California County of Santa Clara
Deposition Testimony

Isogon Corporation v. Amdahl Corporation
Civil Action No. 97 CIV 6219 (SAS)
United States District Court for the Southern District of New York
Deposition Testimony

J.M. Voith GmbH v. Beloit Corp.
Civil Action No. 93C-0902C
United States District Court for the Western District of Wisconsin
Trial Testimony

J.M. Voith GmbH v. Beloit Corp.
Civil Action No. 93C-0905C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Jaguar Land Rover Limited v. Bentley Motors Limited and Bentley Motors, Inc.
Case No. 2:18-cv-320-MSD-LRL
United States District Court for the Eastern District of Virginia, Norfolk
Division
Deposition Testimony



Jamdat Mobile, Inc. v. JAMSTER International Sarl, Ltd; JAMBA! GMBH; and Verisign, Inc.
Civil Action No. CV05-3945 PA (FMOx)
Deposition Testimony

James Hayden v. 2K Games, Inc. and Take-Two Interactive Software, Inc.
Civil Action No. 1:17-cv-02636-CAB
United States District Court for the Northern District of Ohio Eastern Division
Deposition Testimony

Jenner & Block LLP v. Parallel Networks, LLC and EpicRealm Licensing LP
JAMS Arbitration No. 1310019934
Arbitration and Deposition Testimony

John W. Evans, et al. v. General Motors Corporation
Docket # X06-CV-94-0156090S
Superior Court of Connecticut Judicial District of Waterbury
Deposition Testimony

Joy Recovery Technology Corp. v. The Penn Central Corp. and Carol Cable Company, Inc., aka General Cable Industries, Inc.
Civil Action No. 93 C 0992
Deposition Testimony

K-Tube Corp. v. Sterling Stainless Tube Corp. et al.
Case No. CV 90 1653 JLQ (M)
Trial and Deposition Testimony

Kay-Cee Enterprises, Inc. v. Amoco Oil Company
Civil Action No. 97-2406 (JWL)
United States District Court for the District of Kansas
Trial and Deposition Testimony

Kennecott Corporation v. Kyocera International
Civil Action No. 80-0516 R (M)
United States District Court for the Southern District of California
Deposition Testimony

Keurig, Inc. v. Kraft Foods Global, Inc., Tassimo Corp., and Kraft Foods Inc.
C.A. No. 07-17 (GMS)
United States District Court for the District of Delaware
Deposition Testimony

Kimberly-Clark Corporation v. Cardinal Health 200, LLC
Civil Action No. 1:10 CV-0034-CAP
United States District Court Northern District of Georgia, Atlanta Division
Deposition Testimony

Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc. and Wake Forest University Health Services v. Bluesky Medical Group, Inc., Richard Weston, Medela AG, Medela, Inc., and Patient Care Systems, Inc.
Civil Action SA-03-CA-0832-RG

44



United States District Court Western District of Texas San Antonio Division
Trial and Deposition Testimony

Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc. and Wake Forest
University Health Services v. Bluesky Medical Group, Inc. and Smith &
Nephew, Inc.
Case No. SA:08-CV-00102-WRF
United States District Court Western District of Texas San Antonio Division
Preliminary Injunction Hearing, Trial and Deposition Testimony

Kinetic Concepts, Inc., KCI Licensing, Inc., KCI USA, Inc., KCI Medical
Resources, Medical Holdings Limited, KCI Manufacturing and Wake Forest
University Health Sciences v. Convatec, Inc., Boehringer Wound Systems, LLC
and Boehringer Technologies, LP
Civil Action No. 1:08-CV-00918-WO-LPA
United States District Court for the Middle District of North Carolina
Deposition Testimony

Kruse Technology Partnership v. Caterpillar, Inc.
Case No. CV 04-10435
United States District Court for the Central District of California
Deposition Testimony

Kuryakan Holdings LLC v. Ciro, LLC et al
Civ. No. 3:15-CV-00703
United States District Court for the Western District of Wisconsin
Deposition Testimony

Leo Pharma A/S v. Tolmar, Inc. et al.
United States District Court for District of Delaware
C.A. No. 10-269 (SLR)
Deposition Testimony

Lincoln Electric Company, et al. v. National Standard, LLC
No. 1:09-cv-01886-DCN
United States District Court of Ohio Eastern Division
Deposition Testimony

LNP Engineering Plastics, Inc. and Kawasaki Chemical Holding Co., Inc. v.
Miller Waste Mills, Inc. trading as RTP Company
Civil Action No. 96-462 (RRM)
United States District Court for the District of Delaware
Trial Testimony

Lotes Co. Ltd. v. Hon Hai Precision Industry Co. Ltd and Foxconn Electronics, Inc.
Civil Action No. 3:11-cv-01036-WHA
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

Lucent Technologies Inc. v. Extreme Networks, Inc.
Civil Action No. 03-508 (JJF)



United States District Court for the District of Delaware
Trial and Deposition Testimony

Lunar Corp. & The UAB Research Foundation v. EG&G Astrophysics Research Corp.
Civil Action No. 96-C-199-S
Trial Testimony

Match Group, LLC v. Bumble Trading Inc. et al.
Civil Action 6:18-cv-00080
United States District Court for the Western District of Texas Waco Division
Deposition Testimony

Matsushita Electric Industrial Co., Ltd. v. MediaTek, Inc., Oppo Digital., and
Micro-Star International Computer Corp.
Case No. C05-03148 MMC
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

McKinley v. Zdeb
Civil Action No. 99-S-1178
United States District Court for the District of Colorado
Fact Deposition Testimony

Medgraph, Inc. v. Medtronic, Inc.
Case No. 6:09-cv-06610-DGL-MWP
United States District Court for the Western District of New York
Rochester Division
Deposition Testimony

MedImpact Healthcare Systems, Inc. et al v. IQVIA, Inc. et al.
Case No. 3:19-cv-1865-GPC-DEB
United States District Court for the Southern District of California
Deposition Testimony

Medtronic Xomed, Inc. v. Gryus ENT LLC
Case No.: 3:04CV400-J-32 MCR
United States District Court for the Middle District of Florida
Jacksonville Division
Deposition Testimony

MEI, Inc. v. JCM American Corp & Japan Cash Machine Co. Ltd.
Civil Action No. 09-00351
United States District Court for the District of New Jersey
Deposition Testimony

Meribear Productions, Inc. v. Showroom Interiors, Inc. et. al.
Case No. VC065653
Superior Court of the State of California, County of Los Angeles
Deposition Testimony

Message Phone, Inc. v. SVI Systems, Inc. and Tharaldson Properties



Civil Action No. 379CV-1813H
Trial Testimony

MGA Entertainment, Inc. and Isaac Larian v. Hartford Insurance Company of
the Midwest, Harford Fire Insurance Company, The Hartford Financial Services
Group and Does 1 through 10.
Case No. CV 08-0457 DOC (RNBx)
United States District Court for the Central District of California Southern
Division
Deposition Testimony

Military Professional Services, Inc. v. BancOhio National Bank
Civil Action No. 91-5032
Deposition Testimony

Milwaukee Electric Tool Corporation, Metco Battery Technologies, LLC AC
(Macao Commercial Offshore) Limited and Techtronic Industries Co. Ltd. v.
Snap-On Incorporated
Case No. 2:14-cv-01296
United States District Court for the Eastern District of Wisconsin
Trial and Deposition Testimony

Minebea Co., Ltd., Precision Motors Deutsche Minebea GmbH, and Nippon
Miniature Bearing Corp. v. George Papst, Papst Licensing GmbH, and Papst
Licensing Verwaltungsgesellschaft MIT Beschrankter Haftung
Civil Action No. 97-CV-590 (PLF)
Trial and Deposition Testimony

Mitek Surgical Products, Inc. v. Arthrex, Inc.
Case No. 1:96CV 0087S
United States District Court for the District of Utah, Central Division
Deposition Testimony

Mitsubishi Electric Corp., Koninklijke Philips N.V., Thomson Licensing, GE
Technology Development, Inc. Panasonic Corporation and Sony Corporation v.
Sceptre, Inc.
Case No. 2:14-cv-04994-ODW-AJW
United States District Court for the Central District of California
Deposition Testimony

Money Suite Company v. Insurance Answer Center, LLC; Answer Financial,
Inc.; AllState Insurance Company; Esurance Insurance Services, Inc.
United States District Court Central District of California Southern Division
Deposition Testimony

Motorola, Inc. v. InterDigital Technology Corporation
Civil Action No. 93-488
United States District Court for the District of Delaware
Trial and Deposition Testimony

47



Motorola Solutions, Inc. and Motorola Solutions Malaysia SDN, BHD v. Hytera Communications Corporation Ltd., Hytera America, Inc. and Hytera Communications America (West), Inc.
Civil Action No. 1:17-cv-1973
United States District Court for the Northern District of Illinois Eastern Division
Trial and Deposition Testimony

Motorsport Aftermarket Group, Inc. v. Thomas Ellsworth
AAA Case No. 01-15-0006-1319
American Arbitration Association
Hearing Testimony

Natera, Inc. v. ArcherDx, Inc., ArcherDx, LLC and Invitae Corp.
Civil Action No. 20-125-LPS
United States District Court for the District of Delaware
Deposition Testimony

Nellcor Puritan Bennett, LLC v. CAS Medical Systems, Inc.
Case No. 2:11-CV-15697
United States District Court for the Eastern District of Michigan Southern Division
Deposition Testimony

Netlist, Inc. v. Diablo Technologies, Inc.
Civil Action No. 4:13-CV-05962-YGR
United States District Court for the Central District of California Oakland Division
Trial Testimony

Nomadix, Inc. v. Hewlett-Packard Company, et al.
Civil Action No. CV09-08441 DDP(VBKx)
United States District Court for the Central District of California Western Division
Deposition Testimony

Nomix Corporation v. Quikrete Companies, Inc.
Civil Action No. H88-463-AHN
Trial and Deposition Testimony

Optical Air Data Systems, LLC v. L-3 Communications Corporation et al.
Civil Action No. N17C-05-619
Superior Court of the State of Delware
Trial and Deposition Testimony

Oracle America, Inc. v. Google, Inc.
Case No. 3:10-CV-03561-WHA
United States District Court for the Northern District of California San Francisco Division
Deposition Testimony

Orthofix, Inc., et al v. EBI Medical Systems, Inc., et al.
Civil Action No. 95-6035 (SMO)



United States District Court for the District of New Jersey
Trial and Deposition Testimony

PACT XPP Schweiz AG et al. v. Intel Corporation
Civil Action No. 19-cv-01006-JDW
United States District Court for the District of Delaware
Deposition Testimony

Pharmacia & Upjohn Company, LLC v. Sicor Inc. and Sicor Pharmaceuticals, Inc.
Civil Action No. 04-833 (KAJ)
United States District Court for the District of Delaware
Deposition Testimony

Picker International, Inc. v. Mayo Foundation, et al.
Case No. 95-CV-2028
United States District Court for the Northern District of Ohio, Eastern Division
Trial and Deposition Testimony

Penda Corporation v. United States of America and Cadillac Products, Inc.
Case No. 473-89-C
United States Court of Federal Claims
Trial and Deposition Testimony

Peter Daou and James Boyce v. Arianna Huffington, Kenneth Lerer and
TheHuffingtonPost.com, Inc.
Index No. 651997/2010
Supreme Court of the State of New York, County of New York
Deposition Testimony

PlastiPak Packaging, Inc. v. Premium Waters Inc.
Case No. 3:20-cv-00098
United States District Court for the Western District of Wisconsin
Deposition Testimony

Plexxikon Inc. v. Novartis Pharmaceuticals Corporation
Case No. 4:17-cv-04405-HSG
United States District Court for the Northern District of California Oakland
Division
Trial Deposition Testimony

Power Integrations, Inc. v. Fairchild Semiconductor International, Inc., Fairchild
Semiconductor Corporation and System General Corporation
Case No. 3:09-cv-05235-MMC
United States District Court for the Northern District of California
Trial and Deposition Testimony

Powertech Technology, Inc. v. Tessera, Inc.
Case No. CV10-00945EMC
United States District Court for the Northern District of California
Deposition Testimony



Praxair, Inc. and Praxair Technology, Inc. v. ATMI, Inc. and Advanced Technology Materials, Inc.
Civil Action No. 03-1158-SLR
United States District Court District of Delaware
Deposition Testimony

Prism Technologies, LLC v. AT&T Mobility, LLC
Civil Action No. 8:12-cv-122-LES-TDT
United States District Court of Nebraska
Deposition Testimony

Prism Technologies, LLC v. T-Mobile USA, Inc.
Civil Action No. 8:12-cv-00124
United States District Court of Nebraska
Trial and Deposition Testimony

Prism Technologies, LLC v. Sprint Spectrum L.P. d/b/a/ Sprint PCS
Civil Action No. 8:12-cv-123-LES-TDT
United States District Court of Nebraska
Trial and Deposition Testimony

The Procter & Gamble Company v. Paragon Trade Brands, Inc.
Civil Action No. 94-16-LON
United States District Court for the District of Delaware
Trial and Deposition Testimony

Purecircle USA Inc. and Purecircle SDN BHD v. Sweegen, Inc. and Phyto Tech Corp.
Case No. 8:18-CV-1679 JVS (JDE)
United States District Court for Central District of California Southern Division
Deposition Testimony

QR Spex, Inc. and Thomas G. Swab v. Motorola, Inc. and Frog Design, Inc.
Civil Action No 03-6284 JFW (FMOx)
United States District Court for the Central District of California
Deposition Testimony

Qualcomm, Inc. v. InterDigital Communications Corporation
Case No. 93-1091G (LSP)
Deposition Testimony

Quickie, LLC v. Medtronic, Inc.
Civil Action No. 02 CV 1157 (GEL)
United States District Court for the Southern District of New York
Deposition Testimony

Radware, LTD, and Radware, Inc. v. F5 Networks, Inc.
Civil Action No. 5:13-cv-02024 RMW
United States District Court for the Southern District of California San Jose Division
Trial and Deposition Testimony



Regeneron Pharmaceuticals, Inc. v. Novartis Pharma AG et. Al
Case IPR2021-00816
United States Patent and Trademark Office Before the Patent Trial and Appeal Board
Deposition Testimony and Written Declaration

Remcor v. Scotsman/Booth
Civil Action No. 93 C 1822
United States District Court for the Northern District of Illinois, Eastern Division
Deposition Testimony

Remcor v. Servend
Civil Action No. 93 C 1823
United States District Court for the Northern District of Illinois, Eastern Division
Deposition Testimony

Rensselaer Polytechnic Institute and Dynamic Advances, LLC v. Apple Inc.
Case No 1:13-cv-00633 (DNH/DEP)
United States District Court for the Northern District of New York
Deposition Testimony

Research Corporation Technologies, Inc. v. Hewlett-Packard Company
Civil Action No. CIV 95-490-TUC-JMR
United States District Court for the District of Arizona
Deposition Testimony

Robert E. Morley, Jr. and REM Holdings 3, LLC v. Square, Inc., Jack Dorsey and James McKelvey, Jr.
No. 4:14-cv-00172-CDP
United States District Court for the Eastern District of Missouri
Deposition Testimony

Roche Diabetes Care, Inc. v. Insulet Corporation
Case No. 1:20-cv-00825
United States District Court for the District of Delaware
Deposition Testimony

Rommy Hunt Revson v. The Limited, Inc. et al.
Civil Action No. 90-3840 (MGC)
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Ameren Corporation; Union Electric Company; Central Illinois Public Service Company; Cilcorp, Inc.; Central Illinois Light Company
Case No. 07-4955 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. AOL, LLC, CompuServe Interactive Services and Netscape Communications Corporation



CV 07-2134 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Cablevision Systems Corporation et. al.
Case No. 2:07-ML-01816 / 02314 RGK-FFM
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Charter Communications, Inc.; Charter Communications Holding Company, LLC; Charter Communications Operating, LLC; and Charter Communications Entertainment I, LLC
CV 07-2134 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. CIGNA Corporation, CIGNA Health Corporation, CIGNA HealthCare of Delaware, Inc., Tel-Drug of Pennsylvania, LLC and Tel-Drug, Inc.
CV 07-2192 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Comcast Corporation, Sirius-XM Radio, Inc., et al.
NO. 2:07-ML-01816-C RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. DHL Holdings (USA) Inc., DHL Express (USA), Inc., and Sky Courier, Inc.
Case No. 07-ml-01816-B RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Fifth Third Bankcorp, Fifth Third Bank, Fifth Third Bank (Central Ohio)
Case No. 07-4960 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. Time Warner Cable Inc., Time Warner NY Cable LLC and Time Warner Entertainment Company, L.P.
CV 07-2134 RGK (FFMx)
United States District Court for the Central District of California
Deposition Testimony

Ronald A. Katz Technology Licensing, LP v. United States Cellular Corporation, TDS Telecommunications Corporation and TDS Metrocom, LLC
Case No.07-ML-01816-B-RGK (FFMX)
United States District Court for the Central District of California



Deposition Testimony

Rosetta Stone Ltd. v. Google Inc.
Civil Action No. 1:09 CV 736 GBL / JFA
United States District Court for the Eastern District of Virginia
Deposition Testimony

RWM Kinetic Enterprises, Inc. and Thomas J. Ring v. Kinetic Concepts, Inc.
and KCI Therapeutic Services, Inc.
Case No. SA-96-CA-603-OG
United States District Court for the Western District of Texas San Antonio
Division
Trial Testimony

Sanofi-Aventis U.S. LLC and Regeneron Pharmaceuticals, Inc. v. Genentech,
Inc. and City of Hope
Case No. 2:15-CV-05685
United States District Court for the Central District of California Western
Division
Deposition Testimony

Sanyo Electric Co., Ltd. v. Intel Corporation
Civil Action No. 2018-0723-MTZ
Court of Chancery of the State of Delaware
Deposition Testimony

Saxon Innovations, LLC v. Nokia Corp, et al. (including Samsung Electronics,
Co. and related parties)
Civil Action No. 6:07-cv-490-LED-JDL
United States District Court for the Eastern District of Texas Tyler Division
Deposition Testimony

SecurityPoint Holdings, Inc. v. The United States
Case No. 1:11-cv-00268-EGB
In the United States Federal Court of Claims
Deposition and Trial Testimony

Semiconductor Energy Laboratory Co., Ltd. v. Samsung Electronics Co., Ltd.,
S-LCD Corporation, Samsung Electronics America, Inc. Samsung
Telecommunications America, LLC
Civil Action No. 3:09-cv-00001
United States District Court for the Western District of Wisconsin
Deposition Testimony

Selex Galileo, Inc. v. Nomir Medical Technologies, Inc.
Case No. 01-17-0003-0930
American Arbitration Association
Hearing Testimony

Seven Networks, LLC v. Apple Inc.
Civil Action No. 2:19-cv-115-JRG
United States District Court for the Western District of Texas Marshall Division



Deposition Testimony

Shuffle Tech International, LLC and Aces Up Gaming, Inc. and Poydras-Talrick Holdings, LLC v. Scientific Games Corporation and Bally Technologies, Inc. (d/b/a SHFL Entertainment or Shuffle Master) and Bally Gaming, Inc.
Civil Action No. 1:15-cv-3702
United States District Court for the Northern District of Illinois Eastern Division
Trial and Deposition Testimony

Silicon Image, Inc. v. Analogix Semiconductor, Inc.
Case No. C 07-00635 JCS
United States District Court for the Northern District of California, San Francisco Division
Deposition Testimony

Site Microsurgical Systems v. The Cooper Companies
Civil Action S92-766
Deposition Testimony

Slot Speaker Technologies, Inc. v. Apple Inc.
Case No. 4:13-cv-01161-HSG
United States District Court Northern District of California Oakland Division
Deposition Testimony

SmartPhone Technologies, LLC v. Research In Motion Corp. et. al (on behalf LG Electronics, Inc. and LG Electronics USA, Inc.)
Civil Action No. 6:10cv74-LED
United States District Court Eastern District of Texas Tyler Division
Deposition Testimony

St. Clair Intellectual Property Consultants v. Fuji Photo Film Co., Ltd., Fuji Photo Film U.S.A., Inc., Fujifilm America, Inc., et al.
Civil Action No. 03-241 JJF
United States District Court for the District of Delaware
Trial and Deposition Testimony

Steven E. Berkheimer v. Hewlett-Packard Company
Case No. 1:12-cv-09023
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony

STMicroelectronics, Inc. v. SanDisk Corp.
C.A. No. 4:05CV44
United States District Court of Texas Sherman Division
Deposition Testimony

STMicroelectronics, Inc. v. SanDisk Corp.
C.A. No. 4:05CV45
United States District Court of Texas Sherman Division
Deposition Testimony



Sunoco Partners Marketing & Terminals L.P. v. U.S. Venture, Inc., U.S. Oil, and Technics, Inc.
Civil Action No. 4:19-cv-01145
United States District Court for the Southern District of Texas Houston Division
Trial and Deposition Testimony

Sunoco Partners Marketing & Terminals L.P. v. U.S. Venture, Inc., U.S. Oil, and Technics, Inc.
Civil Action No. 1:15-CV-8178
United States District Court for the Northern District of Illinois Eastern Division
Deposition Testimony

Synopsys, Inc. v. Ubiquiti Networks, Inc. et al.
Civil Action No. 3:17-cv-00561-WHO
United States District Court for the Northern District of California
Deposition Testimony

Takata Corp. v. Allied Signal, Inc. and Breed Technologies, Inc.
Civil Action CV-95-1750
Deposition Testimony

Technol Medical Products, Inc., et al v. Robert Busse & Co., Inc.
Civil Action No. 3:94-CV-2284-X
Deposition Testimony

Tekmira Pharmaceuticals Corporation and Protiva Pharmaceuticals, Inc. v. Alnylam Pharmaceuticals, Inc. and AlCana Technologies, Inc.
Civil Action No. 11-1010-BLS2
Massachusetts Superior Court for Suffolk County
Deposition Testimony

Tessera, Inc. v. Advanced Micro Devices, Inc. et al.
Case No. 4:05-cv-04063-CW
United States District Court for Northern District of California Oakland Division
Deposition Testimony

Tessera, Inc. v. UTAC (Taiwan) Corporation
Case No.: 5:10-cv-04435-EJD
United States District Court for Northern District of California San Jose Division
Deposition Testimony

Therma-Tru Corporation v. Caradon Peachtree, Inc.
Civil Action No. 95-CV-75534-DT
Deposition Testimony

Toro Company v. MTD Products Inc., MTD Consumer Group Inc., and Cub Cadet LLC
Civil Action No 10-cv-007-JNE-TNL
United States District Court for the District of Minnesota
Deposition Testimony

55



Ultratec, Inc. and CapTel, Inc. v. Sorenson Communications, Inc. and
CaptionCall, LLC
Case No.: 3:14-cv-66-BBC
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Unwired Planet, LLC v. Apple, Inc.
Case No. 3:13-cv-4134-VC
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

U.S.A. Dawgs, Inc. et al. v. Ronald Synder, et al.
Civil Action No. 16-cv-02004-PAB-KMT
United States District Court for the District of Colorado
Deposition Testimony

Valmet Paper Machinery, Inc. and Valmet-Charlotte, Inc. v. Beloit Corporation
Civil Action No. 93-C-587-C
United States District Court for the Western District of Wisconsin
Trial and Deposition Testimony

Verinata Health, Inc. and the Board of Trustees of the Leland Stanford Junior
University v. Sequenom, Inc. and Sequenom Center for Molecular Medicine, LLC.
Case No. 3:12-cv-00865-SI
Deposition Testimony

Verinata Health, Inc. v. Ariosa Diagnostics, Inc.
Case No. 3:12-cv-055501-SI
United States District Court for the Northern District of California
Trial and Deposition Testimony

Viacom International Inc. v. MGA Entertainment, Inc.
Case No.: 2:15-cv-09621-R (Ex)
United States District Court for the Central District of California
Deposition Testimony

VimpelCom Ltd. v. Orascom TMT Investments S.a.r.l.
London Court of International Arbitration
Arbitration No: 153077
Hearing Testimony

Volterra Semiconductor Corporation v. Primarion, Inc., Infineon Technologies
AG and Infineon Technologies North America Corporation
Case No. C 08-05129 CRB
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

Wang Laboratories, Inc. v. America Online, Inc. and Netscape Communications
Corporation
Civil Action No. 97-1628-A



United States District Court for the Eastern District of Virginia
Deposition Testimony

Wang Laboratories, Inc. v. FileNet Corporation
Civil Action No. 94-12141-RCL
Deposition Testimony

Waukesha Cherry-Burrell v. Wrightech Corporation
Civil Action No. 96-CV-00384
Deposition Testimony

Waymo LLC v. Uber Technologies, Inc., Ottomotto LLC and Otto Trucking LLC
Case No. 3:17-cv-00939-WHA
United States District Court for the Northern District of California San
Francisco Division
Deposition Testimony

Whirlpool Corporation v. Drinker Biddle & Reath LLP et. al.
Case No. 2015-L-007631
Circuit Court of Cook County, Illinois
Trial and Deposition Testimony

Zenith Electronics LLC, Panasonic Corporation, U.S., Philips Corporation, and
the Trustees of Columbia University in the City of New York v. Sceptre, Inc.
Case No. 9:13-CV-80567
United States District Court for the Central District of California
Deposition Testimony

Zenith Electronics LLC v. Vizio, Inc.; Westinghouse Digital Electronics LLC, et al.
No. 5:06CV246-DF
United States District Court for the Eastern District of Texas
Texarkana Division
Deposition Testimony

ZiiLabs Inc., Ltd. v. Samsung Electronics Co. Ltd (and related Samsung parties)
and Apple Inc.
Case No. 2:14-cv-00203
United States District Court for the Eastern District of Texas Marshall Division
Deposition Testimony

In the Matter of Certain Robotic Floor Cleaning Devices and Components
Thereof
Case No. 337-TA-1252
On behalf of the Respondents SharkNinja Operating LLC, SharkNinja
Management LLC, SharkNinja Management Company, SharkNinja Sales
Company, SharkNinja Hong Kong Co. Ltd., and EP Midco LLC
United States International Trade Commission
Deposition Testimony

**PATENTS**

Inventor, United States Patent No. 5,752,186, Access Free Wireless Telephony Fulfillment Service System, May 12, 1998.

Inventor, United States Patent No. 5,867,780, Access Free Wireless Telephony Fulfillment Service System, February 2, 1999.

Inventor, United States Patent No. 6.397,057, System and Method of Providing Advertising Information to a Subscriber Through a Wireless Device, May 28, 2002.

Inventor, United States Patent No. 6,411,803, System and Method of Providing Service Information to a Subscriber Through a Wireless Device, June 25, 2002.

Inventor, United States Patent No. 6,769,767, Eyewear with Exchangeable Temples Housing a Transceiver Forming Ad Hoc Networks with Other Devices, August 3, 2004.

Inventor, United States Patent No. 6,839,556, System and Method of Providing Information to a Subscriber through a Wireless Device, January 4, 2005.

Inventor, United States Patent No. 6,911,172, Method of Manufacturing Eyewear, June 28, 2005.

Inventor, United States Patent No. 6,929,365, Eyewear with Exchangeable Temples Housing Bluetooth Enable Apparatus, August 16, 2005.

Inventor, United States Patent No. 7,181,200, Method of Providing Information to a Telephony Subscriber, February 20, 2007.

Inventor, United States Patent No. 7,353,202, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, April 1, 2008.

Inventor, United States Patent No. 7,769,685, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, August 3, 2010.

Inventor, United States Patent No. 7,813,716, Method of Providing Information to a Telephony Subscriber, October 12, 2010.

Inventor, United States Patent No. 7,885,897, Intellectual Property Trading Exchange and a Method for Trading Intellectual Property Rights, February 8, 2011.

Inventor, United States Patent No. 7,930,231, System and Method of Risk Minimization and Enhanced Returns In An Intellectual Capital Based Venture Investment, April 19, 2011.

Inventor, United States Patent No. 7,987,142, Intellectual Property Trading Exchange, July 26, 2011.



Inventor, United States Patent No. 8,041,341, System of Providing Information to a Telephony Subscriber, October 18, 2011.

Inventor, United States Patent No. 8,180,711, Intellectual Property Trading Exchange, May 15, 2012.

Inventor, United States Patent No. 8,255,932, System and Method for Managing Intellectual Property-Based Risks, January 15, 2013.

Inventor, United States Patent No. 8,515,851, Method and System for Generating an Index of Securities, August 20, 2013.

Inventor, United States Patent No. 8,554,687, Intellectual Property Trading Exchange and a Method for Trading Intellectual Property Rights, October 8, 2013.

Inventor, United States Patent No. 8,694,419, Methods and Systems for Utilizing Intellectual Property Assets and Rights, April 8, 2014.

Inventor, United States Patent No. 8,787,878, System of Providing Information to a Telephony Subscriber, July 22, 2014.

Inventor, United States Patent No. 8,831,985, Financial Instrument Based on Content and Methods for Valuation, September 9, 2014.

Inventor, United States Patent No. 8,880,031, System of Providing Information to a Telephony Subscriber, November 4, 2014.

Inventor, United States Patent No. 9,058,628, Marketplace for Trading Intangible Asset Derivatives and a Method for Trading Intangible Asset Derivatives, June 16, 2015.

Inventor, United States Patent No. 9,244,292, Eyewear with Exchangeable Temples Housing A Radio Frequency, January 26, 2016.

---

**CONTACT**    James E. Malackowski
Co-founder and Senior Managing Director
Ocean Tomo, LLC, a part of J.S. Held
Miami, Florida

312-327-4410 Direct
jmalackowski@oceantomo.com

59

# APPENDIX 1

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH*
**SUMMARY OF PREJUDGMENT INTEREST BY SCENARIO**
Appendix 1.0

|  | Interest Rate | Compounding Period | Prejudgment Interest |
|---|---|---|---|
| [1] Scenario A | Prime | Quarterly | $ 4,341,761 |
| [2] Scenario B | Prime | Annual | $ 4,271,582 |
| [3] Scenario C | T-Bill | Quarterly | $ 1,309,245 |
| [4] Scenario D | T-Bill | Annual | $ 1,300,538 |

**Notes:**
[1] Appendix 2.0.
[2] Appendix 3.0.
[3] Appendix 4.0.
[4] Appendix 5.0.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# APPENDIX 2

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH*
**CALCULATION OF PREJUDGMENT INTEREST - SCENARIO A (PRIME RATE, QUARTERLY COMPOUNDING)**
Appendix 2.0

| | | Interest Begins | 2/1/2018 |
| | | Interest Ends | 9/30/2022 |

| | Feb - Mar 2018 | Apr - Jun 2018 | Jul - Sep 2018 | Oct - Dec 2018 | Jan - Mar 2019 |
|---|---|---|---|---|---|
| [1] Beginning Balance | $ 20,000,000 | $ 20,151,333 | $ 20,392,981 | $ 20,648,403 | $ 20,921,134 |
| [2] Interest Rate | 0.76% | 1.20% | 1.25% | 1.32% | 1.38% |
| Interest | $ 151,333 | $ 241,648 | $ 255,422 | $ 272,731 | $ 287,666 |
| **Ending Balance** | $ **20,151,333** | $ **20,392,981** | $ **20,648,403** | $ **20,921,134** | $ **21,208,800** |

| | Apr - Jun 2019 | Jul - Sep 2019 | Oct - Dec 2019 | Jan - Mar 2020 | Apr - Jun 2020 |
|---|---|---|---|---|---|
| [1] Beginning Balance | $ 21,208,800 | $ 21,500,421 | $ 21,785,302 | $ 22,048,359 | $ 22,292,361 |
| [2] Interest Rate | 1.38% | 1.33% | 1.21% | 1.11% | 0.81% |
| Interest | $ 291,621 | $ 284,881 | $ 263,058 | $ 244,002 | $ 181,125 |
| **Ending Balance** | $ **21,500,421** | $ **21,785,302** | $ **22,048,359** | $ **22,292,361** | $ **22,473,486** |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH*
**CALCULATION OF PREJUDGMENT INTEREST - SCENARIO A (PRIME RATE, QUARTERLY COMPOUNDING)**
Appendix 2.0

| | Jul - Sep 2020 | Oct - Dec 2020 | Jan - Mar 2021 | Apr - Jun 2021 | Jul - Sep 2021 |
|---|---|---|---|---|---|
| [1] Beginning Balance | $ 22,473,486 | $ 22,656,084 | $ 22,840,164 | $ 23,025,741 | $ 23,212,825 |
| [2] Interest Rate | 0.81% | 0.81% | 0.81% | 0.81% | 0.81% |
| Interest | $ 182,597 | $ 184,081 | $ 185,576 | $ 187,084 | $ 188,604 |
| **Ending Balance** | **$ 22,656,084** | **$ 22,840,164** | **$ 23,025,741** | **$ 23,212,825** | **$ 23,401,429** |

| | Oct - Dec 2021 | Jan - Mar 2022 | Apr - Jun 2022 | Jul - Sep 2022 |
|---|---|---|---|---|
| [1] Beginning Balance | $ 23,401,429 | $ 23,591,566 | $ 23,785,606 | $ 24,019,894 |
| [2] Interest Rate | 0.81% | 0.82% | 0.99% | 1.34% |
| Interest | $ 190,137 | $ 194,041 | $ 234,288 | $ 321,867 |
| **Ending Balance** | **$ 23,591,566** | **$ 23,785,606** | **$ 24,019,894** | **$ 24,341,761** |

| | | |
|---|---|---|
| **Total Prejudgment Interest** | **$ 4,341,761** | |

**Notes:**

[1] Judgment, September 30, 2022, p. 2.  The $20 million award is assumed to have been paid on February 1, 2018.

[2] Appendix 6.0.  The reported annual prime rates were adjusted to reflect the partial period of interest.  Calculated as (average annual prime rate of period * # of months in period / 12).

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# APPENDIX 3

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH*
**CALCULATION OF PREJUDGMENT INTEREST - SCENARIO B (PRIME RATE, ANNUAL COMPOUNDING)**
Appendix 3.0

| | Interest Begins | 2/1/2018 |
|---|---|---|
| | Interest Ends | 9/30/2022 |

| | Feb - Dec 2018 | 2019 | 2020 | 2021 | Jan - Sep 2022 |
|---|---|---|---|---|---|
| [1] Beginning Balance | $ 20,000,000 | $ 20,905,833 | $ 22,010,184 | $ 22,790,262 | $ 23,530,945 |
| [2] Interest Rate | 4.53% | 5.28% | 3.54% | 3.25% | 3.15% |
| Interest | $ 905,833 | $ 1,104,351 | $ 780,078 | $ 740,684 | $ 740,636 |
| **Ending Balance** | **$ 20,905,833** | **$ 22,010,184** | **$ 22,790,262** | **$ 23,530,945** | **$ 24,271,582** |
| **Total Prejudgment Interest** | **$ 4,271,582** | | | | |

**Notes:**

[1] Judgment, September 30, 2022, p. 2.  The $20 million award is assumed to have been paid on February 1, 2018.

[2] Appendix 6.0. When necessary, the reported annual prime rates were adjusted to reflect the partial period of interest.  Calculated as (average annual prime rate of period * # of months in period / 12).

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# APPENDIX 4

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH*
**CALCULATION OF PREJUDGMENT INTEREST - SCENARIO C (T-BILL RATE, QUARTERLY COMPOUNDING)**
Appendix 4.0

| | Interest Begins | 2/1/2018 |
|---|---|---|
| | Interest Ends | 9/30/2022 |

| | Feb - Mar 2018 | Apr - Jun 2018 | Jul - Sep 2018 | Oct - Dec 2018 | Jan - Mar 2019 |
|---|---|---|---|---|---|
| [1] Beginning Balance | $ 20,000,000 | $ 20,067,000 | $ 20,179,877 | $ 20,304,319 | $ 20,439,851 |
| [2] Interest Rate | 0.34% | 0.56% | 0.62% | 0.67% | 0.64% |
| Interest | $ 67,000 | $ 112,877 | $ 124,443 | $ 135,531 | $ 129,793 |
| **Ending Balance** | **$ 20,067,000** | **$ 20,179,877** | **$ 20,304,319** | **$ 20,439,851** | **$ 20,569,644** |

| | Apr - Jun 2019 | Jul - Sep 2019 | Oct - Dec 2019 | Jan - Mar 2020 | Apr - Jun 2020 |
|---|---|---|---|---|---|
| [1] Beginning Balance | $ 20,569,644 | $ 20,685,519 | $ 20,780,845 | $ 20,862,756 | $ 20,919,607 |
| [2] Interest Rate | 0.56% | 0.46% | 0.39% | 0.27% | 0.04% |
| Interest | $ 115,876 | $ 95,326 | $ 81,911 | $ 56,851 | $ 9,065 |
| **Ending Balance** | **$ 20,685,519** | **$ 20,780,845** | **$ 20,862,756** | **$ 20,919,607** | **$ 20,928,673** |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH*

**CALCULATION OF PREJUDGMENT INTEREST - SCENARIO C (T-BILL RATE, QUARTERLY COMPOUNDING)**

Appendix 4.0

|  | Jul - Sep 2020 | Oct - Dec 2020 | Jan - Mar 2021 | Apr - Jun 2021 | Jul - Sep 2021 |
|---|---|---|---|---|---|
| [1] Beginning Balance | $ 20,928,673 | $ 20,935,823 | $ 20,941,930 | $ 20,946,292 | $ 20,949,434 |
| [2] Interest Rate | 0.03% | 0.03% | 0.02% | 0.02% | 0.02% |
| Interest | $ 7,151 | $ 6,106 | $ 4,363 | $ 3,142 | $ 4,015 |
| **Ending Balance** | **$ 20,935,823** | **$ 20,941,930** | **$ 20,946,292** | **$ 20,949,434** | **$ 20,953,450** |

|  | Oct - Dec 2021 | Jan - Mar 2022 | Apr - Jun 2022 | Jul - Sep 2022 |
|---|---|---|---|---|
| [1] Beginning Balance | $ 20,953,450 | $ 20,963,752 | $ 21,014,239 | $ 21,129,818 |
| [2] Interest Rate | 0.05% | 0.24% | 0.55% | 0.85% |
| Interest | $ 10,302 | $ 50,488 | $ 115,578 | $ 179,427 |
| **Ending Balance** | **$ 20,963,752** | **$ 21,014,239** | **$ 21,129,818** | **$ 21,309,245** |

| **Total Prejudgment Interest** | $ 1,309,245 |
|---|---|

**Notes:**

[1] Judgment, September 30, 2022, p. 2.  The $20 million award is assumed to have been paid on February 1, 2018.

[2] Appendix 7.0.  The reported annual T-bill rates were adjusted to reflect the partial period of interest.  Calculated as (average annual T-bill rate of period * # of months in period / 12).

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# APPENDIX 5

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH*
**CALCULATION OF PREJUDGMENT INTEREST - SCENARIO D (T-BILL RATE, ANNUAL COMPOUNDING)**
Appendix 5.0

| | **Interest Begins** | 2/1/2018 |
| --- | --- | --- |
| | **Interest Ends** | 9/30/2022 |

| | Feb - Dec 2018 | 2019 | 2020 | 2021 | Jan - Sep 2022 |
| --- | --- | --- | --- | --- | --- |
| [1] Beginning Balance | $ 20,000,000 | $ 20,436,333 | $ 20,855,959 | $ 20,935,038 | $ 20,956,846 |
| [2] Interest Rate | 2.18% | 2.05% | 0.38% | 0.10% | 1.64% |
| Interest | $ 436,333 | $ 419,626 | $ 79,079 | $ 21,807 | $ 343,692 |
| **Ending Balance** | **$ 20,436,333** | **$ 20,855,959** | **$ 20,935,038** | **$ 20,956,846** | **$ 21,300,538** |

| **Total Prejudgment Interest** | **$ 1,300,538** |
| --- | --- |

**Notes:**

[1] Judgment, September 30, 2022, p. 2.  The $20 million award is assumed to have been paid on February 1, 2018.

[2] Appendix 7.0. When necessary, the reported annual T-bill rates were adjusted to reflect the partial period of interest.  Calculated as (average annual T-bill rate of period * # of months in period / 12).

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# APPENDIX 6

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH*
**CALCULATION OF AVERAGE ANNUAL PRIME RATE BY PERIOD**
Appendix 6.0

| Period | Avg Annual Prime Rate [1] | Period | Avg Annual Prime Rate [1] |
|---|---|---|---|
| Feb - Mar 2018 | 4.54% | Q1 2021 | 3.25% |
| Q2 2018 | 4.80% | Q2 2021 | 3.25% |
| Q3 2018 | 5.01% | Q3 2021 | 3.25% |
| Q4 2018 | 5.28% | Q4 2021 | 3.25% |
| **2018 (Feb - Dec)** | **4.94%** | **2021 (Jan - Dec)** | **3.25%** |
| Q1 2019 | 5.50% | Q1 2022 | 3.29% |
| Q2 2019 | 5.50% | Q2 2022 | 3.94% |
| Q3 2019 | 5.30% | Q3 2022 | 5.36% |
| Q4 2019 | 4.83% | | |
| **2019 (Jan - Dec)** | **5.28%** | **2022 (Jan - Sep)** | **4.20%** |
| Q1 2020 | 4.43% | | |
| Q2 2020 | 3.25% | | |
| Q3 2020 | 3.25% | | |
| Q4 2020 | 3.25% | | |
| **2020 (Jan - Dec)** | **3.54%** | | |

**Notes:**

[1] Appendix 6.1

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH*
**SUMMARY OF AVERAGE ANNUAL PRIME RATE BY YEAR [1]**
Appendix 6.1

| | 2018 | | 2019 | | 2020 | | 2021 | | 2022 |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Month** | **Rate (%)** | **Date** | **Rate (%)** | **Date** | **Rate (%)** | **Date** | **Rate (%)** | **Date** | **Rate (%)** |
| | | Jan | 5.50 | Jan | 4.75 | Jan | 3.25 | Jan | 3.25 |
| Feb | 4.50 | Feb | 5.50 | Feb | 4.75 | Feb | 3.25 | Feb | 3.25 |
| Mar | 4.58 | Mar | 5.50 | Mar | 3.78 | Mar | 3.25 | Mar | 3.37 |
| Apr | 4.75 | Apr | 5.50 | Apr | 3.25 | Apr | 3.25 | Apr | 3.50 |
| May | 4.75 | May | 5.50 | May | 3.25 | May | 3.25 | May | 3.94 |
| Jun | 4.89 | Jun | 5.50 | Jun | 3.25 | Jun | 3.25 | Jun | 4.38 |
| Jul | 5.00 | Jul | 5.50 | Jul | 3.25 | Jul | 3.25 | Jul | 4.85 |
| Aug | 5.00 | Aug | 5.25 | Aug | 3.25 | Aug | 3.25 | Aug | 5.50 |
| Sep | 5.03 | Sep | 5.15 | Sep | 3.25 | Sep | 3.25 | Sep | 5.73 |
| Oct | 5.25 | Oct | 4.99 | Oct | 3.25 | Oct | 3.25 | | |
| Nov | 5.25 | Nov | 4.75 | Nov | 3.25 | Nov | 3.25 | | |
| Dec | 5.35 | Dec | 4.75 | Dec | 3.25 | Dec | 3.25 | | |
| **Average Annual Prime Rate** | **4.94%** | | **5.28%** | | **3.54%** | | **3.25%** | | **4.20%** |

**Notes:**

[1] Historical Data, *The Federal Reserve* , http://www.federalreserve.gov/releases/h15/data.htm.  Data summarized corresponds to [Instrument: Bank prime loan, Frequency: Monthly].

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# APPENDIX 7

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH*
**CALCULATION OF AVERAGE ANNUAL T-BILL RATE BY PERIOD**
Appendix 7.0

| Period | Avg Annual T-bill Rate [1] | Period | Avg Annual T-bill Rate [1] |
|---|---|---|---|
| Feb - Mar 2018 | 2.01% | Q1 2021 | 0.08% |
| Q2 2018 | 2.25% | Q2 2021 | 0.06% |
| Q3 2018 | 2.47% | Q3 2021 | 0.08% |
| Q4 2018 | 2.67% | Q4 2021 | 0.20% |
| **2018 (Feb - Dec)** | **2.38%** | **2021 (Jan - Dec)** | **0.10%** |
| Q1 2019 | 2.54% | Q1 2022 | 0.96% |
| Q2 2019 | 2.25% | Q2 2022 | 2.20% |
| Q3 2019 | 1.84% | Q3 2022 | 3.40% |
| Q4 2019 | 1.58% | | |
| **2019 (Jan - Dec)** | **2.05%** | **2022 (Jan - Sep)** | **2.19%** |
| Q1 2020 | 1.09% | | |
| Q2 2020 | 0.17% | | |
| Q3 2020 | 0.14% | | |
| Q4 2020 | 0.12% | | |
| **2020 (Jan - Dec)** | **0.38%** | | |

**Notes:**

[1] Appendix 7.1

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH*
**SUMMARY OF AVERAGE ANNUAL T-BILL RATE BY YEAR [1]**
Appendix 7.1

| Feb - Dec 2018 | | 2019 | | 2020 | | 2021 | | Jan - Sep 2022 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| **Month** | **Rate (%)** | **Date** | **Rate (%)** | **Date** | **Rate (%)** | **Date** | **Rate (%)** | **Date** | **Rate (%)** |
| | | Jan | 2.58 | Jan | 1.53 | Jan | 0.10 | Jan | 0.55 |
| Feb | 1.96 | Feb | 2.55 | Feb | 1.41 | Feb | 0.07 | Feb | 1.00 |
| Mar | 2.06 | Mar | 2.49 | Mar | 0.33 | Mar | 0.08 | Mar | 1.34 |
| Apr | 2.15 | Apr | 2.42 | Apr | 0.18 | Apr | 0.06 | Apr | 1.89 |
| May | 2.27 | May | 2.34 | May | 0.16 | May | 0.05 | May | 2.06 |
| Jun | 2.33 | Jun | 2.00 | Jun | 0.18 | Jun | 0.07 | Jun | 2.65 |
| Jul | 2.39 | Jul | 1.96 | Jul | 0.15 | Jul | 0.08 | Jul | 3.02 |
| Aug | 2.45 | Aug | 1.77 | Aug | 0.13 | Aug | 0.07 | Aug | 3.28 |
| Sep | 2.56 | Sep | 1.80 | Sep | 0.13 | Sep | 0.08 | Sep | 3.89 |
| Oct | 2.65 | Oct | 1.61 | Oct | 0.13 | Oct | 0.11 | | |
| Nov | 2.70 | Nov | 1.57 | Nov | 0.12 | Nov | 0.18 | | |
| Dec | 2.66 | Dec | 1.55 | Dec | 0.10 | Dec | 0.30 | | |
| **Average Annual T-Bill Rate** | **2.38%** | | **2.05%** | | **0.38%** | | **0.10%** | | **2.19%** |

**Notes:**

[1] Historical Data, *The Federal Reserve*, http://www.federalreserve.gov/releases/h15/data.htm. Data summarized corresponds to [Instrument: U.S. government securities > Treasury constant maturities > Nominal > 1-year, Frequency: Monthly].

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

# APPENDIX 8

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH*
**SUMMARY OF COMET HOLDING AG BALANCE SHEETS 2018-2020 (IN USD THOUSANDS) [1] [2]**
Appendix 8.0

| (in thousands of USD) | Year End | | | | Average |
| --- | --- | --- | --- | --- | --- |
| | **2018** | **2019** | **2020** | **2021** | |
| **Assets** | | | | | |
| **Current Assets** | | | | | |
| Cash and cash Equivalents | $ 43,662 | $ 62,247 | $ 84,672 | $ 126,404 | $ **79,246** |
| Trade and other receivables | 64,917 | 64,697 | 70,050 | 88,367 | **72,008** |
| Other financial assets | 26 | 280 | 447 | 146 | **225** |
| Other assets | - | - | 1,609 | 1,961 | **892** |
| Tax receivables | 2,937 | 629 | 1,324 | 2,858 | **1,937** |
| Inventories | 92,477 | 88,000 | 106,789 | 108,608 | **98,969** |
| Prepaid Expenses | 5,187 | 8,570 | 5,299 | 4,671 | **5,932** |
| **Total Current Assets** | $ **209,206** | $ **224,424** | $ **270,190** | $ **333,013** | $ **259,208** |
| | | | | | |
| **Non-Current Assets** | | | | | |
| Property, plant and equipment | $ 115,321 | $ 119,527 | $ 127,697 | $ 122,213 | $ **121,190** |
| Right-of-Use Assets | - | 12,068 | 23,367 | 20,559 | **13,999** |
| Intangible Assets | 41,449 | 39,585 | 49,730 | 44,887 | **43,913** |
| Financial Assets | 212 | 379 | 3,638 | 3,416 | **1,911** |
| Deferred Tax Assets | 7,171 | 8,675 | 12,078 | 12,470 | **10,098** |
| **Total Non-Current Assets** | $ **164,152** | $ **180,233** | $ **216,511** | $ **203,546** | $ **191,111** |
| | | | | | |
| **Total Assets** | $ **373,358** | $ **404,657** | $ **486,702** | $ **536,559** | $ **450,319** |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH*
**SUMMARY OF COMET HOLDING AG BALANCE SHEETS 2018-2020 (IN USD THOUSANDS) [1] [2]**
Appendix 8.0

| | | Year End | | | |
|---|---|---|---|---|---|
| *(in thousands of USD)* | 2018 | 2019 | 2020 | 2021 | Average |
| **Liability and Shareholders' Equity** | | | | | |
| **Current Liabilities** | | | | | |
| Current Debt | $ 5,076 | $ 12,397 | $ 68,000 | $ - | $ 21,368 |
| Current Lease Liabilities | - | 4,788 | 4,760 | 4,321 | 3,467 |
| Trade and Other Payables | 35,451 | 37,819 | 42,278 | 39,865 | 38,853 |
| Contract Liabilities | 20,296 | 29,208 | 49,230 | 38,469 | 34,301 |
| Other Financial Liabilities | 385 | 42 | 1,668 | 978 | 768 |
| Tax Payables | 883 | 2,562 | 4,988 | 7,803 | 4,059 |
| Accrued Expenses | 20,625 | 19,081 | 24,296 | 39,077 | 25,770 |
| Current Provisions | 12,264 | 9,655 | 9,599 | 7,377 | 9,724 |
| **Total Current Liabilities** | $ 94,981 | $ 115,552 | $ 204,817 | $ 137,891 | $ 138,310 |
| | | | | | |
| **Non-Current Liabilities** | | | | | |
| Non-Current Debt | $ 63,769 | $ 61,873 | $ - | $ 65,176 | $ 47,704 |
| Non-Current Lease Liabilities | - | 9,043 | 20,005 | 17,386 | 11,609 |
| Non-Current Provisions | 48 | 11 | 78 | 292 | 107 |
| Employee Benefit Plan Liabilities | 11,479 | 15,754 | 16,789 | 14,220 | 14,561 |
| Deferred Tax Liabilities | - | - | 1,298 | 740 | 509 |
| **Total Non-Current Liabilities** | $ 75,295 | $ 86,682 | $ 38,170 | $ 97,814 | $ 74,490 |
| | | | | | |
| **Total Liabilities** | $ 170,276 | $ 202,233 | $ 242,988 | $ 235,705 | $ 212,800 |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH*
**SUMMARY OF COMET HOLDING AG BALANCE SHEETS 2018-2020 (IN USD THOUSANDS) [1] [2]**
Appendix 8.0

| (in thousands of USD) | Year End 2018 | 2019 | 2020 | 2021 | Average |
|---|---|---|---|---|---|
| **Shareholders' Equity** | | | | | |
| Capital Stock | $ 7,878 | $ 8,021 | $ 8,807 | $ 8,501 | $ 8,302 |
| Additional Paid-In Capital | 18,778 | 11,554 | 13,187 | 2,098 | 11,404 |
| Retained Earnings | 200,770 | 209,997 | 254,481 | 322,133 | 246,845 |
| Foreign Currency Translation Differences | (24,341) | (27,146) | (32,761) | (31,879) | (29,032) |
| **Total Equity to Shareholders** | $ 203,084 | $ 202,426 | $ 243,714 | $ 300,854 | $ 237,520 |
| **Total Liabilities and Shareholders Equity** | $ 373,358 | $ 404,657 | $ 486,702 | $ 536,559 | $ 450,319 |
| [3] **Working Capital** | $ 114,225 | $ 108,872 | $ 65,373 | $ 195,123 | $ 120,898 |
| [4] **Current Ratio** | 2.20 | 1.94 | 1.32 | 2.42 | 1.97 |
| [5] **Cash Ratio** | 0.46 | 0.54 | 0.42 | 0.92 | 0.58 |

**Notes:**
[1] Appendix 8.2; Appendix 8.1.
[2] Calculated as account values from Appendix 8.2 multiplied by exchange rates provided in Appendix 8.1.
[3] Calculated as (Current Assets - Current Liabilities).
[4] Calculated as (Current Assets / Current Liabilities).
[5] Calculated as ((Cash + Cash Equivalents + Short-term Liquid Securities) / (Current Liabilities))

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH*
**SUMMARY OF CHF-USD EXCHANGE RATES (CLOSING RATE), 2018 - 2020**
Appendix 8.1

|  | 2018 [1] | 2019 [2] | 2020 [3] | 2021 [4] |
|---|---|---|---|---|
| [5] Exchange Rate: CHF to USD | 1.015 | 1.033 | 1.134 | 1.094 |

**Notes:**
[1] COMET_00002626-789 at 675.
[2] COMET_00001057-225 at 105.
[3] COMET_00001226-398 at 1285.
[4] Comet Holding AG, 2021 Annual Report, p. 73.
[5] Calculated as ( 1 / USD to CHF reported closing exchange rate).

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH*
**SUMMARY OF COMET HOLDING AG BALANCE SHEETS 2018-2020 (IN CHF THOUSANDS)**
Appendix 8.2

| | Year End | | | |
|---|---|---|---|---|
| *(in CHF thousands)* | **2018 [1]** | **2019 [2]** | **2020 [3]** | **2021 [4]** |
| **Assets** | | | | |
| **Current Assets** | | | | |
| Cash and cash Equivalents | 43,007 | 60,255 | 74,681 | 115,533 |
| Trade and other receivables | 63,943 | 62,627 | 61,784 | 80,767 |
| Other financial assets | 26 | 271 | 394 | 133 |
| Other assets | - | - | 1,419 | 1,792 |
| Tax receivables | 2,893 | 609 | 1,168 | 2,612 |
| Inventories | 91,090 | 85,184 | 94,188 | 99,268 |
| Prepaid Expenses | 5,109 | 8,296 | 4,674 | 4,269 |
| **Total Current Assets** | **206,068** | **217,242** | **238,308** | **304,374** |
| | | | | |
| **Non-Current Assets** | | | | |
| Property, plant and equipment | 113,591 | 115,702 | 112,629 | 111,703 |
| Right-of-Use Assets | - | 11,682 | 20,610 | 18,791 |
| Intangible Assets | 40,827 | 38,318 | 43,862 | 41,027 |
| Financial Assets | 209 | 367 | 3,209 | 3,122 |
| Deferred Tax Assets | 7,063 | 8,397 | 10,653 | 11,398 |
| **Total Non-Current Assets** | **161,690** | **174,466** | **190,963** | **186,041** |
| | | | | |
| **Total Assets** | **367,758** | **391,708** | **429,271** | **490,415** |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH*
**SUMMARY OF COMET HOLDING AG BALANCE SHEETS 2018-2020 (IN CHF THOUSANDS)**
Appendix 8.2

| | Year End | | | |
|---|---|---|---|---|
| *(in CHF thousands)* | **2018 [1]** | **2019 [2]** | **2020 [3]** | **2021 [4]** |
| **Liability and Shareholders' Equity** | | | | |
| **Current Liabilities** | | | | |
| Current Debt | 5,000 | 12,000 | 59,976 | - |
| Current Lease Liabilities | - | 4,635 | 4,198 | 3,949 |
| Trade and Other Payables | 34,919 | 36,609 | 37,289 | 36,437 |
| Contract Liabilities | 19,992 | 28,273 | 43,421 | 35,161 |
| Other Financial Liabilities | 379 | 41 | 1,471 | 894 |
| Tax Payables | 870 | 2,480 | 4,399 | 7,132 |
| Accrued Expenses | 20,316 | 18,470 | 21,429 | 35,716 |
| Current Provisions | 12,080 | 9,346 | 8,466 | 6,743 |
| **Total Current Liabilities** | **93,556** | **111,854** | **180,649** | **126,032** |
| | | | | |
| **Non-Current Liabilities** | | | | |
| Non-Current Debt | 62,812 | 59,893 | - | 59,571 |
| Non-Current Lease Liabilities | - | 8,754 | 17,644 | 15,891 |
| Non-Current Provisions | 47 | 11 | 69 | 267 |
| Employee Benefit Plan Liabilities | 11,307 | 15,250 | 14,808 | 12,997 |
| Deferred Tax Liabilities | - | - | 1,145 | 676 |
| **Total Non-Current Liabilities** | **74,166** | **83,908** | **33,666** | **89,402** |
| | | | | |
| **Total Liabilities** | **167,722** | **195,762** | **214,315** | **215,434** |

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER

*Comet Technologies USA Inc., Comet AG, and Yxlon International GmbH*
**SUMMARY OF COMET HOLDING AG BALANCE SHEETS 2018-2020 (IN CHF THOUSANDS)**
Appendix 8.2

| | | Year End | | |
|---|---|---|---|---|
| *(in CHF thousands)* | **2018 [1]** | **2019 [2]** | **2020 [3]** | **2021 [4]** |
| **Shareholders' Equity** | | | | |
| Capital Stock | 7,760 | 7,764 | 7,768 | 7,770 |
| Additional Paid-In Capital | 18,496 | 11,184 | 11,631 | 1,918 |
| Retained Earnings | 197,758 | 203,277 | 224,452 | 294,430 |
| Foreign Currency Translation Differences | (23,976) | (26,277) | (28,895) | (29,137) |
| **Total Equity to Shareholders** | **200,038** | **195,948** | **214,956** | **274,981** |
| **Total Liabilities and Shareholders' Equity** | **367,758** | **391,708** | **429,271** | **490,415** |

**Notes:**
[1] COMET_00002626-789 at 664.
[2] COMET_00001057-225 at 094.
[3] COMET_00001226-398 at 278.
[4] Comet Holding AG, 2021 Annual Report, p. 66.

HIGHLY CONFIDENTIAL - OUTSIDE COUNSEL'S EYES ONLY
SUBJECT TO PROTECTIVE ORDER