Adam Alper (SBN: 196834)
*adam.alper@kirkland.com*
Akshay Deoras (SBN: 301962)
*akshay.deoras@kirkland.com*
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

Michael W. De Vries (SBN: 211001)
*michael.devries@kirkland.com*
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500

Attorneys for Plaintiffs
COMET TECHNOLOGIES USA INC., COMET
AG AND YXLON INTERNATIONAL GMBH

Sharre Lotfollahi (SBN: 258913)
*sharre.lotfollahi@kirkland.com*
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:    (310) 552-4200
Facsimile:    (310) 552-5900

Leslie M. Schmidt (*pro hac vice*)
*leslie.schmidt@kirkland.com*
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Kat Li (*pro hac vice*)
*kat.li@kirkland.com*
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone:    (512) 678-9100
Facsimile:    (512) 678-9101

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMET TECHNOLOGIES USA INC., a Delaware corporation, COMET AG, a Swiss corporation, and YXLON INTERNATIONAL GMBH, a German corporation,<br><br>    Plaintiffs,<br><br>        v.<br><br>XP POWER LLC, a California Limited Liability Company,<br><br>    Defendant. | CASE NO. 5:20-cv-6408<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR PRE-JUDGMENT INTEREST**<br><br>Hon. Nathanael M. Cousins |

Before the Court is Plaintiffs Comet Technologies USA Inc., *et al* ("Comet") Motion for Pre-Judgment Interest. After considering the papers submitted by counsel, the applicable law, the relevant pleadings and papers filed in this action, and the arguments of counsel, the Court GRANTS Comet's Motion for Pre-Judgment Interest, and awards Comet $4,341,761 in pre-judgment interest.

**IT IS SO ORDERED.**

DATED: _____, 2022        _____
                                          Honorable Nathanael M. Cousins
                                          United States Magistrate Judge
                                          Northern District of California