Adam Alper (SBN: 196834)
*adam.alper@kirkland.com*
Akshay Deoras (SBN: 301962
*akshay.deoras@kirkland.com*
KIRKLAND & ELLIS LLP
555 California Street
San Francisco, CA 94104
Telephone:    (415) 439-1400
Facsimile:    (415) 439-1500

Michael W. De Vries (SBN: 211001)
*michael.devries@kirkland.com*
KIRKLAND & ELLIS LLP
555 South Flower Street
Los Angeles, CA 90071
Telephone:    (213) 680-8400
Facsimile:    (213) 680-8500

Attorneys for Plaintiffs
COMET TECHNOLOGIES USA INC., COMET
AG AND YXLON INTERNATIONAL GMBH

Sharre Lotfollahi (SBN: 258913)
*sharre.lotfollahi@kirkland.com*
KIRKLAND & ELLIS LLP
2049 Century Park East, Suite 3700
Los Angeles, CA 90067
Telephone:    (310) 552-4200
Facsimile:    (310) 552-5900

Leslie M. Schmidt (*pro hac vice*)
*leslie.schmidt@kirkland.com*
KIRKLAND & ELLIS LLP
601 Lexington Ave.
New York, NY 10022
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900

Kat Li (*pro hac vice*)
*kat.li@kirkland.com*
KIRKLAND & ELLIS LLP
401 Congress Avenue
Austin, TX 78701
Telephone:    (512) 678-9100
Facsimile:    (512) 678-9101

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

COMET TECHNOLOGIES USA INC., a Delaware corporation, COMET AG, a Swiss corporation, and YXLON INTERNATIONAL GMBH, a German corporation,

Plaintiffs,

v.

XP POWER LLC, a California Limited Liability Company,

Defendant.

CASE NO. 5:20-cv-6408

**DECLARATION OF LESLIE SCHMIDT IN SUPPORT OF PLAINTIFFS' OPPOSITION TO XP'S MOTION TO AMEND OR ALTER THE JUDGMENT**

Hon. Nathanael M. Cousins

DECLARATION OF LESLIE SCHMIDT ISO PLAINTIFFS'
OPPOSITION TO XP'S MOTION TO AMEND OR ALTER
THE JUDGMENT

1

I, Leslie Schmidt, hereby declare as follows:

1.      I am an attorney licensed to practice law in the State of New York and am a partner with the law firm of Kirkland & Ellis LLP, located at 601 Lexington Avenue, New York, NY 10022. I am counsel for Plaintiffs Comet Technologies USA INC., Comet AG and YXLON International GMBH ("Comet") in the above-captioned matter.

2.      I am over the age of eighteen and suffer from no mental or physical disabilities that would render me incompetent to testify in this matter. I have knowledge of the facts set forth herein and if called to testify as a witness, could do so competently under oath.

3.      Attached hereto as Exhibit 1 is a true and correct copy of excerpted portions of Comet's demonstratives shown during Mr. Russell's trial testimony.

4.      Attached hereto as Exhibit 2 is a true and correct copy of excerpted portions of Comet's demonstratives shown during Mr. Grede's trial testimony.

5.      Attached hereto as Exhibit 3 is a true and correct copy of excerpted portions of Comet's demonstratives shown during Mr. Malackowski's trial testimony.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on December 2, 2022.

                                        /s/ Leslie Schmidt
                                        Leslie Schmidt