# Exhibit 1

# R&D Project Codes

| RF Matching Networks For AMAT | | | | | | | |
|---|---|---|---|---|---|---|---|
| D.2113V20006 | D.2113V20077 | D.2113V20302 | D.2113V20372 | D.2113V20068 | D.2113V20117 | D.2113V20161 | D.2113V20344 |
| D.2113V20023 | D.2113V20143 | D.2113V20303 | D.2113V20373 | D.2113V20073 | D.2113V20118 | D.2113V20170 | D.2113V20349 |
| D.2113V20026 | D.2113V20160 | D.2113V20306 | D.2113V20375 | D.2113V20074 | D.2113V20119 | D.2113V20171 | D.2113V20354 |
| D.2113V20027 | D.2113V20165 | D.2113V20313 | D.2113V20376 | D.2113V20078 | D.2113V20121 | D.2113V20185 | D.2113V20357 |
| D.2113V20045 | D.2113V20168 | D.2113V20320 | D.2113V20380 | D.2113V20100 | D.2113V20125 | D.2113V20221 | D.2113V20359 |
| D.2113V20046 | D.2113V20169 | D.2113V20321 | D.2113V20385 | D.2113V20103 | D.2113V20129 | D.2113V20248 | D.2113V20363 |
| D.2113V20054 | D.2113V20188 | D.2113V20331 | D.2113V20389 | D.2113V20104 | D.2113V20134 | D.2113V20266 | D.2113V20349 |
| D.2113V20059 | D.2113V20200 | D.2113V20342 | D.2113V20011 | D.2113V20105 | D.2113V20137 | D.2113V20288 | D.2113V20374 |
| D.2113V20060 | D.2113V20202 | D.2113V20346 | D.2113V20012 | D.2113V20107 | D.2113V20142 | D.2113V20290 | |
| D.2113V20061 | D.2113V20253 | D.2113V20358 | D.2113V20015 | D.2113V20108 | D.2113V20148 | D.2113V20311 | |
| D.2113V20062 | D.2113V20280 | D.2113V20364 | D.2113V20016 | D.2113V20113 | D.2113V20151 | D.2113V20312 | |
| D.2113V20066 | D.2113V20292 | D.2113V20365 | D.2113V20037 | D.2113V20114 | D.2113V20157 | D.2113V20332 | |
| D.2113V20070 | D.2113V20298 | D.2113V20366 | D.2113V20065 | D.2113V20115 | D.2113V20158 | D.2113V20343 | |

**PDX4.14**

# R&D Project Codes

| Next Generation RF Matching Networks | | |
| --- | --- | --- |
| D.2113V20018 | D.2113V20230 | D.2113V20360 |
| D.2113V20039 | D.2113V20233 | D.2113V20369 |
| D.2113V20155 | D.2113V20242 | D.2113V20381 |
| D.2113V20156 | D.2113V20245 | D.2113V20213 |
| D.2113V20190 | D.2113V20267 | |
| D.2113V20192 | D.2113V20281 | |
| D.2113V20193 | D.2113V20283 | |
| D.2113V20195 | D.2113V20284 | |
| D.2113V20219 | D.2113V20386 | |
| D.2113V20223 | D.2113V20387 | |
| D.2113V20224 | D.2113V20390 | |
| D.2113V20228 | D.2113V20355 | |

| RF Matching Networks For Kiyo | |
| --- | --- |
| D.2113V20002 | D.2113V20255 |
| D.2113V20007 | D.2113V20256 |
| D.2113V20021 | |
| D.2113V20022 | |
| D.2113V20031 | |
| D.2113V20048 | |
| D.2113V20056 | |
| D.2113V20072 | |
| D.2113V20128 | |
| D.2113V20154 | |
| D.2113V20212 | |
| D.2113V20237 | |

**PDX4.15**