# Exhibit 2

## R&D Project Codes

| Next Generation RF Generator Control, Digital Measurement, and Software | | |
|---|---|---|
| D.1213V30000 | D.1213V30207 | D.1213V30208 |

PDX3.8