# Exhibit 3

# XP's R&D Cost Savings for Comet's Trade Secrets (D, E, L, S)



PDX9.21