| | |
|---|---|
| Adam Alper (SBN: 196834)<br>adam.alper@kirkland.com<br>Akshay Deoras (SBN: 301962)<br>akshay.deoras@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 California Street<br>San Francisco, CA 94104<br>Telephone:   (415) 439-1400<br>Facsimile:   (415) 439-1500 | Joseph B. Farrell (SBN: 137435)<br>joe.farrell@lw.com<br>Thomas W. Yeh (SBN: 287118)<br>thomas.yeh@lw.com<br>LATHAM & WATKINS LLP<br>355 South Grand Avenue, Suite 100<br>Los Angeles, CA 90071-1560<br>Telephone:   (213) 485-1234<br>Facsimile:   (213) 891-8763 |
| Michael W. De Vries (SBN: 211001)<br>michael.devries@kirkland.com<br>KIRKLAND & ELLIS LLP<br>555 South Flower Street<br>Los Angeles, CA 90071<br>Telephone:   (213) 680-8400<br>Facsimile:   (213) 680-8500 | Patricia Young (SBN: 291265)<br>patricia.young@lw.com<br>Jeffrey G. Homrig (SBN: 215890)<br>jeff.homrig@lw.com<br>LATHAM & WATKINS LLP<br>140 Scott Drive<br>Menlo Park, CA 94025<br>Telephone:   (650) 328-4600<br>Facsimile:   (650) 463-2600 |
| Sharre Lotfollahi (SBN: 258913)<br>sharre.lotfollahi@kirkland. com<br>KIRKLAND & ELLIS LLP<br>2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067<br>Telephone:   (310) 552-4200<br>Facsimile:   (310) 552-5900 | Attorneys for Defendant XP POWER LLC<br><br>(Additional Counsel listed on Signature Page) |

Attorneys for Plaintiffs
COMET TECHNOLOGIES USA INC.,
COMET AG and YXLON INTERNATIONAL GMBH

(Additional Counsel listed on Signature Page)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMET TECHNOLOGIES USA INC., a Delaware corporation, COMET AG, a Swiss corporation, and YXLON International GmbH, a German corporation,<br><br>       Plaintiffs,<br><br>   v.<br><br>XP POWER LLC, a California Limited Liability Company.<br><br>       Defendant. | CASE NO. 5:20-cv-06408-NC<br><br>**JOINT STATUS REPORT**<br><br>Judge: Hon. Nathanael Cousins |

**JOINT STATUS REPORT**

The undersigned, by and through their attorneys of record, hereby submit the following joint status report to update the Court on developments since the parties' May 14, 2024 status report (Dkt. 578):

On April 23, 2024, the United States Court of Appeals for the Ninth Circuit informed the parties that the appeal from the September 30, 2022 judgment in this case was being considered for oral argument in August or September 2024. The Ninth Circuit later revised its notice on May 17, 2024, informing the parties that the appeal was being considered for oral argument in September or October 2024.

On June 20, 2024, the parties filed a joint motion in the Ninth Circuit to postpone scheduling of oral argument until this Court resolves Comet's outstanding motion for pre-judgment interest (Dkt. 511). The joint motion explained that, because motions for pre-judgment interest are treated as motions to alter or amend the judgment under Federal Rule of Civil Procedure 59(e), such motions are properly resolved before an appellate court decision resolving an appeal from a trial court judgment. *See, e.g.*, *Osterneck v. Ernst & Whinney*, 489 U.S. 169, 175 (1989).

The Ninth Circuit granted the joint motion on June 24, 2024. (Ex. A.). As part of its order granting the motion, the Ninth Circuit instructed the parties to "file a joint notification to [the Ninth Circuit] within 7 days of the district court's resolution of the outstanding motion for pre-judgment interest." (*Id.*)

In order to facilitate the Ninth Circuit's review of the parties' appeal and cross-appeal and the scheduling of oral argument in the Ninth Circuit, both parties respectfully request that this Court resolve Comet's motion for pre-judgment interest at its earliest convenience. The parties are available at the Court's convenience for a status conference to discuss the pending motion.

| | | |
|---|---|---|
| 1 | Dated: July 26, 2024 | Respectfully submitted, |
| 2 | | KIRKLAND & ELLIS LLP |
| 3 | | |
| 4 | | By: */s/ Sharre Lotfollahi* |
| | | Adam R. Alper (SBN 196834) |
| 5 | | adam.alper@kirkland.com |
| | | Akshay Deoras (SBN: 301962) |
| 6 | | akshay.deoras@kirkland.com |
| | | KIRKLAND & ELLIS LLP |
| 7 | | 555 California Street |
| | | San Francisco, CA 94104 |
| 8 | | Telephone:     (415) 439-1400 |
| | | Facsimile:     (415) 439-1500 |
| 9 | | |
| | | Michael W. De Vries (SBN 211001) |
| 10 | | michael.devries@kirkland.com |
| | | KIRKLAND & ELLIS LLP |
| 11 | | 555 S. Flower Street |
| | | Los Angeles, CA 90071 |
| 12 | | Telephone:     (213) 680-8400 |
| | | Facsimile:     (213) 680-8500 |
| 13 | | |
| | | Sharre Lotfollahi (SBN 258913) |
| 14 | | sharre.lotfollahi@kirkland.com |
| | | KIRKLAND & ELLIS LLP |
| 15 | | 2049 Century Park East |
| | | Los Angeles, CA 90067 |
| 16 | | Telephone:     (310) 552-4200 |
| | | Facsimile:     (310) 552-5900 |
| 17 | | |
| | | Leslie M. Schmidt (*pro hac vice*) |
| 18 | | leslie.schmidt@kirkland.com |
| | | KIRKLAND & ELLIS LLP |
| 19 | | 601 Lexington Ave. |
| | | New York, NY 10022 |
| 20 | | Telephone:     (212) 446-4800 |
| | | Facsimile:     (212) 446-4900 |
| 21 | | |
| | | Kat Li (*pro hac vice*) |
| 22 | | kat.li@kirkland.com |
| | | KIRKLAND & ELLIS LLP |
| 23 | | 401 Congress Avenue |
| | | Austin, TX 78701 |
| 24 | | Telephone:     (512) 678-9167 |
| | | Facsimile:     (512) 678-9101 |
| 25 | | |
| | | Attorneys for Plaintiffs |
| 26 | | COMET TECHNOLOGIES USA INC., |
| | | COMET AG AND YXLON |
| 27 | | INTERNATIONAL GMBH |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: July 26, 2024 | LATHAM & WATKINS LLP |
| 2 | | |
| 3 | | By: */s/ Patricia Young* |
| | | Joseph B. Farrell (Bar No. 137435) |
| | | joe.farrell@lw.com |
| 4 | | Thomas W. Yeh (Bar No. 287118) |
| | | thomas.yeh@lw.com |
| 5 | | 355 South Grand Avenue, Suite 100 |
| | | Los Angeles, CA 90071 |
| 6 | | Telephone: (213) 485-1234 |
| | | Facsimile: (213) 891-8763 |
| 7 | | |
| 8 | | Patricia Young (Bar No. 291265) |
| | | patricia.young@lw.com |
| | | Jeffrey G. Homrig (Bar No, 215890) |
| 9 | | jeff.homrig@lw.com |
| | | 140 Scott Drive |
| 10 | | Menlo Park, California 94025 |
| | | Telephone: (650) 328-4600 |
| 11 | | Facsimile: (650) 463-2600 |
| 12 | | Blake R. Davis (Bar No. 294360) |
| | | blake.davis@lw.com |
| 13 | | 505 Montgomery Street, Suite 2000 |
| | | San Francisco, California 94111 |
| 14 | | Telephone: (415) 391-0600 |
| | | Facsimile: (415) 395-8095 |
| 15 | | |
| 16 | | Matthew W. Walch (pro hac vice) |
| | | matthew.walch@lw.com |
| | | Russell Mangas (pro hac vice) |
| 17 | | russell.mangas@lw.com |
| | | 330 North Wabash Avenue, Suite 2800 |
| 18 | | Chicago, Illinois 60611 |
| | | Telephone: (312) 876-7700 |
| 19 | | Facsimile: (312) 993-9767 |
| 20 | | Razi Safi (pro hac vice) |
| | | razi.safi@lw.com |
| 21 | | 555 Eleventh Street, NW, Suite 1000 |
| | | Washington, DC 20004 |
| 22 | | Telephone: (202) 637-2200 |
| | | Facsimile: (202) 637-2201 |
| 23 | | |
| | | Attorneys for Defendant |
| 24 | | XP Power LLC |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**ATTESTATION**

As the signatory whose ECF login was used for this filing, I attest that concurrence in the filing of the document has been obtained from each of the other signatories.

DATED: July 26, 2024

By: */s/ Sharre Lotfollahi*
Sharre Lotfollahi (SBN 258913)
sharre.lotfollahi@kirkland.com
KIRKLAND & ELLIS LLP
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900