| | |
|---|---|
| Adam Alper (SBN: 196834) <br> adam.alper@kirkland.com <br> Akshay Deoras (SBN: 301962) <br> akshay.deoras@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 555 California Street <br> San Francisco, CA 94104 <br> Telephone:   (415) 439-1400 <br> Facsimile:   (415) 439-1500 <br><br> Michael W. De Vries (SBN: 211001) <br> michael.devries@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 555 South Flower Street <br> Los Angeles, CA 90071 <br> Telephone:   (213) 680-8400 <br> Facsimile:   (213) 680-8500 <br><br> Attorneys for Plaintiffs <br> COMET TECHNOLOGIES USA INC., <br> COMET AG AND YXLON INTERNATIONAL GMBH | Sharre Lotfollahi (SBN: 258913) <br> sharre.lotfollahi@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 2049 Century Park East <br> Los Angeles, CA 90067 <br> Telephone:   (310) 552-4200 <br> Facsimile:   (310) 552-5900 <br><br> Leslie M. Schmidt (pro hac vice) <br> leslie.schmidt@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 601 Lexington Ave. <br> New York, NY 10022 <br> Telephone: (212) 446-4800 <br> Facsimile: (212) 446-4900 <br><br> Kat Li (pro hac vice) <br> kat.li@kirkland.com <br> KIRKLAND & ELLIS LLP <br> 401 Congress Avenue <br> Austin, TX 78701 <br> Telephone: (512) 678-9100 <br> Facsimile: (512) 678-9101 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| COMET TECHNOLOGIES USA INC., a Delaware corporation, COMET AG, a Swiss corporation, and YXLON INTERNATIONAL GMBH, a German corporation, <br><br> Plaintiffs, <br><br> v. <br><br> XP POWER LLC, a California Limited Liability Company, <br><br> Defendant. | CASE NO. 5:20-cv-6408 <br><br> **PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR A STATUS CONFERENCE** <br><br> Judge: Hon. Nathanael Cousins <br> Hearing Date: January 29, 2025 <br> Time: 11:00 AM PT |

# PLAINTIFFS' NOTICE OF MOTION AND UNOPPOSED MOTION FOR A STATUS CONFERENCE

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that on January 29, 2025 at 11:00 AM PT, or as soon as thereafter as the parties may be heard, Plaintiffs Comet Technologies USA, Inc., Comet AG, and Yxlon International GMBH ("Comet") respectfully move for a status conference to discuss the procedural posture of this case in view of the fact that on June 24, 2024 the Ninth Circuit postponed oral argument in the appeal of this matter until this Court resolves Comet's outstanding motion for prejudgment interest (Dkt. 511). For the reasons set forth below, as well as those in the parties' May 14, 2024 Joint Status Report (Dkt. 578) and July 26, 2024 Joint Status Report (Dkt. 580), Comet respectfully requests that this Court grant its request for a status conference to discuss resolution of the pending prejudgment interest motion in view of the procedural posture of this case.[1]

As set forth in the parties' prior Joint Status Reports, the Court entered final judgment in this case on September 30, 2022, following a jury trial that took place in March 2022. (Dkt. 474). Among other post-trial motions filed by the parties, Comet filed a motion for prejudgment interest (Dkt. 511). Briefing on that motion was completed December 2022. Although the Court resolved most of the post-trial motions (Dkts. 469, 562, 563), Comet's motion for prejudgment interest, as well as its motion for attorneys' fees, are still pending.

Various issues went up to the Ninth Circuit on appeal and the appeal has been fully briefed and awaits oral argument. However, the Ninth Circuit will not hear oral argument until the pending motion for prejudgment interest is decided. Because motions for pre-judgment interest are treated as motions to alter or amend the judgment under Federal Rule of Civil Procedure 59(e), such motions are properly resolved before an appellate court decision resolving an appeal from a trial court judgment. *See, e.g., Osterneck v. Ernst & Whinney*, 489 U.S. 169, 175 (1989). The Ninth Circuit instructed the parties to "file a joint notification to [the Ninth Circuit] within 7 days of the district court's resolution of the outstanding motion for pre-judgment interest." *See* Dkt. 580.

---

[1] Defendant XP Power has stated that it does not join this motion, but XP Power has authorized Comet to state that it does not oppose Comet's request for a status conference.

Given the length of time Comet has been seeking relief in this case (over four years) and the fact that the appeal in this matter cannot be resolved until the motion for prejudgment interest is decided, Comet respectfully requests a status conference to discuss these issues with the Court.

DATED: December 19, 2024

Respectfully submitted,

KIRKLAND & ELLIS LLP

By: */s/ Sharre Lotfollahi*
Adam Alper (SBN: 196834)
adam.alper@kirkland.com
Akshay Deoras (SBN: 301962)
akshay.deoras@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Facsimile: (415) 439-1500

Michael W. De Vries (SBN: 211001)
michael.devries@kirkland.com
555 South Flower Street
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Sharre Lotfollahi (SBN: 258913)
sharre.lotfollahi@kirkland.com
2049 Century Park East
Los Angeles, CA 90067
Telephone: (310) 552-4200
Facsimile: (310) 552-5900

Leslie M. Schmidt (*pro hac vice*)
leslie.schmidt@kirkland.com
601 Lexington Avenue
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (213)446-4900

Kat Li (*pro hac vice*)
kat.li@kirkland.com
401 Congress Avenue
Austin, TX 78701
Telephone: (512) 678-9100
Facsimile: (512) 678-9101

Attorneys for Plaintiffs
COMET TECHNOLOGIES USA INC.,
COMET AG AND YXLON
INTERNATIONAL GMBH